**Certificate of Service**

I, JOSEPH A. PANTOJA, Assistant United States Attorney for the Southern District of New York, hereby certify that on the 28th day of January, 2008, I caused the service of a true copy of the foregoing Answer by Federal Express upon plaintiff's counsel addressed as follows:

> Michael P. Mangan, Esq.
> 80 Wall Street, Suite 1214
> New York, NY 10005

Dated: New York, New York
January 28, 2008

      /s/ Joseph A. Pantoja
      JOSEPH A. PANTOJA