UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
WINNIFRIED NOEL CHARLES,

                Plaintiff,                NOTICE OF MOTION

           - against -                07 CV 08324 (JSR)

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, in his official
capacity, ENRICA TROY, MARY ANN GANTNER ,
and the DEPARTMENT OF HOMELAND SECURITY,

                Defendants.

------------------------------------------------------------------------x

      PLEASE TAKE NOTICE that, upon the Affidavit Michael P. Mangan, together with the exhibits thereto, and upon the accompanying Memorandum of Law in Support of the Motion for Leave to Amend the Complaint, Plaintiff Winnifried Noel Charles will move this Court before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the Courthouse of located at 500 Pearl Street, New York, New York, on a date convenient for the Court, for an order pursuant to Fed. R. Civ. P. 15(a), to grant Plaintiff leave to amend her Complaint.

Dated: New York, New York
       February 28, 2008

                                          Respectfully submitted,

                                          /s/
                                          _____
                                          Michael P. Mangan (MM-5773)
                                          80 Wall Street, Suite 1214
                                          New York, New York 10005
                                          Phone: (212) 248-2171
                                          Fax:   (212) 509-4522