**Certificate of Service**

I, JOSEPH A. PANTOJA, Assistant United States Attorney for the Southern District of New York, hereby certify that on the 20th day of March, 2008, I caused the service of a true copy of the foregoing Answer by mail upon plaintiff's counsel addressed as follows:

>Michael P. Mangan, Esq.
>80 Wall Street, Suite 1214
>New York, NY 10005

Dated: New York, New York
       March 20, 2008

                                    /s/ Joseph A. Pantoja
                                  JOSEPH A. PANTOJA