MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: JOSEPH A. PANTOJA
86 Chambers Street – 3rd Floor
New York, New York  10007
Tel.: (212) 637-2785
Fax: (212) 637-2750
E-mail: joseph.pantoja@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WINNIFRIED NOEL CHARLES,                         :

                    Plaintiff,               :

                               :

            -against-              :

                               :

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, in his official   :
capacity, ENRICA TROY, MARY ANN
GANTNER, and the DEPARTMENT OF              :
HOMELAND SECURITY,                            x

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ECF CASE

No. 07 Civ. 8324 (JSR) (THK)

NOTICE OF MOTION

       PLEASE TAKE NOTICE that upon the complaint, defendants' Local Rule 56.1

Statement, defendant's memorandum of law, any declarations and the exhibits annexed thereto in

support of the motion, and all other pleadings and proceedings in this action, defendants will

move this Court on July 7, 2008, at 4 p.m., before the Honorable Jed S. Rakoff, United States

District Judge, United States District Courthouse, 500 Pearl Street, Courtroom 14B, New York,

New York 10007, for dismissal of the amended complaint for lack of subject matter jurisdiction

and failure to state cognizable claims pursuant to Rules 12(b)(1) and (b)(6), and for summary

judgment pursuant to Rule 56, of the Federal Rules of Civil Procedure and for such other relief as

is just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule set by the Court, defendants' moving papers are to be served on June 4, 2008, answering papers, if any, are due to be served upon the United States Attorney's Office for the Southern District of New York, 86 Chambers Street, 3rd Floor, New York, New York 10007, on or before June 18, 2008, and defendants' reply papers, if any, are due to be served on or before June 25, 2008.

Dated: New York, New York
       May 27, 2008

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants


                                   /s/ Joseph A. Pantoja
                        By:    JOSEPH A. PANTOJA
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, New York 10007
                              Tel.: (212) 637-2785
                              Fax: (212) 637-2750
                              E-mail: joseph.pantoja@usdoj.gov

To:    Michael P. Mangan, Esq.
       The Law Offices of Michael P. Mangan LLC
       80 Wall Street, Suite 1214
       New York, NY 10005
       Attorney for Plaintiff