CERTIFICATE OF SERVICE

I, Joseph A. Pantoja, an Assistant United States Attorney for the Southern District of New York, hereby certify that on May 27, 2008, I caused a copy of the *Notice of Motion* to be served, by mail, upon the following:

> Michael P. Mangan, Esq.
> The Law Offices of Michael P. Mangan LLC
> 80 Wall Street, Suite 1214
> New York, NY 10005

Dated: New York, New York
       May 27, 2008

  /s/ Joseph A. Pantoja
JOSEPH A. PANTOJA
Assistant United States Attorney
Tel.: (212) 637-2785