## Supervisory Adjudications Officer, GS-1801-13

**Introductory Statement**: This position is located in a field office of the Bureau of Citizenship and Immigration Services. The incumbent of this position will provide supervision to officers and clerical staff as well as adjudicate applications for benefits.

Immigration Benefit and Entitlement Application Adjudication

Reviews and adjudicates benefit cases having substantial impact nationally or internationally, on a full range of cases involving benefit issues, such as naturalization, citizenship at birth abroad, derivative citizenship, congressional grants of nationality, or expatriation and repatriation. Decisions become case precedents and/or address points of law that are not addressed by precedent or which are the subject of conflicting precedents.

Prepares and presents a full range of legal documents relevant to the adjudication of migration cases, including motions, legal briefs, court orders, sworn statements, notices of intent to deny or revoke, and notices to appear for hearing before an Immigration Judge. Issues subpoenas to compel attendance of witnesses and production of documents. Receives evidence and sworn testimonies. Rules on objections.

Renders final adjudication of applications and petitions, revokes parole status, or grants continuances in cases of substantial impact or high visibility. Prepares denials setting forth the facts on which determinations were based, citing legal sections applicable to the findings of ineligibility, and presenting the conclusions of law and rights of appeal.

Decides on motions to reopen or reconsider cases, and adjudicates appeal. Independently initiates complete reexaminations of findings of fact, documentary evidence, and other information pertaining to cases under appeal, in order to review and approve, reverse, or sustain the original decision.

Prepares a wide variety of briefs or memorandums of facts for litigation on appeal. Approves decisions resulting from de novo hearings appealing the denial of an application for naturalization or petition for benefits. Determines whether proceedings were initiated in accordance with due process, that the defendant was advised of the nature of the proceeding and the right to counsel, and was placed under oath. Refers requests for hearings to administrative law judges.

Submits decisions and appeals involving novel and/or unprecedented issues for review and certification by the Administrative Appeals Unit (AAU) or the Board of Immigration Appeals (BIA), to ensure consistency with governing statutes, regulations, and precedent decisions.

Exercises Supervisory and/or Managerial Authorities

Incumbent supervises Adjudications Officers who adjudicate applications and petitions for various benefits and privileges allowed under the law. Also conducts required management and

US 356

supervisory reviews aimed at ensuring benefits and other services are being granted to the right people, in the right manner, and at the right time.

Performs the administrative and human resource management functions relative to the staff supervised. Establishes guidelines and performance expectations for staff members, which are clearly communicated through the formal employee performance management system. Observes workers' performance; demonstrates and conducts work performance critiques. Provides informal feedback and periodically evaluates employee performance. Resolves informal complaints and grievances. Develops work improvement plans, recommending personnel actions as necessary. Provides advice and counsel to workers related to work and administrative matters. Effects disciplinary measures as appropriate to the authority delegated in this area. Reviews and approves or disapproves leave requests. Assures that subordinates are trained and fully comply with the provisions of the safety regulations.

Prepares plans, reports and analyses of the benefits operation. Reviews individual and program performance and takes corrective and other action to ensure compliance with established requirements, meeting or exceeding goals, standards and objectives.

Provides appropriate training for employees to ensure that they meet the agreed upon performance requirements and to provide opportunity for career development.

The incumbent is responsible for furthering the goals of equal employment opportunity (EEO) by taking positive steps to assure the accomplishment of affirmative action objectives and by adhering to nondiscriminatory employment practices in regard to race, color, religion, sex, national origin, age, or handicap. Specifically, incumbent initiates nondiscriminatory practices and affirmative action for the area under his/her supervision in the following: (1) merit promotion of employees and recruitment and hiring of applicants; (2) fair treatment of all employees; (3) encouragement and recognition of employee achievements; (4) career development of employees; and (5) full utilization of their skills.

## OTHER SIGNIFICANT FACTS:

Performs other duties as assigned.

**Factor 1-7 Knowledge Required by the Position**

Knowledge of a wide range of concepts, principles, and practices of an administrative occupation, such as would be gained through extended graduate study or experience, and skill in applying this knowledge to difficult and complex work assignments; or a comprehensive, intensive, practical knowledge of a technical field, and skill in applying this knowledge to the development of new methods, approaches, or procedures.

**Factor 2-4 Supervisory Controls**

The employee in consultation with and direction by management, sets the overall objectives and determines what resources are available for use by that office. The employee and management

also develop deadlines, projects, and work to be done. The employee, having developed expertise in the line of work, is responsible for planning and carrying out the assignment, resolving most of the conflicts that arise, and interpreting policy on own initiative in terms of established objectives. In some assignments, the employee also determines the approach to be taken and the methodology to be used. In those cases where assignments require additional employees, the employee is responsible for independently planning, organizing, and coordinating the work of team members. The employee independently determines the course of investigations, reaches conclusions, and then, as appropriate, conducts negotiations and arrives at settlement agreements or refers the case for other appropriate action.

The employee keeps the supervisor informed of progress and potentially controversial matters. The employee consults with the supervisor to get concurrence on issues not covered by regulations or precedents, or on recommendations that a case be developed for legal action. Completed work is reviewed only from an overall standpoint in terms of feasibility, compatibility with other work, or effectiveness in meeting requirements or expected results.

**Factor 3-4 Guidelines**

Administrative policies and precedents are applicable but are stated in general terms. Guidelines for performing the work are scarce or of limited use. The employee uses initiative and resourcefulness in deviating from traditional methods or researching trends and patterns to develop new methods, criteria, or proposed new policies.

**Factor 4-5 Complexity**

The work includes varied duties requiring many different and unrelated processes and methods that are applied to a broad range of activities or substantial depth of analysis, typically for an administrative or professional field. Decisions regarding what needs to be done include major areas of uncertainty in approach, methodology, or interpretation and evaluation processes that result from such elements as continuing changes in program, technological developments, unknown phenomena, or conflicting requirements. The work requires originating new techniques, establishing criteria, or developing new information.

**Factor 5-4 Scope and Effect**

The work involves establishing criteria; formulating projects; assessing program effectiveness; or investigating or analyzing a variety of unusual conditions, problems, or questions. Conclusive findings or evidence are difficult to develop because of the unusual conditions, problems, or questions, such as especially large and complex sets of interrelated data, the concealment of facts and evidence by highly sophisticated schemes, or issues with significant regional impact. The work product or service affects a wide range of activities within the agency, major activities, industrial concerns, or the operation of other agencies. Penalties imposed on organizations as a result of this work create significant changes in the financial management, employment, pay, or other practices throughout a sizable organization.

US 358

**Factor 6-3 Personal Contacts**

Contacts are with individuals or groups from outside the employing agency in a moderately unstructured setting. Persons contacted generally are engaged in different functions, missions, and kinds of work. The contacts are not established on a routine basis; the purpose and extent of each contact is different; and the role and authority of each party is identified and developed during the course of the contact. The exact purpose of the contact may be unclear at first to one or more of the parties; and one or more of the parties may be uninformed concerning the role and authority of other participants.

**Factor 7-3 Purpose of Contacts**

The personal contacts are with individuals or groups from outside the employing agency in a moderately unstructured setting. For example, the contacts are not established on a routine basis; the purpose and extent of each contact is different; and the role and authority of each party is identified and developed during the course of the contact. Typical of contacts at this level are those with persons in their capacities as attorneys; contractors; or representatives of professional organizations, the news media, or public action groups.

**Factor 8-1 Physical Demands**

The work is mostly sedentary; however some walking, bending, and climbing of stairs is required.

**Factor 9-1 Work Environment**

The environment involves everyday risks or discomforts that require normal safety precautions typical of such places as offices, meeting and training rooms, libraries, residences, or commercial vehicles, e.g., use of safe work practices with office equipment, avoidance of trips and falls, observance of fire regulations and traffic signals. The work area is adequately lighted, heated, and ventilated.

**SUPERVISORY FACTORS:**

**Factor 1-2 Program Scope and Effect**

The program segment or work directed is administrative, technical, complex clerical or comparable in nature. The functions, activities, or services provided have limited geographic coverage and support most of the activities comprising a typical agency field office, an area office, a small to medium military installation, or comparable activities within agency program segments. The services or products support and significantly affect the installation level, area office level, or field office operations and objectives, or comparable program segments; or provide services to a moderate, local, or limited population of clients or users comparable to a major portion of a small city or rural county.

**Factor 2-1 Organizational Setting**

The position is accountable to a position that is two levels below the first (i.e., lowest level in the chain of command) SES, or equivalent, or higher level position in the direct supervisory chain.

**Factor 3-2 Supervisory/Managerial Authority Exercised**

In addition to elementary supervisory authorities and responsibilities, this position plans and schedules ongoing production-oriented work on quarterly and annual basis, or direct assignments of similar duration. Adjusts staffing levels or work procedures within the organizational unit(s) to accommodate resource allocation decisions made at higher echelons. Justifies the purchase of new equipment. Improves work methods and procedures used to produce work products. Oversees the development of technical data, estimates, statistics, suggestions, and other information useful to higher-level managers in determining which goals and objectives to emphasize. Decides the methodologies to use in achieving work goals and objectives, and in determining other management strategies.

OR

Contracted work involves a wide range of technical input and oversight tasks comparable to all or nearly all of the following

- Analyze benefits and cost of accomplishing work in-house versus contracting; recommend whether or not to contract;

- Provide technical requirements and descriptions of the work to be accomplished;

- Plan and establish the work schedules, deadlines, and standards for acceptable work; coordinate and integrate contractor work schedules and processes with work of subordinates or others;

- Track progress and quality of performance; arrange for subordinates to conduct any required inspections;

- Decide on the acceptability, rejection, or correction of work products or services, and similar matters that may affect payment to the contractor.

OR

Carries out at least three of the first four, and a total of six or more of the following ten supervisory authorities and responsibilities:

- Plans work to be accomplished by subordinates, set and adjust short-term priorities, and prepare schedules for completion of work;

- Assigns work to subordinates based on priorities, selective consideration of the difficulty and requirements of assignments, and the capabilities of employees;

- Evaluates work performance of subordinates;

- Gives advice, counsel, or instruction to employees on both work and administrative matters.

- Interviews candidates for positions in the unit; recommends appointment, promotion, or reassignments to such positions;

- Hears and resolves complaints from employees, referring group grievances and more serious unresolved complaints to a higher level supervisor or manager;

- Effects minor disciplinary measures, such as warnings and reprimands, recommending other actions in more serious cases;

- Identifies developmental and training needs of employees, providing for and arranging for needed development and training;

- Finds ways to improve production or increase the quality of work directed;

- Develops performance standards.

**Factor 4A-3 Nature of Contacts**

Contacts include those that take place in meetings and conferences and unplanned contacts for which the employee is designated as a contact point by higher management. They often require extensive preparation of briefing materials or up to date technical familiarity with complex subject matter. Frequent contacts are comparable to any of the following:

- High ranking military of civilian managers, supervisors, and technical staff at bureau and major organization levels of the agency; with agency headquarters administrative support staff; or with comparable personnel in other Federal agencies;

- Key staff of public interest groups (usually in formal briefings) with significant political influence or media coverage;

- Journalists representing influential city or county newspapers or comparable radio or television coverage;

- Congressional committee and subcommittee staff assistants below staff director or chief counsel levels;

- Contracting officials and high-level technical staff of large industrial firms;

- Local officers of regional or national trade associations, public action groups, or professional organizations; and/or State and local government managers doing business with the agency.

US 361

**Factor 4B-3 Purpose of Contacts**

The purpose of contacts is to justify, defend, or negotiate in representing the project, program segment(s), or organizational unit(s) directed, in obtaining or committing resources, and in gaining compliance with established policies, regulations, or contracts. Contacts at this level usually involve active participation in conferences, meetings, hearing, or presentations involving problems or issues of considerable consequence or importance to the program or program segment(s) managed.

**Factor 5-7 Difficulty of Typical Work Directed**

The highest graded non-supervisory work directed, which requires at least 25% of this position's duty time, is GS-12 or equivalent.

**Factor 6-5 Other Conditions**

Supervision and oversight involve significant and extensive coordination and integration of a number of important projects or program segments of professional, scientific, technical, and managerial or administrative work comparable in difficulty to the GS-12 level. Supervision also involves major recommendations that have a direct and substantial effect on the organization and projects managed.