

**U.S. Citizenship
and Immigration
Services**

Department: **Department Of Homeland Security**

Agency: **Citizenship and Immigration Services**

Job Announcement Number:
**FS330054**

Overview

[ DETAILED VERSION ]  [ ☒ CLOSE ]  [ 🖶 PRINT ]

# SUPERVISORY ADJUDICATIONS OFFICER

**Salary Range:** 72,035.00 - 119,844.00 USD per year

**Series & Grade:** GS-1801-13/14

**Promotion Potential:** 14

**Open Period:** Tuesday, May 17, 2005
to Tuesday, May 31, 2005

**Position Information:** Full Time Career/Career
Conditional

**Duty Locations:** Few vacancies - San Diego, CA Few
vacancies - Miami, FL Few vacancies - New Orleans, LA Few
vacancies - Newark, NJ Few vacancies - Buffalo, NY Few
vacancies - New York City, NY

**Who May Be Considered:**
Status Candidates (Merit Promotion Elig)
**Job Summary:**
U. S. Citizenship and Immigration Service
...America's Promise

**Job Summary:** Our mission is to administer immigration benefits and services such as
processing applications for U.S. citizenship, processing asylum and refugee cases,
administering the visa program, administering work authorizations and other permits, and
providing services for new residents and citizens.

**Who May Apply:** Applications will ONLY be accepted from employees who are currently
serving on a Career/Career Conditional appointment within Citizenship and Immigration
Services, Customs and Border Protection or Immigration and Customs Enforcement who work
within the local commuting area of the announced duty location(s). (Surplus or displaced
Department of Homeland Security (DHS) employees in the local commuting area are eligible).

These positions are located in the following locations:
  Miami District Office, Miami, FL
  Buffalo District Office, Buffalo, NY
  Newark District Office, Newark, NJ
  New York District Office, New Yourk, NY
  New Orleans District Office, New Orleans, LA
  San Diego District Office, San Diego, CA

Ths is a full-time permanent position in the Competitive Service.

These positions have promotion potential to the GS-14 grade level.

US 1249

**Key Requirements:**
- U.S. Citizenship Required
- A Background Security Investigation is Required

Duties

**Major Duties:**
You will supervise a field office staff responsible for interpreting, applying, and enforcing an intricate field of Immigration and Nationality laws. This includes overseeing the planning and conduct of independent research concerning eligibility entitlements of persons seeking immigration benefits, employment, and/or legal status under the Immigration and Nationality Act. You will also review and make determinations on cases; hear and adjudicate appeals, and decide on motions to reopen and reconsider cases. You may be required to appear in court as the representative of the Department of Homeland Security in naturalization proceedings and serve as an expert witness at exclusion and deportation hearings as well as in other administrative and criminal proceedings.

You will direct, coordinate and oversee the work through subordinate supervisors (or team leaders). Specifically, you will make decisions on work problems presented by subordinate supervisors; evaluate subordinate supervisors and serve as the reviewing official on evaluations of non-supervisory employees rated by subordinate supervisors; make or approve selections for subordinate non-supervisory positions; recommend selections for subordinate supervisors; review and approve serious disciplinary actions involving non-supervisory subordinates; approve expenses such as within-in-grade increases, extensive overtime, and travel; recommend awards or bonuses for non-supervisory staff; exercise significant authority in dealing with officials of other units/organizations and in advising management officials of higher rank on operational issues; assure reasonable equity of performance standards and ratings used by subordinate supervisors; plan, assign and review work; assure all requirements are met; approve leave; give advice, counsel, or instruction to employees on both work and administrative matters; identify developmental training needs of employees, providing or arranging for needed development and training; and/or find ways to improve productivity, promote team building, and improve business practices.

Qualifications and Evaluation

**Qualifications:**

**GS-13:** You qualify at the GS-13 level if you possess one (1) year of specialized experience that equipped you with the skills needed to perform the job duties. This experience must have been equivalent to at least the GS-12 grade level. Examples include making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; and analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.

GS-13: You also qualify for this position if you have served for one year as a supervisor of adjudications officers performing work comparable to the GS-12 grade.

**GS-14:** You qualify at the GS-14 level if you possess one (1) year of specialized experience that equipped you with the skills needed to perform the job duties. This experience must have been equivalent to at least the GS-13 grade level. Examples include experience reviewing and making final determinations on a full range of immigration benefits cases (e.g., citizenship, refugee status, asylum, or suspension of deportation) that have impact nationally or

internationally; submitting decisions and appeals involving novel and/or unprecedented immigration benefits issues for review and certification by the Administrative Appeals Unit or the Board of Immigration Appeals; serving as an expert in analyzing the impact of existing or proposed legislation on immigration benefits programs; developing immigration benefits program standards, policies, and procedures; coordinating the long-range planning of new immigration benefits programs; and assessing the productivity, effectiveness and efficiency of immigration benefits program operations.

GS-14:  You also qualify for this position if you have served for one year as a supervisor of adjudications officers performing work comparable to the GS-13 grade.
There are no specialized education requirements for this position.

## REQUIREMENTS

**Qualifications by Closing Date:**  You must meet all qualification requirements by the closing date of the announcement. Please note that qualification claims will be subject to verification.

**Relocation expenses will NOT** be paid for anyone selected for this position.

**Time-In-Grade:** Time-in-grade restrictions must be met by the closing date of this announcement.  Applicants must have at least 52 weeks of service equivalent to the next lower grade level in the normal line of progression for the position to be filled.

**Background/Security Investigation:** You will need to successfully complete a background security investigation before you can be appointed into this position.

**Drug Testing:** It is the policy of the Department of Homeland Security (DHS) to achieve a drug-free workplace.  All non-Legacy INS selectees for this position will be required to submit to urinalysis to screen for illegal drug use prior to appointment. This is a testing designated position (TDP), persons selected who are not in a TDP will be required to pass a urinalysis test to screen for illegal drug use prior to final appointment.  Incumbents are subject to random testing.

**Travel:**  You maybe required to travel occasionally.

**Overtime and Shift work:** This position may require regular and recurring overtime and shift work and night differential will apply.

**Training:** You must have completed Adjudications Officer training at the Federal Law Enforcement Training Center in Glynco, Georgia.

### How You Will Be Evaluated:
Agency-Specific Questionnaire: You will be evaluated based upon the responses you provide on the job specific questionnaire that is required as part of the application process for this position.  You will be rated based on your responses and assigned a score ranging from 70 to 100 points.  Candidates will be referred for selection in accordance with the terms of the agency merit promotion plan.

Benefits and Other Information

### Benefits:
**Health Benefits:** You may participate in the Federal Employees Health Benefits program, with costs shared with your employer. The Federal Employee Health Benefits (FEHB) program offers a choice of plans and options. There is no pre-existing condition clause or waiting period for this coverage. It may continue when you retire. More info:

http://www.usajobs.opm.gov/jobextrainfo.asp#FEHB.

**Life Insurance:** Life insurance coverage is provided. Under the Federal Employees Group Life Insurance (FEGLI) program, you will receive basic coverage when you begin work. Additional coverage is available. There is a cost for the insurance and you may elect not to receive it. More info: http://www.usajobs.opm.gov/jobextrainfo.asp#life

**Retirement:** New employees are automatically covered by the Federal Employees Retirement System (FERS). You will be covered by a Basic Benefit Plan, Social Security (FICA) and a voluntary 401-K style Thrift Savings Plan (TSP). TSP allows you to make tax deferred contributions and receive matching agency funds for part of it. If you are transferring from another agency and covered by CSRS, you may continue in this program. More info: http://www.usajobs.opm.gov/jobextrainfo.asp#retr

**Annual Leave:** You will earn annual vacation leave. Annual leave is provided for vacations and other personal use. The number of hours earned will depend on your work schedule and the length of time you work for the government. More info: http://www.usajobs.opm.gov/jobextrainfo.asp#VACA

**Sick Leave:** You will earn sick leave. Full time permanent employees earn up to 13 days of sick leave annually. Part time employees earn leave on a pro rata basis. Time may be used for medical appointments, personal illness or injury and caring for sick family members. More info: http://www.usajobs.opm.gov/jobextrainfo.asp#SKLV

**Holidays:** You will be paid for federal holidays that fall within your regularly scheduled tour of duty. There are ten (10) paid Federal holidays: New Year's Day; Martin Luther King, Jr. Day; Presidents Day; Memorial Day; Independence Day; Labor Day; Columbus Day; Veteran's Day; Thanksgiving Day; and Christmas Day. You must be in a pay status either the day before or after the holiday in order to be paid. More info: http://www.usajobs.opm.gov/jobextrainfo.asp#HOLI

### Other Information:

**Pay:** The salary shown reflects the base pay plus any authorized locality pay for the geographic area or special salary rates for the type of position.

**Relocation expenses will not** be paid for anyone selected for this position.

**Promotion Potential:** When promotion potential is shown, the agency is not making a commitment and is not obligated to provide future promotions to you if you are selected. Future promotions will be dependent on your ability to perform the duties at a higher level, the continuing need for an employee assigned to the higher level, and administrative approval.

**Supervisory/Managerial Probationary Period:** You may be required to serve a twelve month probationary period upon appointment to this position. You may also be required to complete an appropriate supervisory training course within one year of assignment to this position.

**Missing Information May Result:** You must submit all required information by the closing date. If materials are not received, your application will be evaluated solely on the information available and you may not receive full consideration or may not be considered eligible.

**Direct Deposit:** All agency employees are required to participate in Direct Deposit/Electronic Funds Transfer for salary payments.                                                        US 1252

NOTE:  Additional information about some of the topics mentioned in this announcement can

be found at www.cbp.gov.

**CTAP/ICTAP:** Individuals who have special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) must be well qualified for the position to receive consideration for special priority selection. In order to be determined well qualified, candidates must receive a rating of 85 or better. For those instances where the best-qualified lists include applicants with scores less than 85, the well-qualified score becomes the lowest score on the best-qualified list. Federal employees seeking CTAP/ICTAP eligibility must submit proof that they meet the requirements of 5 CFR 330.605(a) for CTAP and 5 CFR 330.704 for ICTAP. This requires FAXing a copy of their agency notice, their most recent Performance Rating, and their most recent SF-50 noting current position, grade level, and duty location. Please indicate when you register that you are a CTAP or ICTAP eligible.

How to Apply

**How To Apply:**
Applying for this position requires you to take two steps:

1) Complete the occupational questionnaire and 2) submit a resume and any supporting documentation, if applicable. See Required Documents Section

**Step 1**

You are encouraged to complete the Occupational Questionnaire and submit your documentation using the Online method since it is the most efficient way to process your application. If you are unable to submit your responses Online, several applications **"Options"** are explained below. Follow these instructions carefully.

**Note:** You can Save an incomplete online questionnaire and return to it at a later time to complete the process. Instructions are under, **How to Properly Save and Return later to complete an Application/Occupational Questionnaire** at the bottom of this page.

**Option 1**
**To start a New occupational questionnaire click this link.** Online Application

**Note:** Please ensure that you read this "How to Apply" section and understand the required steps to complete the application process before proceeding to the Online Questionnaire.

**When you have completed the occupational questionnaire select the "Finish" button. At the next screen select the "Submit" button.** After the occupational questionnaire is submitted you can upload your resume and any supporting documents. Follow the instructions that appear on the screen after you receive an acknowledgement that the occupational questionnaire is successfully submitted. Step-by-step document upload instructions are provided below. If you do not have all the requested documents in electronic format you can upload part and fax the remaining documents that you do not have in electronic format, such as veterans preference or transcript documentation. See Option 2 for Fax instructions.

**1** . Complete the Online Questionnaire and Press "Submit" to complete the Online Questionnaire or return to a "Saved" application outlined above under the How to Apply section.

US 1253

**2.** After the Questionnaire is submitted you will receive a Notice that indicates the submission was successful. Press the "To upload a resume for this position click here" button to upload

documents to this job announcement.

**3.** At the Document Upload screen, select the type of document you are attaching for upload from the drop down menu on the left side of the screen.

**4.** Select the "Browse" button and attach the file you want to submit.

**5.** Press the "Upload" button to submit the document file. You will receive an **"Upload Successful"** acknowledgement when the file has been received.

**You may also start an occupational questionnaire by entering the following URL into your browser:**

**1. Enter**↵ https://www.hr-services.org/usasonlineapp/usasonlineapp.aspx to start a **"New"** Online Occupational Questionnaire

**2.** To start a **"New"** Occupational Questionnaire scroll down the Online application screen until the "Vacancy Identification Number" box appears under the "Create a New Application for This Job" section on the left hand side. Insert the "Vacancy Identification Number" - FS330054 or "Control Number" and click the **"Submit"** button.

**Note: When you have completed the Online Occupational Questionnaire, click the "Finish" button. The Online Occupational Questionnaire must be completed and submitted by 12:00 midnight EDT on Tuesday, May 31, 2005.**

**Option 2**
**Complete the occupational questionnaire Online, as outlined above, and fax all or part of your documentation.** If you choose to fax your documentation you must use a cover page. The information contained on the cover page should match the information you provided to the occupational questionnaire. The Vacancy ID number FS330054, your Name, and SSN should be written accurately and neatly. This cover page is used to match your documents with the record you established when you submitted the occupational questionnaire. If the information is inaccurate or incomplete you may not receive consideration for this position. To print a copy of the "Cover Page" click this link or click or insert this URL into your browser http://staffing.opm.gov/pdf/usascover.pdf. The Fax number to submit your documents is: **1-478-757-3144**

**Option 3**
**Submitting your occupational questionnaire, resume and supporting documents in hard copy via fax.** To complete the occupational questionnaire in hard copy form, click this link to print a copy of the OPM Form1203-FX or insert or type this URL into your browser http://www.opm.gov./Forms/pdf_fill/OPM1203fx.pdf

You can also obtain a copy of the OPM Form 1203-FX by calling **USAJOBS by Phone** at (703) 724-1850. After the introduction Press 1 and follow the instructions.

Print a copy of this job announcement and use the Form 1203-FX as a response sheet when answering the occupational questionnaire portion of this announcement. You may submit the Form 1203-FX, resume, and any supporting documents by fax.

**Note:** If you are completing the application in hard copy follow the fax instructions outlined in Option 2. Please ensure follow these instruction carefully to receive proper consideration.

**How to Properly Save and Return later to complete an Application/Occupational Questionnaire:**

**1.** If you want to **"Save"** an incomplete Occupational Questionnaire and return later, select the **"Save"** button at the top or bottom of each of the application pages and click the **"Logout"** button.

**2.** If you have **"Saved"** an incomplete Occupational Questionnaire you may finish it by clicking on or inserting this link into your internet browser https://www.hr-services.org/usasonlineapp/usasonlineapp.aspx . Insert your SSN and Last Name into the right hand side section **"Work On An Application I Have Already Started."** and click the **"Login"** button.

Once you are logged in, the top of the screen will display the vacancy ID for all incomplete questionnaires and, if applicable, the bottom portion of the screen will display any Vacancy IDs that require a resume or supporting documentation to complete the application process. To finish an incomplete application processes select the adjacent button and click OK.

**Option 4**
The USAJOBS Web site provides a "Create a Resume" feature that you may use to develop and submit a resume for this position. The completed resume can be attached to this vacancy announcement and submitted electronically. To do so, scroll down to the end of the vacancy announcement. Click on the "Apply Online" icon. Then follow the USAJOBS web site instructions.

After you complete and submit the online resume, you will receive a "Confirmation of Submission" message stating that your online resume has been successfully submitted. If you do not receive this message, please submit again as this indicates that your resume has not been received.

**NOTE:** Submission of a resume alone IS NOT a complete application. This position requires the completion of additional forms and/or supplemental materials as described previously. Please carefully review the complete job announcement and the "How to Apply" instructions. Failure to provide the required information and/or materials will result in your not being considered for this position.

**Required Documents:**

**Step 2**
**For this job announcement the following documents are required. All documents must be received by 12:00 midnight EDT on Tuesday, May 31, 2005:**

- **Respnses to the Occupational Questionnaire**
- **Resume - Please ensure that your resume contains the basic information outlined in the Applying for a Federal Job link:**
  **http://www.opm.gov/forms/pdfimage/of0510.pdf**

To submit the documents requested follow the options listed above under Options 1-4. These Options outline the document upload process, fax procedures or the optional USAJobs Resume Builder. Your resume, curriculum vitae, the Optional Application for Federal Employment (OF 612), or any other written format you choose to describe your job-related qualifications can be submitted electronically using the document upload process or fax. Please ensure that your resume contains your full name, address, phone and at least your last four digits of your social security number.

**Note:** Please ensure that your resume contains the basic information outlined under the Applying for a Federal Job link: http://www.opm.gov/forms/pdfimage/of0510.pdf

**Contact Information:**
Ester Torrevillas
Phone: (415)281-7079
Email: ester.torrevillas@opm.gov

Or write:
San Francisco Services Branch
US Office of Personnel Management
120 Howard Street Room 735
San Francisco, CA 94105
USA

**What To Expect Next:**

Agency-Specific Questionnaire: You will be evaluated based upon the responses you provide on the job specific questionnaire that is required as part of the application process for this position. You will be rated based on your responses and assigned a score ranging from 70 to 100 points. Candidates will be referred for selection in accordance with the terms of the agency merit promotion plan.

**Instructions for answering the questions in the Occupational Questionnaire:**

Please use the following step-by-step instructions as a guide to filling out the required questionnaire. You will need to print the vacancy announcement and refer to it as you answer the questions. You may omit any optional information; however, you must provide responses to all required questions. Be sure to double check your application before submission.

**Social Security Number**

Enter your Social Security Number. Providing your Social Security Number is voluntary, however we can not process your application without it.

**Vacancy Identification Number**

The Vacancy Identification Number is: FS330054

**1. Title of Job**

SUPERVISORY ADJUDICATIONS OFFICER

**2. Biographic Data**

All biographic information is required, except for your telephone number and the contact time.

US 1256

### 3. E-Mail Address

Would you like to be notified by E-mail? If so, please select Yes and enter your e-mail address in the space provided.

### 4. Work Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 5. Employment Availability

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 6. Citizenship

Are you a citizen of the United States?

### 7. Background Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 8. Other Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 9. Languages

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 10. Lowest Grade

Enter the lowest grade level (13-14) you will accept.

### 11. Miscellaneous Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 12. Special Knowledge

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

US 1257

### 13. Test Location

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 14. Veteran Preference Claim

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 15. Dates of Active Duty - Military Service

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 16. Availability Date

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 17. Service Computation Date

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 18. Other Date Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 19. Job Preference

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

### 20. Occupational Specialties

The occupational specialty code for this position is:


001 SUPERVISORY ADJUDICATION OFFICER

### 21. Geographic Availability

Select/enter at least one geographic location in which you are interested and will accept employment. The location codes for these positions are:


0800 San Diego, CA
0550 Miami, FL                                                    US 1258
0590 New Orleans, LA

0580 Newark, NJ
0180 Buffalo, NY
0570 New York City, NY

## 22. Transition Assistance Plan

## 23. Job Related Experience

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

## 24. Personal Background Information

The Online Questionnaire will not ask you this question. On the C Form, you will leave this section blank.

## Occupational/Assessment Questions:

Carefully read each question and all possible answers before selecting a response. Some questions will be used to screen out ineligible applicants. Applicant errors in responses will not be corrected. If you are already a Department of Homeland Security employee, we will not compare your responses against your existing personnel records for inconsistencies. You are responsible for the accuracy of your application.

The following questions will only be used to determine whether or not you meet the minimum qualification requirements for this position. You may wish to consult the vacancy announcement for a description of those requirements.

1. Which of the following statements best describes your experience?

A. I have at least one year of experience as an Adjudications Officer or a Supervisory Adjudications Officer, GS-1801-12 (or higher grade level) with the federal government.
B. I have GS-11 level experience making final determinations on complex immigration cases involving eligibility for citizenship, refugee status, asylum, suspension of deportation, and other related immigration benefits; and writing final determinations with legal analysis to support immigration benefits decisions.
C. In addition to performing tasks in B above, I have at least one year of GS-12 level experience making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; or analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.
D. I do not possess the experience described above.

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

US 1259

2. There is a time-in-grade (TIG) requirement for this position. Have you completed one year in a

position at or above the GS-12 level? (Refer to the vacancy announcement for more information on TIG.)

A. Yes. I have completed one year in a position at or above the GS-12 level.
B. No. I have not completed one year in a position at or above the GS-12 level.
C. Not Applicable. TIG does not apply to me because I currently occupy (or have previously occupied) a position at or above the GS-13 grade level.

3. Which of the following statements best describes your experience?

A. I have at least one year of experience as an Adjudications Officer or Supervisory Adjudications Officer, GS-1801-13 (or higher grade level) with the federal government.
B. I have experience making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; or analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.
C. In addition to performing tasks in B above, I have at least 1 year of GS-13 level experience reviewing and making final determinations on a full range of immigration benefits cases (e.g., citizenship, refugee status, asylum, or suspension of deportation) that have impact nationally or internationally; submitting decisions and appeals involving novel and/or unprecedented immigration benefits issues for review and certification by the Administrative Appeals Unit or the Board of Immigration Appeals; serving as an expert in analyzing the impact of existing or proposed legislation on immigration benefits programs; developing immigration benefits program standards, policies, and procedures; coordinating the long-range planning of new immigration benefits programs; or assessing the productivity, effectiveness and efficiency of immigration benefits program operations.
D. I do not possess the experience described above.

4. There is a time-in-grade (TIG) requirement for this position. Have you completed one year in a position at or above the GS-13 level?

A. Yes. I have completed one year in a position at or above the GS-13 level.
B. No. I have not completed one year in a position at or above the GS-13 level.
C. Not Applicable. TIG does not apply to me because I currently occupy (or have previously occupied) a position at or above the GS-14 grade level.
D. Not applicable. TIG does not apply to me because I am a VEOA applicant.

The following questions will be used to rate applicants who meet the minimum eligibility and qualification requirements.

5. Indicate the extent of your experience in planning and preparing schedules.

A. I have had no experience in performing this task.
B. I have had limited experience in planning or preparing schedules either for a small team or for brief periods of time.
C. I have planned and scheduled the day-to-day work of my immediate work unit on a continuous basis.
D. I have performed mid- to long-range (that is, quarterly or annual) planning and scheduling of

US 1260

work for my immediate work unit when there were complicating factors (for example, conflicting priorities, work involving multiple disciplines).
E. I have directed and overseen the planning and scheduling of work for a multi-unit organization. I have established criteria and priorities and reviewed, amended, and consolidated the plans developed by subordinates.

6. Indicate the extent of your experience in developing plans for a program or an organization.

A. I have had no experience in performing this task.
B. Under the close guidance of others, I have developed short-range plans for a program (for example, set timelines, established milestones, identified needed resources).
C. I have independently developed both short- and long-range plans for a program or organization (for example, set timelines, established milestones, identified needed resources).
D. I have overseen the development of plans that were broad in scope or were complex, involving multiple entities.

If you chose response C or D, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

7. Indicate the extent of your experience in developing and overseeing contingency plans such as hazardous materials plans and continuity of operations plans.

A. I have had no experience in performing this task.
B. I have participated in contingency plan exercises, or I have assisted in the development of segments of contingency plans, such as procedures for maintaining the lines of communication within a team during emergency or special situations.
C. I have led the contingency plan exercises for my immediate team or have developed segments of plans, such as procedures for maintaining the lines of communication across teams during emergency or special situations.
D. I have had a leadership role in the development or conduct of agency wide contingency plans or exercises for emergency or special situations.

8. Indicate the extent of your experience in translating goals into action plans.

A. I have had no experience in performing this task.
B. I have participated in a local process/project to develop action items for an action plan that supported established goals for a specific program area.
C. I have led a local process/project to develop action items for an action plan that supported established goals for a specific program area.
D. I have led a process/project for the conversion of agency goals to an action plan for a primary organizational unit or equivalent.
E. I have overseen the process/project for the conversion of agency goals to action plans. I have monitored these action plans, made appropriate adjustments, and measured goal accomplishment.

9. Indicate the extent of your experience in tracking and controlling a budget.

A. I have had no training or experience in performing this task.
B. I have entered costs in spreadsheets and standard forms.
C. I have tracked budget transactions and approved budget requests in an organization.     US 1261
D. I have had experience in overseeing, reviewing, and approving budget requests and expenditures

for large programs and/or offices in an organization.

If you chose response C or D, provide one or two examples that demonstrate this experience.

10. Indicate the extent of your experience in assigning work to subordinates based on priorities, requirements of assignments, and capabilities of the employees.

A. I have had no experience in performing this task.
B. I have had some experience in assigning work as a team leader or an acting supervisor.
C. I have had experience as a supervisor in assigning work to subordinates and adjusting those assignments based on changing priorities and demonstrated skills of employees.
D. I have had experience as a second- or third-level supervisor in assigning program and project responsibilities to subordinate units.

11. Indicate the extent of your experience in ensuring that the work environment is safe.

A. I have had no training or experience in performing this task.
B. I have had some training or familiarization with safety concepts, and I am able to identify and report typical worksite hazards.
C. I participated in the local safety program and have instructed subordinates in safe work practices. I have investigated occupational injuries and illnesses, and I have identified and mitigated hazardous conditions that were reported to me.
D. I have participated in the local safety program and served as a team member on a formal safety inspection.

12. Indicate the extent of your experience in interviewing and evaluating candidates and making recommendations for selection.

A. I have had no experience in performing this task.
B. I have provided recommendations on employees assigned to me, noting their strengths and weaknesses.
C. I have participated in ranking panels or have conducted structured interviews or their equivalents.
D. I have interviewed candidates, evaluated applications, and made recommendations for selection to selecting officials.
E. I have developed and applied evaluation and selection processes (interview questions, application review, and reference checks) and/or have made selections or have trained others to make selections for a variety of positions.

13. Indicate the extent of your experience in resolving budget issues.

A. I have had no experience in performing this task.
B. I have had some experience in identifying the impact of current budget limits on my organization or program.
C. I have had experience in identifying and prioritizing competing budget demands.
D. I have had experience in developing and applying a formal budget process to resolve competing demands, ensuring that the highest priority work is supported and ensuring that all programs receive appropriate budget resources.

If you chose response B, C, or D, provide the name of the organization and provide one or two US 1262 examples that demonstrate this experience. If you chose response A, enter "Not Applicable."

14. Indicate the extent to which you have approved requests for resources based on analysis of needs and other relevant factors.

A. I have had no experience in performing this task.
B. I have approved short-term requests for resources based on a review of requests submitted by a third party.
C. I have conducted independent reviews and analyses of resource requests, prioritizing approvals based on current resource levels and existing policies.
D. I have participated in multi-year resource needs analyses indexed to future year funding and projections for available resources. 3.0
E. I have been responsible for compiling and approving a multi-year resource request based on analysis of organizational goals, priorities, and funding projections.

15. Indicate the extent of your experience in formulating budget recommendations based on fiscal analysis of program needs.

A. I have had no experience in performing this function.
B. I have formulated budget recommendations and estimates for small projects or operations.
C. I have reviewed the current fiscal status of my organization or program and developed budget recommendations and fiscal estimates based on my review.
D. I have performed detailed fiscal analyses of an organization(s) and programs and developed budget recommendations to resolve complex issues and problems.

16. Indicate the extent to which you have prepared budget justifications based on staffing, facilities, and equipment.

A. I have had no training or experience in performing this task.
B. I have reviewed budget requests and tracked transactions to support or justify obligations, taking into account staffing, facilities, and equipment.
C. I have developed and prepared budgets, budget requests, and proposed expenditures to support a department's mission, taking into account staffing, facilities, and equipment.
D. I have developed budget requirements that included the reallocation of funds to support facilities, staff, and services.

17. Indicate the extent of your experience in determining personnel resource requirements.

A. I have had no experience in performing this task.
B. I have calculated the number of personnel to cover established schedules.
C. I have measured and estimated workload levels and the personnel levels needed to address the workload.
D. I have measured and estimated workload and personnel levels for a large organization involving multiple disciplines and subordinate organizational levels.

18. Have you met/negotiated with various parties to help resolve grievances/appeals?

A. Yes
B. No

19. Do you have experience in interpreting and applying negotiated employee management US 1263 agreements?

A. Yes
B. No

If you chose response A, provide one or two examples that demonstrate this experience.

20. Have you analyzed grievances, arbitration cases, appeals (for example, MSPB), or unfair labor practices to identify trends, make improvements, or provide briefings to upper management?

A. Yes
B. No

21. Select the choice, which best describes your knowledge of and experience with performance appraisal systems/approaches.

A. I have a basic knowledge of performance appraisal systems and approaches.
B. I have prepared performance appraisal objectives and standards and formally rated employees' performance.
C. I have implemented, maintained, and monitored a performance appraisal system for a work unit, which included rating subordinates' performance and evaluating performance ratings assigned by other supervisors.

22. Indicate the extent of your knowledge and experience in labor and employee relations.

A. I have had no training or experience in labor and employee relations.
B. I have had some experience in dealing with labor and employee relations issues (for example, performance and conduct issues), and I am knowledgeable of relevant contract provisions and personnel regulations.
C. I have had experience in dealing with contract and/or administrative grievances, or I have participated in negotiations with the local union officials.
D. I have had extensive experience with grievances, arbitrations, negotiations, performance or conduct issues, or non-bargaining unit appeal procedures.

23. Do you have experience in documenting, developing, or proposing employee disciplinary actions?

A. Yes
B. No

If you chose response A, provide one or two examples that demonstrate this experience.

24. Indicate the extent of your experience in reviewing work products of subordinates and accepting, rejecting, or amending work.

A. I have had no experience in performing this task.
B. I have had some experience, gained while serving as a team leader or acting supervisor, in reviewing work products of subordinates and accepting, rejecting, or amending work.
C. I have had extensive experience, gained as a supervisor/manager, in reviewing work products of subordinates and accepting, rejecting, or amending their work.

US 1264

25. Indicate the extent of your experience in improving the efficiency and quality of the work

performed.

A. I have had no experience in performing this task.
B. I have made specific changes that have improved my efficiency and the quality of my work.
C. I have recommended changes that have been adopted by multiple work units and have improved their efficiency and the quality of their work. 10.0--
D. I have recommended specific changes that have improved my work unit's efficiency and the quality of its work.

If you chose response C or D, provide one or two examples that demonstrate this experience.

26. Indicate the extent of your experience in monitoring or developing performance measurements to evaluate the effectiveness of operations and/or assist in program administration.

A. I have had no experience or training in performing this task.
B. I have made recommendations based on my evaluation of performance measurements used to determine the effectiveness of operations and/or program administration.
C. I have developed performance measurements used to evaluate the effectiveness of operations and/or assist in program administration, and have monitored the use of these measurements.
D. I have supervised the development of performance measurements used to evaluate the effectiveness of operations and program administration, as well as the evaluation of operations and program administration.

27. Select the choice, which best describes your ability to establish and maintain effective working relations outside of the organization.

A. I have had no experience in performing this task.
B. I have provided routine information, resolved simple problems, questions, or complaints, and directed non-routine problems, questions, or complaints to the appropriate person/office.
C. I have maintained relationships with members of the public who have diverse needs, assessed their needs, and provided moderately complex information to them. I have resolved fairly complex or non-routine problems, questions, or complaints.
D. I have developed and maintained relationships with interest groups with diverse needs, anticipated and assessed their needs, and provided complex information to them. I have resolved complex or non-routine problems, questions, or complaints.

28. Indicate the extent to which you have gathered and analyzed facts, determined the accuracy of the data, defined the problem, and identified solutions.

A. I have gathered data/information in preparation for analysis by others.
B. I have gathered data/information, analyzed it, and summarized the results of my findings.
C. I have gathered data/information, performed analyses, summarized results, and identified problem areas.
D. I have gathered statistical data and narrative information, performed analyses, summarized results, identified problem areas, and proposed/implemented solutions.

29. Have you independently planned, scheduled, and carried out major processes and projects?

A. Yes
B. No

US 1265

If you answered A, list one or two examples of specific instances in which you have independently planned, scheduled, and carried out a major project.

30. Indicate the extent of your experience in handling stressful situations.

A. I have dealt with occasional periods of mild stress as part of my regular job duties.
B. As part of my regular job duties, I have dealt on a daily basis with moderate stress (for example, handling heavy workloads, meeting tight deadlines).
C. As part of my regular job duties, I have frequently dealt with highly stressful situations (for example, rapidly changing priorities, dealing face-to-face with hostile or violent individuals, handling crisis situations).

31. Select the choice, which best describes the extent of your knowledge of internal and external politics in the work place and your ability to apply this knowledge to situations.

A. I have a basic understanding of internal and external politics in the work place.
B. I have a thorough understanding of internal and external politics in the work place, acquired through on-the-job experience and formal training, and I have routinely applied this knowledge in work situations.
C. I have expert knowledge of internal and external politics in the work place, acquired from extensive supervisory/managerial experience, and I have applied this knowledge to enhance the effectiveness of my organization.

32. Indicate the extent of your experience in responding to Congressional, interagency, or intra-agency inquiries/complaints.

A. I have had no experience in performing this task.
B. I have drafted portions of responses for higher-level review on Congressional, interagency, or intra-agency inquiries based on my understanding of Federal laws, rules, regulations, policies and procedures.
C. I have written responses/testimony and represented the organization on Congressional, interagency, or intra-agency inquiries based on knowledge of Federal laws, rules, regulations, policies, and procedures.

33. Select the choice, which best describes your ability to stimulate creative thinking and innovation in others.

A. I have interacted with others on an individual basis seeking new solutions to a problem.
B. I have participated in groups or panels that successfully formulated innovative methods to achieve an assigned task.
C. I have led a group of employees in developing an innovative and improved process(s) in my field.

If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."

34. Indicate the extent to which you have identified the impact and implications of alternative decisions on your program or organization.

US 1266

A. I have had no experience in performing this task.

B. I have participated in brainstorming sessions convened to identify the impact of various proposals on a specific issue.
C. I have developed and presented written analyses of the predicted impact on the organization at the national level of any of multiple alternative proposals, including justification for a recommended course of action.
D. I have led a workgroup charged with determining the most viable option for resolving a matter, and made a formal recommendation to superiors.

35. Indicate the extent of your experience in developing and interpreting policy on designated programs.

A. I have had no experience in performing this task.
B. I have assisted and provided input to my superiors or subject-matter experts concerning the development of a new policy or the application of a new policy to a specific program.
C. I have drafted and/or studied proposals for the implementation of new policies or provided recommendations for the application of policies to a specific program.
D. I have independently developed and implemented new policies that impacted a specific program or interpreted the program response to far reaching policy directives.

36. Indicate the extent of your experience in inspiring, motivating, and/or guiding others toward accomplishment of goals.

A. I have had no training or experience in performing this task.
B. I have had limited experience, gained primarily as a team leader or acting supervisor, in inspiring, motivating, and/or guiding others toward the accomplishment of specific goals/objectives assigned to the team.
C. I have had extensive experience, gained as a supervisor or manager, in inspiring, motivating, and/or guiding others toward the accomplishment of goals by monitoring their work and providing guidance, training, and/or direction as needed.

If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."

37. Indicate the extent of your experience in building support for ideas and initiatives with key stakeholders inside and outside the organization.

A. I have had limited experience in building support for ideas and initiatives with key stakeholders inside and outside the organization gained by seeking support for ideas or initiatives under close guidance.
B. I have sought support for ideas and initiatives from key internal and external stakeholders with the result that these ideas/initiatives have been included in major recommendations made by others.
C. I have analyzed the pros and cons of key ideas/initiatives and clearly elucidated these options for key internal and external stakeholders with the result that the ideas/initiatives were successfully implemented.

If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."

US 1267

38. Indicate the extent of your experience in recruiting and selecting personnel.

A. I have had no experience in performing this task.

B. I have assisted others in the recruitment and selection of personnel.

C. I have been responsible for recruiting personnel and developing recommendations for selection.

D. I have overseen the recruitment of personnel, and I have made selections of staff members based on my own review and the recommendations of lower level staff members.

39. Indicate the extent of your experience in monitoring and evaluating work plans.

A. I have had no experience in performing this task.

B. Under the close guidance of others, I have evaluated the effectiveness of work plans.

C. I have independently evaluated the effectiveness of work plans and assessed progress toward achieving mission objectives.

D. I have supervised and approved the work of those responsible for evaluating the effectiveness of work plans and assessed progress toward achieving mission objectives.

40. Indicate the extent of your experience in promoting affirmative action goals and the achievement of equal opportunity requirements.

A. I have a basic knowledge of EEO/affirmative action programs and requirements acquired through relevant training courses or on-the-job experience.

B. I have provided input in developing strategies needed to ensure progress toward strategic EEO goals or objectives.

C. I have led others in developing strategies to ensure progress toward strategic EEO goals or objectives.

41. Indicate the extent of your experience in supporting and implementing changes in policies, procedures, and organizational structure.

A. I have worked with my peers to implement changes in policies, procedures, and organizational structure.

B. I have disseminated information about changes in policies, procedures, and organizational structure to peers and/or subordinates and explained the impact of these changes.

C. I have disseminated information about changes in policies, procedures, and organizational structure, explained the impact of these changes to internal and external stakeholders, and ensured that the changes were implemented.

42. Select the choice, which best describes the extent of your experience in and responsibility for employee training.

A. I have had no experience in performing this task.

B. I have been responsible for providing informal on-the-job training to peers and subordinates.

C. I have identified subordinates' training needs and ensured that the necessary development and/or training was provided to improve the efficiency and quality of the work.

D. In addition to providing informal on-the-job training to peers and subordinates, I have been responsible for identifying subordinates' training needs and recommending different types of training.

43. As part of your duties or assignments, have you identified areas of performance in which subordinates needed improvement and counseling?

US 1268

A. Yes
B. No

44. Select the choice, which best indicates your experience in establishing processes intended to improve and develop employees.

A. I have had no experience in performing this task.
B. I have had input into the development or implementation of local policies/procedures for improving and developing employees.
C. I have worked as a supervisor or team leader to recommend, develop, and implement local policies/procedures that serve to improve and develop employees.
D. I have managed projects and programs where I established and implemented local policies/procedures for improving and developing employees.

If you chose response C or D, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."

45. Indicate the extent of your experience in reporting to higher-level officials on program status and/or technical problems requiring resolution.

A. I have had no experience in performing this task.
B. I have reported primarily to my immediate supervisor, either formally or informally, on program status and/or technical problems requiring resolution.
C. I have given formal written reports and oral briefings to higher level officials both within and outside my organization regarding program status and/or technical problems requiring resolution.
D. I have given formal briefings to higher-level officials in the organization regarding program status and/or technical problems requiring resolution.

46. Select the choice, which best describes your experience in working in teams to complete a work-related project.

A. I have had no experience in performing this task.
B. I have been a member of a team, tasked with a specific work-related project that successfully met its goals and objectives.
C. I have led one or more teams tasked with a complex or challenging work related project that successfully met its goals and objectives.

47. Select the choice, which best describes your experience in responding to new information, changing conditions, or unexpected obstacles.

A. I have adapted to minor or temporary changes affecting my own assignments or work schedule by rescheduling work or refocusing my efforts.
B. I have rearranged some priorities and rescheduled a significant amount of work to accommodate changes in resources or goals. I have recommended new methods in situations in which established procedures were unavailable or inapplicable.
C. I have rearranged virtually all work priorities and schedules to accommodate sudden major changes, problems, or setbacks. I have chosen or developed new methods in situations in which established procedures were unavailable or inapplicable.

US 1269

48. Indicate the extent of your experience in defusing potentially volatile/difficult situations and

providing interested parties with opportunities to voice their concerns.

A. I have had no experience in performing this task.
B. I have had experience in defusing potentially volatile/difficult situations involving one or two individuals.
C. I have had experience in defusing potentially volatile/difficult situations involving a group.
D. I have had extensive experience in defusing potentially volatile/difficult situations involving multiple groups.

If you chose response B, C, or D, provide two examples that demonstrate this experience.

49. Select the choice, which best describes your ability to communicate with all levels of managers, staff members, and outside groups.

A. I have communicated with other staff members and managers in the routine performance of my duties.
B. I have conducted meetings with and provided training for staff members or outside groups.
C. I have presented briefings on program areas to higher-level managers or internal/external organizations or agencies.
D. I have represented a program or organization in high level conferences and/or meetings or acted as a liaison to other internal/external organizations or agencies.

50. Have you written standard operating procedures (SOPs) or agency policies?

A. Yes
B. No

If you chose response A, provide one or two examples that demonstrate this experience.

51. Indicate the extent to which you have been involved in public relations activities.

A. I have had no experience in performing this task.
B. I have participated in job fairs and college recruitment activities that target a specific audience (such as veterans, minorities, women).
C. I have presented formal briefings/speeches to the media, Members of Congress, and the general public on diverse and controversial or complex issues.
D. I have made presentations representing the agency at trade shows, community organizations, or local groups, and/or coordinated the agency's participation in public relations activities.

52. Select the choice that best describes how you have interacted with others, including all levels of employees and management and external parties (for example, media, Congress, trade community).

A. I have interacted successfully with others primarily in my own organization on tasks/projects.
B. I have interacted successfully with others at various levels both within and external to my work organization to resolve work-related problems by providing pertinent information.
C. I have provided interpretation, technical guidance, and direction to the media, congressional staff members, and/or the trade community.

US 1270

53. Select the choice, which best describes your ability to communicate in writing.

A. I have written responses to requests for information, or I have edited non-technical writing from others.
B. I have written policies, procedures, training manuals, and/or other technical materials.
C. I have explained in writing the application of laws, regulations, precedents, covering legal actions, or I have written congressional testimony that presented sensitive or controversial information.

54. Have you written statements or position papers concerning the impact of new or proposed legislation on existing programs and operations?

A. Yes
B. No

If you chose response A, provide one or two examples that demonstrates this experience.

55. Select the statement that best describes your Federal employment status.

A. I am a current U.S. Citizenship and Immigration Service, U.S. Customs and Border Protection, or U.S. Immigration and Customs Enforcement employee with competitive status who works within the local commuting area of the desired duty location.
B. I am NOT a current U.S. Citizenship and Immigration Service, U.S. Customs and Border Protection, or U.S. Immigration and Customs Enforcement employee with competitive status.
C. I am a non-competitive reinstatement eligible.

56. If you are, or ever were, a Federal employee in the competitive service, what is the highest full performance level (pay plan and grade level) of any competitive service position ever held by you on a permanent basis?

A. GS-13
B. GS-14
C. GS-15
D. Other

If you answered GS-13, provide the title and series of the position and the dates (MM/DD/YY to MM/DD/YY) you held this grade level.

If you answered GS-14, provide the title and series of the position and the dates (MM/DD/YY to MM/DD/YY) you held this grade level.

If you answered GS-15, provide the title and series of the position and the dates (MM/DD/YY to MM/DD/YY) you held this grade level.

If you answered Other, provide the title, pay plan, series, grade level or pay band of the position and the dates (MM/DD/YY to MM/DD/YY) you occupied the grade level or pay band.

57. If you are a Federal employee, is your most recent performance rating equivalent to a "pass," "satisfactory," or better?

A. Yes
B. No

US 1271

C. I am a Federal employee but have not received a performance rating.
D. Not applicable. I am not a Federal employee.

An integral part of our selection process includes the completion of reference checks. Please provide the names and telephone numbers of three professional references (e.g., current and former supervisors, college or university professors, managers or coordinators of volunteer activities, etc.) who know your qualifications relative to this position and who we can contact to verify your credentials. Do not list personal friends or relatives.

EEO Policy Statement

The United States Government does not discriminate in employment on the basis of race, color, religion, sex, national origin, political affiliation, sexual orientation, marital status, disability, age, membership in an employee organization, or other non-merit factor.

Reasonable Accommodation Policy Statement

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application and hiring process should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.



 **Send Mail**

**Send Mail to:**
San Francisco Services Branch
US Office of Personnel Management
120 Howard Street Room 735
San Francisco, CA 94105
USA

 **Questions?**

**For questions about this job:**
Ester Torrevillas
Phone: (415)281-7079
Email: ester.torrevillas@opm.gov

**USAJOBS Control Number:** 438226



US 1272