Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

| 1 Job title in announcement | 2 Grade(s) applying for | 3 Announcement number |
|---|---|---|
| SUPERVISORY ADJUDICATIONS OFFICER | 13 | FS330054 |

| 4 Last name | First and middle names | 5 Social Security Number |
|---|---|---|
| NOEL-CHARLES | WINNIFRED  LOUISE | 109 - 70 - 6834 |

| 6 Mailing address | | | 7 Phone numbers (include area code) |
|---|---|---|---|
| 123 OAK RIDGE ROAD | | | Daytime   (347) 528  3725 |
| City | State | ZIP Code | |
| HOPEWELL JUNCTION | NY | 12533 - 5032 | Evening   (845) 226  8749 |

## WORK EXPERIENCE

8 Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

1) Job title (if Federal, include series and grade)
   Payment Collector

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 02  94 | 10  98 | $24,000 | year | 35 |

Employer's name and address
NYC Department of Finance
66 John Street, New York, NY 10039

Supervisor's name and phone number
M. Nazareno (Employment Verifier)
(212) 361  1848

Describe your duties and accomplishments

Received and reconciled payments for summonses and applicable fees. Researched and updated related computer records. Handled Sheriff's payment-in-field tows as related to currency source documents. Eliminated unnecessary steps in daily processing to promote greater efficiency and better time management. Led a special task force to streamline various office form letters and consequently reduced paper waste. Received outstanding evaluations four years in a row.

2) Job title (if Federal, include series and grade)
   Special Service Representative

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10  1989 | 02  1994 | $17,000 | year | 35 |

Employer's name and address
J.P. Morgan Chase
270 Park Place, New York, NY 10017

Supervisor's name and phone number
Automated Employment Verification
(212) 622  8650

Describe your duties and accomplishments

Reconciled daily ledgers and solved processing errors by determining the necessary resolutions. Trained and supervised staff of junior tellers on transaction procedures. Arranged and executed both domestic and foreign currency. Received bank's service star award for fraud prevention and professionalism.

US 1247
CONFIDENTIAL

50612-101   NSN 7540-01-351-9178   Optional Form 612 (September 1994)
U.S. Office of Personnel Management

**9** May we contact your current supervisor?

YES ☒    NO ☐ è    If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

**10** Mark highest level completed.    Some HS ☐    HS/GED ☐    Associate ☐    Bachelor ☐    Master ☐    Doctoral ☒

**11** Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

St Joseph's Convent  Trinidad, West Indies
Diploma received in 1987

**12** Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| | Name | | | Total Credits Earned | | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|---|---|---|
| | | | | Semester | Quarter | | | |
| 1) | NEW YORK LAW SCHOOL | | | | | LAW | Juris Doctor | 2005 |
| | City | State | ZIP Code | | | | | |
| | New York | NY | 10013 - | 90 | | | | |
| 2) | St. Francis College | | | | | Science, Business | BS | 1996 |
| | Brooklyn | NY | 11201 - | 30 | | | | |
| 3) | New York College of Technology | | | | | Chemical Technology | AAS | 1991 |
| | Brooklyn | NY | 11204 - | 98.5 | | | | |

## OTHER QUALIFICATIONS

**13** Job-related training courses (give title and year). Job-related skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. Job-related certificates and licenses (current only). Job-related honors, awards, and special accomplishments(publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do not send documents unless requested.

Affirmative Employment Program for Employees
CIS Computer Security Awareness
Diversity Training for Employees
EEO Alternative Dispute Resolution (ADR) Program
EEO Complaints Process Training for Managers
Prevention of Sexual Harassment Training
Fletc Officer Training (94%)

## GENERAL

**14** Are you a U.S. citizen?    YES ☒    NO ☐ è    Give the country of your citizenship.

**15** Do you claim veterans' preference?    NO ☒    YES ☐ è    Mark your claim of 5 or 10 points below.

5 points ☐ è    Attach your DD 214 or other proof.    10 points ☐ è    Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

**16** Were you ever a Federal civilian employee?    Series    Grade    From (MM/YY)    To (MM/YY)

NO ☒    YES ☐ è    For highest civilian grade give:

**17** Are you eligible for reinstatement based on career or career-conditional Federal status?

NO ☒    YES ☐ è    If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

**18** I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE    Winnifred Noel-Charles            DATE SIGNED    05-26-05

US 1248
CONFIDENTIAL