

4145

# United States Government
# Application Cover Page

Please print this form, fill out, and use as a cover page to fax your application materials
to the number indicated in the Vacancy Announcement. *478 - 757 - 3144*

Vacancy Identification Number: (Required)

| F | S | 3 | 3 | 0 | 0 | 5 | 4 |
|---|---|---|---|---|---|---|---|

Social Security Number:

| 0 | 7 | 6 | - | 6 | 0 | - | 0 | 0 | 3 | 1 |
|---|---|---|---|---|---|---|---|---|---|---|

First Name:

| J | A | M | E | S |   |   |   |   |   |   |   |   |   |

Middle Initial:

| H |
|---|

Last Name:

| T | U |   |   |   |   |   |   |   |   |   |   |   |   |   |   |   |

Number of Pages in Application: (including this cover page)

| 3 | 1 |
|---|---|

Address: *1919 East 16 Street*

*Brooklyn , NY  11229*

Phone: *(212) 264 - 5891*



4145

US 1273
CONFIDENTIAL

FS 330054

# Citizenship and Immigration Services

**Department: Department Of Homeland Security**

**Agency: Citizenship and Immigration Services**

**Job Announcement Number:**
**FS330054**

( DETAILED VERSION ) ( [X] CLOSE ) ( 🖨 PRINT )

*Overview*

## SUPERVISORY ADJUDICATIONS OFFICER

**Salary Range:** 72035 - 119844 USD per year

**Series & Grade:** GS-1801-13/14

**Promotion Potential:** 14

**Who May Be Considered:**
Status Candidates (Merit Promotion Elig)
**Job Summary:**
U. S. Citizenship and Immigration Service
...America's Promise

**Open Period:** Tuesday, May 17, 2005
to Tuesday, May 24, 2005

**Position Information:** Full Time Career/Career Conditional

**Duty Locations:** Few vacancies - San Diego, CA Few vacancies - Miami, FL Few vacancies - New Orleans, LA Few vacancies - Newark, NJ Few vacancies - Buffalo, NY Few vacancies - New York City, NY

**Job Summary:** Our mission is to administer immigration benefits and services such as processing applications for U.S. citizenship, processing asylum and refugee cases, administering the visa program, administering work authorizations and other permits, and providing services for new residents and citizens.

**Who May Apply:** Applications will ONLY be accepted from employees who are currently serving on a Career/Career Conditional appointment within Citizenship and Immigration Services, Customs and Border Protection or Immigration and Customs Enforcement who work within the local commuting area of the announced duty location(s). (Surplus or displaced Department of Homeland Security (DHS) employees in the local commuting area are eligible).

These positions are located in the following locations:
  Miami District Office, Miami, FL
  Buffalo District Office, Buffalo, NY
  Newark District Office, Newark, NJ
  New York District Office, New Yourk, NY
  New Orleans District Office, New Orleans, LA
  San Diego District Office, San Diego, CA

Ths is a full-time permanent position in the Competitive Service.

These positions have promotion potential to the GS-14 grade level.

**Key Requirements:**
  • U.S. Citizenship Required
  • A Background Security Investigation Is Required

US 1274

05/20/05  13:36 FAX 2122644833      DHS-ADJ                                  ☒003/031

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| TU, JAMES H | 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 | 10/18/60 | 10/03/04 |

| | FIRST ACTION | | SECOND ACTION |
|---|---|---|---|
| 5-A. Code | 5-B. Nature of Action | 6-A. Code | 6-B. Nature of Action |
| 703 | PROMOTION NTE  01/30/05 | | |
| 5-C. Code | 5-D. Legal Authority | 6-C. Code | 6-D. Legal Authority |
| N8M | REG 335.102 EXC-COMP | | |
| 5-E. Code | 5-F. Legal Authority | 6-E. Code | 6-F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| SUPVY DISTRICT ADJUDCTN OFFCR | SUPVY ADJUDCTN OFFCR |
| 99003748   EEA3UE | 04012759   S1261A |

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 13 | 05 | 85,045.00 | PA | GS | 1801 | 14 | 02 | 91,630.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|---|
| 71,293.00 | 13,752.00 | 85,045.00 | .00 | | 76,813.00 | 14,817.00 | 91,630.00 | .00 |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| | CITIZENSHIP AND IMMIGRATION SERVICES |
| | OFC OF ASSOC DIR OPERATIONS |
| | OFC OF FIELD OPERATIONS |
| | NEW YORK DISTRICT OFFICE |
| | HS CI0310024501000000      PP 21 2004 |

EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 | 1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1 | 0-None  2-Conditional  1-Permanent  3-Indefinite | | YES   ☒ NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| Z5  BASIC-STANDARD-5X ADDITIONAL-5X FAM | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 03/27/88 | F  FULL TIME | |

POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | E  E-Exempt  N-Nonexempt | | 8888 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 36-4170-061 | NEW YORK NEW YORK   NEW YORK   NY |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks

TPRO

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PAULINE A. BRIGERON |
| HS CI | 1699 | 10/20/04 | PERSONNEL OFFICER |

US 1275
CONFIDENTIAL

TURN OVER FOR IMPORTANT INFORMATION          Editions Prior to 7/91 Are Not Usable After 8/31/93
3-Part   50-316                                              NSN 7540-01-333-6237
1 - Employee Copy - Keep for Future Reference

HS CI0310024501000000      PP 21 1*2004*BATCH 16996665 000-00 201-05 AG/EO CI-1699

View Resume                                                                          Page 1 of 3

*FS330054*

### James H. Tu
1919 East 16 Street
Brooklyn, NY  11229
Day Phone: 2122643413
Email: james.tu@DHS.gov

**Country of citizenship:**  United States of America
**Veterans' Preference:**  No
**Registered for Selective Service**
**Highest Grade:**  GS-1801-14-2, 10/2004-1/2005
**Contact Current Employer:**  Yes

**AVAILABILITY**   **Job Type:**        Permanent
                                        Temporary Promotion

                    **Work Schedule:**  Full Time

**WORK EXPERIENCE**  DHS/USCIS                    1/2005 - Present
                     New York City, New York US   Grade Level: GS13-5
                                                  Salary: 88,000 USD Per Year
                                                  Hours per week: 70

Acting Section Chief ADJ-3 , 1801
Supervise and responsible for the establishment, maintenance, budget and operation of
seven Applications Support Centers (ASC), one Congressional Unit, one Informational
Unit, one IBIS Criminal Resolution Unit, and one Mobile Unit in NYC District. Direct,
coordinate and oversee the work of nine ASC Managers, two GS-13 Supervisory District
Adjudications Officers, four Supervisory Immigration Information Officers, 16 District
Adjudications Officers, 30 Information Officers, two Administrative Assistants, two
clerks and one hundred and nine contractors. Responsible for all equipment inventories
within USCIS in NYC District, fingerprint services of applicants, criminal rap-sheets,
employment authorization biometrics information services, I-551 (Green Card) renewal,
electronic filing initiative in NYC, and INFOPASS.
Make decisions on work problems presented by subordinate supervisors; evaluate
subordinate supervisors and serve as the reviewing official on evaluations of non-
supervisory employees rated by subordinate supervisors; make or approve selections
for subordinate non-supervisory positions; recommend selections for subordinate
supervisors; review and approve serious disciplinary actions involving non-supervisory
subordinates; approve expenses such as within-grade increases, extensive overtime,
and travel; recommend awards or bonuses for non-supervisory staff; exercise
significant authority in dealing with officials of other units and in advising higher ranking
management officials on operational issues; assure reasonable equity of performance
standards and ratings used by subordinate supervisors; plan, assign and review work;
assure all requirements are met; approve leave; give advice, counsel, or instruction to
employees on both work and administrative matters; identify developmental training
needs of employees, providing or arranging for needed development and training; find
ways to improve productivity, promote team building, and improve business practices.
(Contact Supervisor: Yes, Supervisor's Name: Chin-Gee, Sham Q, Supervisor's Phone:
212-264-5891)

DHS/USCIS                    10/2004 - 1/2005
New York City, New York US   Grade Level: GS14-2
                             Salary: 92,000 USD Per Year
                             Hours per week: 60

Temp. Section Chief ADJ-3 , 1801
Supervise and responsible for the establishment, maintenance, budget and operation of
seven Applications Support Centers (ASC), one Congressional Unit, one Informational
Unit, one IBIS Criminal Resolution Unit, and one Mobile Unit in NYC District. Direct,
coordinate and oversee the work of nine ASC Managers, two GS-13 Supervisory District
Adjudications Officers, four Supervisory Immigration Information Officers, 16 District
Adjudications Officers, 30 Information Officers, two Administrative Assistants, two
clerks and one hundred and nine contractors. Responsible for all equipment inventories

GS  1276
CONFIDENTIAL

within USCIS in NYC District, fingerprint services of applicants, criminal rap-sheets, employment authorization biometrics information services, I-551 (Green Card) renewal, electronic filing initiative in NYC, and INFOPASS.

Make decisions on work problems presented by subordinate supervisors; evaluate subordinate supervisors and serve as the reviewing official on evaluations of non-supervisory employees rated by subordinate supervisors; make or approve selections for subordinate non-supervisory positions; recommend selections for subordinate supervisors; review and approve serious disciplinary actions involving non-supervisory subordinates; approve expenses such as within-grade increases, extensive overtime, and travel; recommend awards or bonuses for non-supervisory staff; exercise significant authority in dealing with officials of other units and in advising higher ranking management officials on operational issues; assure reasonable equity of performance standards and ratings used by subordinate supervisors; plan, assign and review work; assure all requirements are met; approve leave; give advice, counsel, or instruction to employees on both work and administrative matters; identify developmental training needs of employees, providing or arranging for needed development and training; find ways to improve productivity, promote team building, and improve business practices. (Contact Supervisor: Yes, Supervisor's Name: Chin-Gee, Sham Q, Supervisor's Phone: 212-264-5891)

| | |
|---|---|
| **Legacy USINS/DHS USCIS** | 8/1999 - 10/2004 |
| **New York City, New York US** | **Grade Level: GS13** |
| | **Salary: 88,000 USD Per Year** |
| | **Hours per week: 60** |

**Supervisory District Adjudications Officer , 1801**
responsible for the ASC program in NYC; oversee seven ASC sites, and one Mobile Unit; obtained required operating budget, personnel, space, equipment, and services to make the ASCs operational; provided directions through the CIS managers and the contract supervisors to the staff of about 109 contract employees who were responsible for providing fingerprint and other services; resolved problems involving complex phases of law or unusual situations requiring the interpretation and application of service policy; prepared and submitted periodic reports to reflect accomplishments, pending situations, requirements for increase in position and budget items on an actual or projected basis. (Contact Supervisor: Yes, Supervisor's Name: Gwynne MacPherson, Supervisor's Phone: 212-264-5891)

| | |
|---|---|
| **Legacy USINS/ DHS USCIS** | 1/1998 - 8/1999 |
| **New York City, New York US** | **Grade Level: GS12** |
| | **Salary: 70,000 USD Per Year** |
| | **Hours per week: 40** |

**Adjudications Officer/Applications Support Center , 1801**
examined applications for immigration privileges and benefits covering wide range of cases which required intensive inquiry into facts, laws, and precedent court decisions; used expert interviewing techniques and skills in conducting interviews or hearings; acted for the court in conducting preliminary hearing or examination of the petitioner for naturalization; gave recommendations for grant, denial or continuance of the petition; written Notice to Appear (NTA) under section 237 of the INA; provided directions and oversee contract compliance through contract supervisors to the staff of contract employees who were responsible for providing fingerprint and other services; resolved problems involving complex phases of law or unusual situations requiring the interpretation and application of service policy; prepared and submit periodic reports to reflect accomplishments, pending situations, requirements for increase in position and budget items on an actual or projected basis. (Contact Supervisor: Yes, Supervisor's Name: Gwynne MacPherson, Supervisor's Phone: 212-264-5891)

| | |
|---|---|
| **Legacy U.S.I.N.S./Customs & Border Protection** | 3/1988 - 1/1998 |
| **New York City, New York US** | **Grade Level: GS11** |
| | **Salary: 54,000 USD Per Year** |
| | **Hours per week: 60** |

**Senior Immigration Inspector , 1816**
presented to the U.S. Attorney cases for prosecution of aliens who had violated the laws in the Immigration and Nationality Act (INA) when seeking to enter into the USA; prepared cases for removal hearings to aliens seeking admissions into the USA; prepared cases for removal hearings under section 237 violations; involved with The Institutional Hearing Program which remove (deport) violent alien felons, who were up for parole, from the USA; trained many classes of junior inspectors on the subjects of INS laws, policies, procedures, and fraudulent documents detection; plan, organize, assign works and evaluate their performances as to the understanding, and the

US 1277
CONFIDENTIAL

View Resume

*F S 3 3 0 0 5 4*

retention of what was taught in the class; participated in the NYC Carrier Training Program; trained many airline agents and consular officers, at JFK-NYC, to detect fraudulent documents abroad; had stopped many illegal passengers abroad before they could reach the USA. (Contact Supervisor: Yes, Supervisor's Name: Charles Akalski II, Supervisor's Phone: 718-553-1688)

| | |
|---|---|
| **EDUCATION** | York College of CUNY<br>Jamaica, New York US<br>Bachelor's Degree - 6/1987 |
| **JOB RELATED TRAINING** | Immigration Officer Basic Training Courses (IOBTC) class 89: Federal Law Enforcement Training Center (FLETC) Glynco, Georgia; February 1989 - May 1989.<br>Senior Inspector School: FLETC Artesia, New Mexico; June 1993.<br>Supervisory School: Leadership Development Center Dallas, Texas; February 2000. |

**LANGUAGES**

**Chinese - Cantonese**

| | |
|---|---|
| Spoken: | Intermediate |
| Written: | Advanced |
| Read: | Advanced |

**Chinese - Mandarin**

| | |
|---|---|
| Spoken: | Advanced |
| Written: | Advanced |
| Read: | Advanced |

**Chinese - Taiwanese**

| | |
|---|---|
| Spoken: | Advanced |
| Written: | Advanced |
| Read: | Advanced |

| | | |
|---|---|---|
| **AFFILIATIONS** | DHS/USCIS | SDAO |

**REFERENCES**

| | | |
|---|---|---|
| Chin-Gee, Sham Q | DHS/USCIS | ADD |
| Phone Number: | 212-264-5891 | |
| Email Address: | Chin-Gee, Sham Q @dhs.gov | |
| Reference Type: | Professional | |

| | |
|---|---|
| **ADDITIONAL INFORMATION** | MS WORD, MS EXCEL, MS ACCESS |

US 1278
CONFIDENTIAL

USA Web .                        FS 33 0054                           Page 1 of 1

## Office of Personnel Management                    *Working for America*

View Privacy Statement

Thank you for submitting the electronic questionnaire for job announcement 330054. Your submission has been received and processed.

Please be sure to review the **How to Apply** section of the job announcement for any additional steps required to complete the application process. Once you have completed the application requirements, you can usually expect to receive a notification of your eligibility either by mail or electronic email in about 2 weeks after the closing date of the job announcement.

If you have questions concerning this position or the application process, please contact the person listed in the "Questions?" area at the bottom of the job announcement.

To upload a customized resume for this position click here.

**Privacy Notice: If you are accessing this application from a computer that is used by others, to protect the privacy of your information, please exit the browser when finished.**

US 1279
CONFIDENTIAL

USA Web

FS330054

**Office of Personnel Management**    *Working for America*

View Privacy Statement

Save   Finish   Log Out   Previous   Next

---

**Position Title:**

**Supervisory Adjudications Officer**

---

**Social Security Number**

**Social Security Number**

Enter your Social Security Number.
Providing your Social Security Number is
voluntary, however we can not process your
application without it.

| 076 | - | 60 | - | 0031 |

---

**Biographic Data**

**Instructions**    All biographic information is required, except for your telephone number and the contact time.

**First Name**    JAMES

**MI**    H

**Last Name**    TU

**Address**    1919 EAST 16 STREET

**City**    BROOKLYN

**State**    NY
Use Standard State Postal Codes. If you live
outside the USA, fill in Country, leaving zip code
blank.

**Zip Code**    11229    -

**Country**    US

US 1280
CONFIDENTIAL

USA Wcb                    *FS330054*                    Page 2 of 2

|                                                                                          |
| **Telephone Number**<br>Use numbers only - no punctuation. Include<br>area code If within United States. | 2122645891 |
| **Contact Time** | ● Day<br>○ Night<br>○ Either |
| **Fax Number** | 2122644833 |
| **Fax Extension** | |

### E-Mail Address

| **Notify me by E-Mail**<br>Would you like to be notified by E-mail? If so,<br>please select Yes and enter your e-mail<br>address in the space provided. | ● Yes<br>○ No |
| **E-Mail Address** | JAMES.TU@DHS.GOV |

Save   Finish   Log Out   Previous   Next

US 1281
CONFIDENTIAL

# Office of Personnel Management

*Working for America*

View Privacy Statement

[Save] [Finish] [Log Out] [Previous] [Next]

## Position Title:

**Supervisory Adjudications Officer**

## Citizenship

Are you a citizen of the United States?    ● Yes   ○ No

## Lowest Grade

**Lowest Grade**

Enter the lowest grade level (13-14) you will accept.   13

## Occupational Specialties

**Occupational Specialties**

The occupational specialty code for this position is:   SUPERVISORY ADJUDICATION OFFICER

## Geographic Availability

**Geographic Availability**

Select/enter at least one geographic location in which you are interested and will accept employment. The location codes for these positions are:

☐ San Diego, CA
☐ Miami, FL
☐ New Orleans, LA
☐ Newark, NJ
☐ Buffalo, NY
☑ New York City, NY

## Transition Assistance Plan

**Transition Assistance Plan**

In this section indicate if you are a surplus or displaced Federal employee requesting special priority consideration under the Career Transition Assistance Plan (CTAP) or the Interagency Career Transition Assistance Plan (ICTAP). Note: To receive consideration for CTAP or ICTAP, you must submit the necessary supporting documentation. Refer to the vacancy announcement for additional information and instructions.

☐ Career Transition Assistance Plan (CTAP);
☐ Interagency Career Transistion Assistance Plan (ICTAP);

US 1282
CONFIDENTIAL

USA Web                                                                 Page 1 of 5

*0 0 3 1*

---

### Office of Personnel Management                    *Working for America*

View Privacy Statement

[Save]  [Finish]  [Log Out]  [Previous]  [Next]

---

**Position Title:**

**Supervisory Adjudications Officer**

---

| **Occupational Questions** | **Total Questions = 57** |
|---|---|

Carefully read each question and all possible answers before selecting a response. Some questions will be used to screen out ineligible applicants. Applicant errors in responses will not be corrected. If you are already a Department of Homeland Security employee, we will not compare your responses against your existing personnel records for inconsistencies. You are responsible for the accuracy of your application.

The following questions will only be used to determine whether or not you meet the minimum qualification requirements for this position. You may wish to consult the vacancy announcement for a description of those requirements.

1. Which of the following statements best describes your experience?

⊙ A.  I have at least one year of experience as an Adjudications Officer or a Supervisory Adjudications Officer, GS-1801-12 (or higher grade level) with the federal government.

○ B.  I have GS-11 level experience making final determinations on complex immigration cases involving eligibility for citizenship, refugee status, asylum, suspension of deportation, and other related immigration benefits; and writing final determinations with legal analysis to support immigration benefits decisions.

○ C.  In addition to performing tasks in B above, I have at least one year of GS-12 level experience making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; or analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.

○ D.  I do not possess the experience described above.

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

US 1283
CONFIDENTIAL

_003 /_

**2. There is a time-in-grade (TIG) requirement for this position. Have you completed one year in a position at or above the GS-12 level? (Refer to the vacancy announcement for more information on TIG.)**

  ◌ A.  Yes. I have completed one year in a position at or above the GS-12 level.

  ◌ B.  No. I have not completed one year in a position at or above the GS-12 level.

  ◉ C.  Not Applicable. TIG does not apply to me because I currently occupy (or have previously occupied) a position at or above the GS-13 grade level.

**3. Which of the following statements best describes your experience?**

  ◉ A.  I have at least one year of experience as an Adjudications Officer or Supervisory Adjudications Officer, GS-1801-13 (or higher grade level) with the federal government.

  ◌ B.  I have experience making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; or analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.

  ◌ C.  In addition to performing tasks in B above, I have at least 1 year of GS-13 level experience reviewing and making final determinations on a full range of immigration benefits cases (e.g., citizenship, refugee status, asylum, or suspension of deportation) that have impact nationally or internationally; submitting decisions and appeals involving novel and/or unprecedented immigration benefits issues for review and certification by the Administrative Appeals Unit or the Board of Immigration Appeals; serving as an expert in analyzing the impact of existing or proposed legislation on immigration benefits programs; developing immigration benefits program standards, policies, and procedures; coordinating the long-range planning of new immigration benefits programs; or assessing the productivity, effectiveness and efficiency of immigration benefits program operations.

  ◌ D.  I do not possess the experience described above.

**4. There is a time-in-grade (TIG) requirement for this position. Have you completed one year in a position at or above the GS-13 level?**

  ◉ A.  Yes. I have completed one year in a position at or above the GS-13 level.

  ◌ B.  No. I have not completed one year in a position at or above the

US 1284
CONFIDENTIAL

*003 /*

GS-13 level.

○ C.  Not Applicable. TIG does not apply to me because I currently occupy (or have previously occupied) a position at or above the GS-14 grade level.

○ D.  Not applicable. TIG does not apply to me because I am a VEOA applicant.

**The following questions will be used to rate applicants who meet the minimum eligibility and qualification requirements.**

**5. Indicate the extent of your experience in planning and preparing schedules.**

○ A.  I have had no experience in performing this task.

○ B.  I have had limited experience in planning or preparing schedules either for a small team or for brief periods of time.

○ C.  I have planned and scheduled the day-to-day work of my immediate work unit on a continuous basis.

○ D.  I have performed mid- to long-range (that is, quarterly or annual) planning and scheduling of work for my immediate work unit when there were complicating factors (for example, conflicting priorities, work involving multiple disciplines).

● E.  I have directed and overseen the planning and scheduling of work for a multi-unit organization. I have established criteria and priorities and reviewed, amended, and consolidated the plans developed by subordinates.

**6. Indicate the extent of your experience in developing plans for a program or an organization.**

○ A.  I have had no experience in performing this task.

○ B.  Under the close guidance of others, I have developed short-range plans for a program (for example, set timelines, established milestones, identified needed resources).

○ C.  I have independently developed both short- and long-range plans for a program or organization (for example, set timelines, established milestones, identified needed resources).

● D.  I have overseen the development of plans that were broad in scope or were complex, involving multiple entities.

**If you chose response C or D, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."**

I had overseen Q-Matic and INFOPASS implementation in NYC. The plans were complex, and they involved every unit in the district. It also involved many entities internally and externally.

**7. Indicate the extent of your experience in developing and overseeing contingency plans such as hazardous materials plans and continuity of operations plans.**

○ A.  I have had no experience in performing this task.

○ B.  I have participated in contingency plan exercises, or I have assisted in the development of segments of contingency plans,

US 1285
CONFIDENTIAL

*003 /*

such as procedures for maintaining the lines of communication within a team during emergency or special situations.

○ C.  I have led the contingency plan exercises for my immediate team or have developed segments of plans, such as procedures for maintaining the lines of communication across teams during emergency or special situations.

⦿ D.  I have had a leadership role in the development or conduct of agency wide contingency plans or exercises for emergency or special situations.

**8. Indicate the extent of your experience in translating goals into action plans.**

○ A.  I have had no experience in performing this task.

○ B.  I have participated in a local process/project to develop action items for an action plan that supported established goals for a specific program area.

○ C.  I have led a local process/project to develop action items for an action plan that supported established goals for a specific program area.

○ D.  I have led a process/project for the conversion of agency goals to an action plan for a primary organizational unit or equivalent.

⦿ E.  I have overseen the process/project for the conversion of agency goals to action plans. I have monitored these action plans, made appropriate adjustments, and measured goal accomplishment.

**9. Indicate the extent of your experience in tracking and controlling a budget.**

○ A.  I have had no training or experience in performing this task.

○ B.  I have entered costs in spreadsheets and standard forms.

○ C.  I have tracked budget transactions and approved budget requests in an organization.

⦿ D.  I have had experience in overseeing, reviewing, and approving budget requests and expenditures for large programs and/or offices in an organization.

**If you chose response C or D, provide one or two examples that demonstrate this experience.**

I have overseen, reviewed, and approved budget requests and expenditures of my Information Unit, my IBIS Unit, my Congressional Unit, and my seven Applications Support Centers (ASCs) as the Temporary Section Chief of the section.

**10. Indicate the extent of your experience in assigning work to subordinates based on priorities, requirements of assignments, and capabilities of the employees.**

○ A.  I have had no experience in performing this task.

○ B.  I have had some experience in assigning work as a team leader or an acting supervisor.

US 1286
CONFIDENTIAL

*0031*

C. I have had experience as a supervisor in assigning work to
   subordinates and adjusting those assignments based on
   changing priorities and demonstrated skills of employees.

D. I have had experience as a second- or third-level supervisor in
   assigning program and project responsibilities to subordinate
   units.

Save   Finish   Log Out   Previous   Next

US 1287
CONFIDENTIAL

USA Web                                    *003 /*                    Page 1 of 3

---

**Office of Personnel Management**              *Working for America*

View Privacy Statement

[Save]  [Finish]  [Log Out]  [Previous]  [Next]

---

**Position Title:**

**Supervisory Adjudications Officer**

---

| **Occupational Questions (Continued)** | **Total Questions = 57** |
| --- | --- |

**11. Indicate the extent of your experience in ensuring that the work environment is safe.**

○ A.  I have had no training or experience in performing this task.

○ B.  I have had some training or familiarization with safety concepts, and I am able to identify and report typical worksite hazards.

○ C.  I have participated in the local safety program and have instructed subordinates in safe work practices. I have investigated occupational injuries and illnesses, and I have identified and mitigated hazardous conditions that were reported to me.

◉ D.  I have participated in the local safety program and served as a team member on a formal safety inspection.

**12. Indicate the extent of your experience in interviewing and evaluating candidates and making recommendations for selection.**

○ A.  I have had no experience in performing this task.

○ B.  I have provided recommendations on employees assigned to me, noting their strengths and weaknesses.

○ C.  I have participated in ranking panels or have conducted structured interviews or their equivalents.

○ D.  I have interviewed candidates, evaluated applications, and made recommendations for selection to selecting officials.

◉ E.  I have developed and applied evaluation and selection processes (interview questions, application review, and reference checks) and/or have made selections or have trained others to make selections for a variety of positions.

**13. Indicate the extent of your experience in resolving budget issues.**

○ A.  I have had no experience in performing this task.

○ B.  I have had some experience in identifying the impact of current budget limits on my organization or program.

○ C.  I have had experience in identifying and prioritizing competing budget demands.

◉ D.  I have had experience in developing and applying a formal

US 1288
CONFIDENTIAL

---

budget process to resolve competing demands, ensuring that the highest priority work is supported and ensuring that all programs receive appropriate budget resources.

**If you chose response B, C, or D, provide the name of the organization and provide one or two examples that demonstrate this experience. If you chose response A, enter "Not Applicable."**

As a Temporary Section Chief of the section, I had to develop, to propose and to apply formal budget request to region and to HQ to justify the need of the overtime money to clean up the backlog at NYC. Then when I got the budget, I have to apply it to ensure that

**14. Indicate the extent to which you have approved requests for resources based on analysis of needs and other relevant factors.**

○ A.  I have had no experience in performing this task.

○ B.  I have approved short-term requests for resources based on a review of requests submitted by a third party.

○ C.  I have conducted independent reviews and analyses of resource requests, prioritizing approvals based on current resource levels and existing policies.

◉ D.  I have participated in multi-year resource needs analyses indexed to future year funding and projections for available resources. 3.0

○ E.  I have been responsible for compiling and approving a multi-year resource request based on analysis of organizational goals, priorities, and funding projections.

**15. Indicate the extent of your experience in formulating budget recommendations based on fiscal analysis of program needs.**

○ A.  I have had no experience in performing this function.

○ B.  I have formulated budget recommendations and estimates for small projects or operations.

◉ C.  I have reviewed the current fiscal status of my organization or program and developed budget recommendations and fiscal estimates based on my review.

○ D.  I have performed detailed fiscal analyses of an organization(s) and programs and developed budget recommendations to resolve complex issues and problems.

**16. Indicate the extent to which you have prepared budget justifications based on staffing, facilities, and equipment.**

○ A.  I have had no training or experience in performing this task.

○ B.  I have reviewed budget requests and tracked transactions to support or justify obligations, taking into account staffing, facilities, and equipment.

◉ C.  I have developed and prepared budgets, budget requests, and proposed expenditures to support a department's mission, taking into account staffing, facilities, and equipment.

○ D.  I have developed budget requirements that included the ~~CONFIDENTIAL~~

US 1289
CONFIDENTIAL

reallocation of funds to support facilities, staff, and services.

**17. Indicate the extent of your experience in determining personnel resource requirements.**

○ A.   I have had no experience in performing this task.

○ B.   I have calculated the number of personnel to cover established schedules.

○ C.   I have measured and estimated workload levels and the personnel levels needed to address the workload.

⦿ D.   I have measured and estimated workload and personnel levels for a large organization involving multiple disciplines and subordinate organizational levels.

**18. Have you met/negotiated with various parties to help resolve grievances/appeals?**

⦿ A.   Yes

○ B.   No

**19. Do you have experience in interpreting and applying negotiated employee management agreements?**

⦿ A.   Yes

○ B.   No

**If you chose response A, provide one or two examples that demonstrate this experience.**

As part of the management team, I had experience with dealing with the Union in grievances and oral replies.

**20. Have you analyzed grievances, arbitration cases, appeals (for example, MSPB), or unfair labor practices to identify trends, make improvements, or provide briefings to upper management?**

⦿ A.   Yes

○ B.   No



Save   Finish   Log Out   Previous   Next

US 1290
CONFIDENTIAL

USA Web                               *0031*                               Page 1 of 3

## Office of Personnel Management                    *Working for America*

View Privacy Statement

Save   Finish   Log Out   Previous   Next

**Position Title:**

**Supervisory Adjudications Officer**

| *Occupational Questions (Continued)* | *Total Questions = 57* |
|---|---|

**21. Select the choice, which best describes your knowledge of and experience with performance appraisal systems/approaches.**

○ A.  I have a basic knowledge of performance appraisal systems and approaches.

○ B.  I have prepared performance appraisal objectives and standards and formally rated employees' performance.

◉ C.  I have implemented, maintained, and monitored a performance appraisal system for a work unit, which included rating subordinates' performance and evaluating performance ratings assigned by other supervisors.

**22. Indicate the extent of your knowledge and experience in labor and employee relations.**

○ A.  I have had no training or experience in labor and employee relations.

○ B.  I have had some experience in dealing with labor and employee relations issues (for example, performance and conduct issues), and I am knowledgeable of relevant contract provisions and personnel regulations.

○ C.  I have had experience in dealing with contract and/or administrative grievances, or I have participated in negotiations with the local union officials.

◉ D.  I have had extensive experience with grievances, arbitrations, negotiations, performance or conduct issues, or non-bargaining unit appeal procedures.

**23. Do you have experience in documenting, developing, or proposing employee disciplinary actions?**

◉ A.  Yes

○ B.  No

**If you chose response A, provide one or two examples that demonstrate this experience.**

```
I have plenty of experiences in documenting, developing, and
proposing employee disciplinary actions as a supervisor. I can't
comment on any current case, but I can tell you that one of the
persons that I proposed to be disciplined no longer work for the
```

US 1291
CONFIDENTIAL

**24. Indicate the extent of your experience in reviewing work products of subordinates and accepting, rejecting, or amending work.**

USA Web                                    *0031*                        Page 2 of 3

○ A.  I have had no experience in performing this task.

○ B.  I have had some experience, gained while serving as a team leader or acting supervisor, in reviewing work products of subordinates and accepting, rejecting, or amending work.

● C.  I have had extensive experience, gained as a supervisor/manager, in reviewing work products of subordinates and accepting, rejecting, or amending their work.

**25. Indicate the extent of your experience in improving the efficiency and quality of the work performed.**

○ A.  I have had no experience in performing this task.

○ B.  I have made specific changes that have improved my efficiency and the quality of my work.

● C.  I have recommended changes that have been adopted by multiple work units and have improved their efficiency and the quality of their work. 10.0--

○ D.  I have recommended specific changes that have improved my work unit's efficiency and the quality of its work.

**If you chose response C or D, provide one or two examples that demonstrate this experience.**

Our Section 245 was told to cleanup their backlog by HQ. That is to produce more with what they have. The reality is that the personnel in that unit are already pushed to the maximum with what they have. With the push the quality of their work were deteriorating. I

**26. Indicate the extent of your experience in monitoring or developing performance measurements to evaluate the effectiveness of operations and/or assist in program administration.**

○ A.  I have had no experience or training in performing this task.

○ B.  I have made recommendations based on my evaluation of performance measurements used to determine the effectiveness of operations and/or program administration.

○ C.  I have developed performance measurements used to evaluate the effectiveness of operations and/or assist in program administration, and have monitored the use of these measurements.

● D.  I have supervised the development of performance measurements used to evaluate the effectiveness of operations and program administration, as well as the evaluation of operations and program administration.

**27. Select the choice, which best describes your ability to establish and maintain effective working relations outside of the organization.**

○ A.  I have had no experience in performing this task.

○ B.  I have provided routine information, resolved simple problems, questions, or complaints, and directed non-routine problems, questions, or complaints to the appropriate person/office.

○ C.  I have maintained relationships with members of the public who

US 1292 CONFIDENTIAL

USA Web                          0 0 3 1                          Page 3 of 3

have diverse needs, assessed their needs, and provided
moderately complex information to them. I have resolved fairly
complex or non-routine problems, questions, or complaints.

⦿ D.  I have developed and maintained relationships with interest
groups with diverse needs, anticipated and assessed their needs,
and provided complex information to them. I have resolved
complex or non-routine problems, questions, or complaints.

**28. Indicate the extent to which you have gathered and analyzed facts, determined the accuracy of the data, defined the problem, and identified solutions.**

○ A.  I have gathered data/information in preparation for analysis by
others.

○ B.  I have gathered data/information, analyzed it, and summarized
the results of my findings.

○ C.  I have gathered data/information, performed analyses,
summarized results, and identified problem areas.

⦿ D.  I have gathered statistical data and narrative information,
performed analyses, summarized results, identified problem
areas, and proposed/implemented solutions.

**29. Have you independently planned, scheduled, and carried out major processes and projects?**

⦿ A.  Yes

○ B.  No

**If you answered A, list one or two examples of specific instances in which you have independently planned, scheduled, and carried out a major project.**

```
I oversee the seven Applications Support Centers in NYC. In order
for the fingerprint processes to work in NYC at the beginning of the
program, I had to plan and control all schedulers who would send
applicants to the centers without overwhelm our centers.  I
```


**30. Indicate the extent of your experience in handling stressful situations.**

○ A.  I have dealt with occasional periods of mild stress as part of my
regular job duties.

○ B.  As part of my regular job duties, I have dealt on a daily basis
with moderate stress (for example, handling heavy workloads,
meeting tight deadlines).

⦿ C.  As part of my regular job duties, I have frequently dealt with
highly stressful situations (for example, rapidly changing
priorities, dealing face-to-face with hostile or violent individuals,
handling crisis situations).



US 1293
CONFIDENTIAL

## Office of Personnel Management          *Working for America*

View Privacy Statement

[Save] [Finish] [Log Out] [Previous] [Next]

---

**Position Title:**

**Supervisory Adjudications Officer**

---

| Occupational Questions (Continued) | Total Questions = 57 |
|---|---|

**31. Select the choice, which best describes the extent of your knowledge of internal and external politics in the work place and your ability to apply this knowledge to situations.**

○ A.  I have a basic understanding of internal and external politics in the work place.

○ B.  I have a thorough understanding of internal and external politics in the work place, acquired through on-the-job experience and formal training, and I have routinely applied this knowledge in work situations.

◉ C.  I have expert knowledge of internal and external politics in the work place, acquired from extensive supervisory/managerial experience, and I have applied this knowledge to enhance the effectiveness of my organization.

**32. Indicate the extent of your experience in responding to Congressional, interagency, or intra-agency inquiries/complaints.**

○ A.  I have had no experience in performing this task.

○ B.  I have drafted portions of responses for higher-level review on Congressional, interagency, or intra-agency inquiries based on my understanding of Federal laws, rules, regulations, policies and procedures.

◉ C.  I have written responses/testimony and represented the organization on Congressional, interagency, or intra-agency inquiries based on knowledge of Federal laws, rules, regulations, policies, and procedures.

**33. Select the choice, which best describes your ability to stimulate creative thinking and innovation in others.**

○ A.  I have interacted with others on an individual basis seeking new solutions to a problem.

○ B.  I have participated in groups or panels that successfully formulated innovative methods to achieve an assigned task.

◉ C.  I have led a group of employees in developing an innovative and improved process(s) in my field.

US 1294
CONFIDENTIAL

If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."

0031

When the I-90 renewal program first started, the SOP of that program
came about 6 months too late. I asked my officers and our Vinnell
contractors to innovate and to find a best way to do the job before
the actual SOP arrived. We left no stone unturned in our ideas.

**34. Indicate the extent to which you have identified the impact and implications of alternative decisions on your program or organization.**

  ○  A.  I have had no experience in performing this task.

  ○  B.  I have participated in brainstorming sessions convened to identify the impact of various proposals on a specific issue.

  ○  C.  I have developed and presented written analyses of the predicted impact on the organization at the national level of any of multiple alternative proposals, including justification for a recommended course of action.

  ◉  D.  I have led a workgroup charged with determining the most viable option for resolving a matter, and made a formal recommendation to superiors.

**35. Indicate the extent of your experience in developing and interpreting policy on designated programs.**

  ○  A.  I have had no experience in performing this task.

  ○  B.  I have assisted and provided input to my superiors or subject-matter experts concerning the development of a new policy or the application of a new policy to a specific program.

  ◉  C.  I have drafted and/or studied proposals for the implementation of new policies or provided recommendations for the application of policies to a specific program.

  ○  D.  I have independently developed and implemented new policies that impacted a specific program or interpreted the program response to far reaching policy directives.

**36. Indicate the extent of your experience in inspiring, motivating, and/or guiding others toward accomplishment of goals.**

  ○  A.  I have had no training or experience in performing this task.

  ○  B.  I have had limited experience, gained primarily as a team leader or acting supervisor, in inspiring, motivating, and/or guiding others toward the accomplishment of specific goals/objectives assigned to the team.

  ◉  C.  I have had extensive experience, gained as a supervisor or manager, in inspiring, motivating, and/or guiding others toward the accomplishment of goals by monitoring their work and providing guidance, training, and/or direction as needed.

**If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."**

My Informational Unit has many Immigration Information Officers.
During the height of the A76 process, it was the darkest hour for
any supervisor to motivate and inspire anyone. I had never seen so
many officers with tears, depression and fear. You can imagine the



US 1295
CONFIDENTIAL

$003/$

**37. Indicate the extent of your experience in building support for ideas and initiatives with key stakeholders inside and outside the organization.**

○ A.  I have had limited experience in building support for ideas and initiatives with key stakeholders inside and outside the organization gained by seeking support for ideas or initiatives under close guidance.

○ B.  I have sought support for ideas and initiatives from key internal and external stakeholders with the result that these ideas/initiatives have been included in major recommendations made by others.

◉ C.  I have analyzed the pros and cons of key ideas/initiatives and clearly elucidated these options for key internal and external stakeholders with the result that the ideas/initiatives were successfully implemented.

**If you chose response C, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."**

INFOPASS came to NYC and immediately found that New Yorkers are a little bit more entrepreneur than other places. A free product, that is given by us to the public, is been charged by the entrepreneur out there for $60 to $120 per slot. Many suggestions and ideas were

**38. Indicate the extent of your experience in recruiting and selecting personnel.**

○ A.  I have had no experience in performing this task.

○ B.  I have assisted others in the recruitment and selection of personnel.

○ C.  I have been responsible for recruiting personnel and developing recommendations for selection.

◉ D.  I have overseen the recruitment of personnel, and I have made selections of staff members based on my own review and the recommendations of lower level staff members.

**39. Indicate the extent of your experience in monitoring and evaluating work plans.**

○ A.  I have had no experience in performing this task.

○ B.  Under the close guidance of others, I have evaluated the effectiveness of work plans.

○ C.  I have independently evaluated the effectiveness of work plans and assessed progress toward achieving mission objectives.

◉ D.  I have supervised and approved the work of those responsible for evaluating the effectiveness of work plans and assessed progress toward achieving mission objectives.

**40. Indicate the extent of your experience in promoting affirmative action goals and the achievement of equal opportunity requirements.**

○ A.  I have a basic knowledge of EEO/affirmative action programs and requirements acquired through relevant training courses or on-the-job experience.

US 1296
CONFIDENTIAL

USA Web                              OO3 /                        Page 4 of 4

```
 ⌐ B.  I have provided input in developing strategies needed to ensure
        progress toward strategic EEO goals or objectives.
 ⊙ C.  I have led others in developing strategies to ensure progress
        toward strategic EEO goals or objectives.
```

[Save]  [Finish]  [Log Out]  [Previous]  [Next]

US 1297
CONFIDENTIAL

USA Web    ○○3/

## Office of Personnel Management        *Working for America*

View Privacy Statement

[Save] [Finish] [Log Out] [Previous] [Next]

---

**Position Title:**

**Supervisory Adjudications Officer**

---

| **Occupational Questions (Continued)** | **Total Questions = 57** |
|---|---|

**41. Indicate the extent of your experience in supporting and implementing changes in policies, procedures, and organizational structure.**

○ A.  I have worked with my peers to implement changes in policies, procedures, and organizational structure.

○ B.  I have disseminated information about changes in policies, procedures, and organizational structure to peers and/or subordinates and explained the impact of these changes.

● C.  I have disseminated information about changes in policies, procedures, and organizational structure, explained the impact of these changes to internal and external stakeholders, and ensured that the changes were implemented.

**42. Select the choice, which best describes the extent of your experience in and responsibility for employee training.**

○ A.  I have had no experience in performing this task.

○ B.  I have been responsible for providing informal on-the-job training to peers and subordinates.

○ C.  I have identified subordinates' training needs and ensured that the necessary development and/or training was provided to improve the efficiency and quality of the work.

● D.  In addition to providing informal on-the-job training to peers and subordinates, I have been responsible for identifying subordinates' training needs and recommending different types of training.

**43. As part of your duties or assignments, have you identified areas of performance in which subordinates needed improvement and counseling?**

● A.  Yes

○ B.  No

**44. Select the choice, which best indicates your experience in establishing processes intended to improve and develop employees.**

○ A.  I have had no experience in performing this task.

○ B.  I have had input into the development or implementation of      US 1298
local policies/procedures for improving and developing    CONFIDENTIAL

---

$0031$

employees.

C. I have worked as a supervisor or team leader to recommend, develop, and implement local policies/procedures that serve to improve and develop employees.

⊙ D. I have managed projects and programs where I established and implemented local policies/procedures for improving and developing employees.

**If you chose response C or D, provide one or two examples that demonstrate this experience. If you chose response A or B, enter "Not Applicable."**



Overseeing the Information Unit, I found that the officers are not adequately trained. I implemented local policy to develop the employees by giving them training once per month until they catch up on current procedures on all other units. Then we will give training

**45. Indicate the extent of your experience in reporting to higher-level officials on program status and/or technical problems requiring resolution.**

A. I have had no experience in performing this task.

B. I have reported primarily to my immediate supervisor, either formally or informally, on program status and/or technical problems requiring resolution.

⊙ C. I have given formal written reports and oral briefings to higher level officials both within and outside my organization regarding program status and/or technical problems requiring resolution.

D. I have given formal briefings to higher-level officials in the organization regarding program status and/or technical problems requiring resolution.

**46. Select the choice, which best describes your experience in working in teams to complete a work-related project.**

A. I have had no experience in performing this task.

B. I have been a member of a team, tasked with a specific work-related project that successfully met its goals and objectives.

⊙ C. I have led one or more teams tasked with a complex or challenging work related project that successfully met its goals and objectives.

**47. Select the choice, which best describes your experience in responding to new information, changing conditions, or unexpected obstacles.**

A. I have adapted to minor or temporary changes affecting my own assignments or work schedule by rescheduling work or refocusing my efforts.

⊙ B. I have rearranged some priorities and rescheduled a significant amount of work to accommodate changes in resources or goals. I have recommended new methods in situations in which established procedures were unavailable or inapplicable.

C. I have rearranged virtually all work priorities and schedules to accommodate sudden major changes, problems, or setbacks. I have chosen or developed new methods in situations in which established procedures were unavailable or inapplicable.

US 1299
CONFIDENTIAL

*O O 3 1*

**48. Indicate the extent of your experience in defusing potentially volatile/difficult situations and providing interested parties with opportunities to voice their concerns.**

○ A.   I have had no experience in performing this task.

○ B.   I have had experience in defusing potentially volatile/difficult situations involving one or two individuals.

○ C.   I have had experience in defusing potentially volatile/difficult situations involving a group.

◉ D.   I have had extensive experience in defusing potentially volatile/difficult situations involving multiple groups.

**If you chose response B, C, or D, provide two examples that demonstrate this experience.**

> In 1998, when the fingerprinting program was at its infancy, HQ
> believed that we should make it convenient for the applicants by
> letting them come to the ASCs whenever they feel like it, instead of
> a time and date specific appointment. The idea turned into a chaotic

**49. Select the choice, which best describes your ability to communicate with all levels of managers, staff members, and outside groups.**

○ A.   I have communicated with other staff members and managers in the routine performance of my duties.

○ B.   I have conducted meetings with and provided training for staff members or outside groups.

○ C.   I have presented briefings on program areas to higher-level managers or internal/external organizations or agencies.

◉ D.   I have represented a program or organization in high level conferences and/or meetings or acted as a liaison to other internal/external organizations or agencies.

**50. Have you written standard operating procedures (SOPs) or agency policies?**

◉ A.   Yes

○ B.   No

**If you chose response A, provide one or two examples that demonstrate this experience.**

> In the early days of I-90 renewal process, the SOP came very late. I
> wrote the SOP and the district policy for the NYC District on how we
> will handle the challenge presented to the NYC District with the
> approval of the District Director.



[ Save ] [ Finish ] [ Log Out ] [ Previous ] [ Next ]

US 1300
CONFIDENTIAL

○O31

Office of Personnel Management                     *Working for America*

View Privacy Statement

| Save | Finish | Log Out | Previous | Next |

---

**Position Title:**

**Supervisory Adjudications Officer**

---

**Occupational Questions (Continued)**                     **Total Questions = 57**

**If you chose response A, provide one or two examples that demonstrate this experience.**

In the early days of I-90 renewal process, the SOP came very late. I wrote the SOP and the district policy for the NYC District on how we will handle the challenge presented to the NYC District with the approval of the District Director.

**51. Indicate the extent to which you have been involved in public relations activities.**

○ A.  I have had no experience in performing this task.

○ B.  I have participated in job fairs and college recruitment activities that target a specific audience (such as veterans, minorities, women).

○ C.  I have presented formal briefings/speeches to the media, Members of Congress, and the general public on diverse and controversial or complex issues.

⦿ D.  I have made presentations representing the agency at trade shows, community organizations, or local groups, and/or coordinated the agency's participation in public relations activities.

**52. Select the choice that best describes how you have interacted with others, including all levels of employees and management and external parties (for example, media, Congress, trade community).**

○ A.  I have interacted successfully with others primarily in my own organization on tasks/projects.

○ B.  I have interacted successfully with others at various levels both within and external to my work organization to resolve work-related problems by providing pertinent information.

⦿ C.  I have provided interpretation, technical guidance, and direction to the media, congressional staff members, and/or the trade community.

**53. Select the choice, which best describes your ability to communicate in writing.**

○ A.  I have written responses to requests for information, or I have edited non-technical writing from others.

⦿ B.  I have written policies, procedures, training manuals, and/or other technical materials.

○ C.  I have explained in writing the application of laws, regulations,

US 1301
CONFIDENTIAL

USA Web                                                                  Page 2 of 3

0031

precedents, covering legal actions, or I have written
congressional testimony that presented sensitive or controversial
information.

**54. Have you written statements or position papers concerning the impact of new or proposed legislation on existing programs and operations?**

C  A.  Yes

⦿  B.  No

If you chose response A, provide one or two examples that demonstrates this experience.

**55. Select the statement that best describes your Federal employment status.**

⦿  A.  I am a current U.S. Citizenship and Immigration Service, U.S.
        Customs and Border Protection, or U.S. Immigration and
        Customs Enforcement employee with competitive status who
        works within the local commuting area of the desired duty
        location.

C  B.  I am NOT a current U.S. Citizenship and Immigration Service,
        U.S. Customs and Border Protection, or U.S. Immigration and
        Customs Enforcement employee with competitive status.

C  C.  I am a non-competitive reinstatement eligible.

**56. If you are, or ever were, a Federal employee in the competitive service, what is the highest full performance level (pay plan and grade level) of any competitive service position ever held by you on a permanent basis?**

C  A.  GS-13

⦿  B.  GS-14

C  C.  GS-15

C  D.  Other

If you answered GS-13, provide the title and series of the position and the dates (MM/DD/YY) to MM/DD/YY) you held this grade level.

If you answered GS-14, provide the title and series of the position and the dates (MM/DD/YY) to MM/DD/YY) you held this grade level.

```
Supervisory District Adjudications Officer (Temporary Section Chief
of Adjudication -3)
Series 1801; GS-14-2 from October 3, 2004 through January 22, 2005.
```

US 1302
CONFIDENTIAL

If you answered GS-15, provide the title and series of the position and the dates (MM/DD/YY) to MM/DD/YY) you held this grade level.

0031

If you answered Other, provide the title, pay plan, series, grade level or pay band of the position and the dates (MM/DD/YY to MM/DD/YY) you occupied the grade level or pay band.

57. If you are a Federal employee, is your most recent performance rating equivalent to a "pass," "satisfactory," or better?

⊙ A.   Yes

○ B.   No

○ C.   I am a Federal employee but have not received a performance rating.

○ D.   Not applicable. I am not a Federal employee.

An integral part of our selection process includes the completion of reference checks. Please provide the names and telephone numbers of three professional references (e.g., current and former supervisors, college or university professors, managers or coordinators of volunteer activities, etc.) who know your qualifications relative to this position and who we can contact to verify your credentials. Do not list personal friends or relatives.

Gwynne MacPherson 212-264-5891
Chin-Gee, Sham 212-264-5891
Ryan, John 212-264-5891

Save  Finish  Log Out  Previous  Next

US 1303
CONFIDENTIAL