

# United States Government
# Application Cover Page

Please print this form, fill out, and use as a cover page to fax your application materials to the number indicated in the Vacancy Announcement.

**Vacancy Identification Number:** (Required)

`F` `S` `3` `3` `0` `0` `5` `4`

**Social Security Number:**

`1` `2` `9` - `4` `8` - `6` `0` `6` `4`

**First Name:**

`S` `T` `E` `P` `H` `E` `N`

**Middle Initial:**

**Last Name:**

`R` `O` `S` `I` `N` `A`

**Number of Pages in Application:** (including this cover page)  `0` `7`

Address: _103-35 105 ST_

_OZONE PARK, NEW YORK 11417_

Phone: _718-843.7021_



US 1240
CONFIDENTIAL

**Office of Personnel Management**                              *Working for America*

View

Thank you for submitting the electronic questionnaire for job announcement 330054. Your submission has been received and processed.

Please be sure to review the **How to Apply** section of the job announcement for any additional steps required to complete the application process. Once you have completed the application requirements, you can usually expect to receive a notification of your eligibility either by mail or electronic email in about 2 weeks after the closing date of the job announcement.

If you have questions concerning this position or the application process, please contact the person listed in the "Questions?" area at the bottom of the job announcement.

To upload a resume for this position click here.

**Privacy Notice: If you are accessing this application from a computer that is used by others, to protect the privacy of your information, please exit the browser when finished.**

**Stephen Rosina**
103-35 105 Street
Ozone Park, NY 11417
Day Phone: 7188437021
Email: stephen.rosina@dhs.gov

| | |
|---|---|
| **Country of citizenship:** | United States of America |
| **Veterans' Preference:** | No |
| **Highest Grade:** | GS-1801-GS-14, 04/2005-Present |
| **Contact Current Employer:** | Yes |

**AVAILABILITY**

| | |
|---|---|
| **Job Type:** | Permanent |
| **Work Schedule:** | Full Time |

**WORK EXPERIENCE**

U.S. Citizenship and Immigration Services   4/2005 - Present
New York City, New York US
Grade Level: 1801-14
Salary: $104,478 USD Per Year
Hours per week: 40

**Temporary Section Chief, GS**
Directs, coordinates and oversees the work through subordinate supervisors in the Adjustment of Status Unit (Section 245). The Unit consists of 5 subordinate Supervisory District Adjudications Officers (SDAO), 47 District Adjudications Officers (DAO), 1 Supervisory Applications Clerk (SAC), 5 Immigration Information Officers IIO's), 4 Exam Assistants (EA), and 15 clerical support, as well as a contract staff of 1 supervisor, 2 team leaders, and 4 team clerical support individuals.

Provides technical and administrative supervision to subordinate supervisors, as well as assigning and reviewing work. In addition, discuss with subordinate supervisors any work challenges they may be having and coming to a shared resolution.

As part of the Backlog Reduction Plan I oversee work distribution and assignments for two detailed SDAO's and 11 detailed DAO's.

Apprises senior management officials on the unit's operations and ability to meet goals and possible process improvements, when needed.

Participates in meetings with senior management officials in relation to discussions concerning policy and goals. In addition, I participate in meetings with special interest groups, including American Immigration Lawyers Association, advocacy groups and Congressional staff members.

Develops and plans performance work plans for DAO's, as well as serving as Reviewing Official for DAO's, IIO's and EA's. In addition, serves as Rating Official for subordinate SDAO's and recommends awards.

Reviews all statistical and OT reports before submission to senior level management.

Reviews for proper issuance and serves as signing official for Notices to Appear on cases filed with the Executive Office of Immigration Review.

ACCOMPLISHMENTS:

Selected as a member of the NY Project Team as part of the HQ Backlog Reduction Plan.

Promotes team building by implementing weekly meetings with subordinate SDAO's and encouraging active participation. This has resulted in improved productivity and communication.

Due to 21 detailees being assigned to Garden City, I arranged and coordinated the efficient movement of files from 26 Federal to Garden City. This resulted in better utilization of officers, as the cases were ready for them when they reported for duty. This effort was in due to the Headquarters mandated Backlog Reduction Plan.

I have diligently strived and succeeded in promoting harmony within the Section between both contractors and CIS staff, as well as Officers and Clerical staff. This has resulted in more efficient work flow, increased productivity and better communication.

Serves as mentor to subordinate supervisor DAO's, so they may achieve a higher comfort level when dealing with conduct and performance issues (Contact Supervisor: Yes, Supervisor's Name: Sham Chin-Gee, Supervisor's Phone: 212-264-5891)

**Citizenship and Immigration Services**          10/2002 - 4/2005
**New York City, New York US**                    Grade Level: 1801/13
                                                  Salary: $90,645 USD Per Year
                                                  Hours per week: 40

**Supervisory District Adjudications Officer , GS**
Managed and directed activities of the Adjustment of Status Unit (Sect 245), comprised of a staff of 52 DAO's and 21 support staff. I was the first line supervisor for 10 DAO's, 1 Exam. Asst., 1 SAC and 17 support staff. I addition, I served as the 2nd line liaison for a staff of 22 contract personnel.

Planned and disseminated work assignments to subordinates, based on senior level management policy and District goals.

Coordinated with the Deportation and Removal and Investigation Units, on expedited handling of aliens who were either in custody or to be taken into custody. This was a high priority due to concerns of national security, especially after September 11, 2001.

Initiated changes and reorganization of the unit, that resulted in the DAO's having more confidence in their decision making. This initiative also helped them write more clear, concise and grammatically correct denials.

Tasked with handling special interest cases for senior management.

Interpreted and clarified diverse and complex Immigration and Nationality laws for DAO's.

Evaluated subordinates performances by completing progress reviews and final ratings (PWP). Assisted in the formulation of new PWP's for the DAO's and solely responsible for amending the SAC's PWP to more accurately reflect their job responsibilities.

Recommended promotions, approved within-grade increases, and conducted appraisals.

Interviewed prospective job applicants for DAO positions and other positions as needed.

Encouraged and facilitated conflict resolution at the lowest level. Seeking the most fair and equitable outcome for all parties concerned.

Proposed disciplinary actions and enforced such measures, when needed.

Verified unit's time and attendance reports for accuracy.

ACCOMPLISHMENTS:

Served as Acting Section Chief on numerous occasions.

Met with Director Aguirre's representatives from HQ and the Region in August 2003, to discuss the Unit's operations as part of the Backlog Reduction Plan.

Developed a more efficient means of moving and tracking files, which resulted in improved utilization of man hours and more case completions.

Instituted 2 new units by reorganizing existing CIS support staff and contractors. This was accomplished by capitalizing on best practices and introducing new concepts resulting in more efficiency.

Represented the District, as a speaker,at meetings with Congressional staff members, AILA and other external customers, to explain various Service initiatives.

Participated in the Process Focus Group for INSpect. I provided technical expertise in adjudications and suggested process changes in the program.

Managed resources effectively, despite the demands of backlogs, increasing receipts and shortages of DAO's.

Through mentoring and goal setting, members of my team were empowered, which resulted in several promotions and acceptance and completion in the Service's leadership program. (Contact Supervisor: Yes, Supervisor's Name: Ronald Alan Atkinson, Supervisor's Phone: 202-357-8112)

**Immigration and Naturalization Service**  7/1995 - 10/2002
**New York City, New York US**  Grade Level: 1801
Salary: $84,428 USD Per Year
Hours per week: 40

**Supervisory District Adjudications Officer , GS**
Directed the work efforts of 13 District Adjudications Officers and 12 support staff in the Nonimmigrant Unit/Stokes Unit.

Responsible for ensuring all Stokes interviews were conducted in accordance with the procedures enumerated in the Final Judgement of STOKES v INS, No. 74 Civ. 1022 (S.D.N.Y. November 10, 1976).

Planned and disseminated work assignments to subordinates, based on senior level management policy and District goals.

Oversees the complete adjudicative process of over 17 different applications/petitions handled by the Unit.

Liaisoned with the Litigation Unit to coordinate efforts and share information, so they were properly prepared when representing the Service before an Immigration Judge.

Reviewed all appeals en route to the Litigation Unit or already rendered by the BIA and AAU.

Reviewed and signed off on the DAO's reports of Notices to Appear.

Interpreted and clarified diverse and complex Immigration and Nationality laws when assistance was needed by a DAO.

Evaluated subordinates by completing progress reviews, final ratings (PWPs), Officer Corps ratings and appraisals.

Recommended promotions, approved within-grade increases, interviewed prospective job applicants.

Implemented Service's EEO policy and worked closely with EEO staff to resolve various issues.

Served as an Oral Reply Officer representing management in discussions with the Union and recommended institution of proposed disciple or other action as appropriate.

Assisted visually impaired employees have their special needs met in regard to equipment and training.

Established and maintained internal controls for the financial, administrative and operational functions of the Unit.

Tracked all congressional, mandamus, and Freedom of Information Act requests.

ACCOMPLISHMENTS:

Selected to participate in 6 INSpect reviews as a technical expert for adjudications.

First supervisor chosen to represent the Service at the Pier 94 Victims Assistance Center after the World Trade Center crisis.

Independently recognized and researched possible solutions regarding I-130's that were denied at the District and then subsequently filed at the Service Center. Findings were conveyed to the District Director and approved.

Arranged for Stokes interviews to be conducted at two Service detention centers.

Numerous speaking and training assignments for various Service personnel, Congressional staff members, AILA and outreach organizations. (Contact Supervisor: Yes, Supervisor's Name: Sham Chin-Gee, Supervisor's Phone: 212-264-5255)

| | |
|---|---|
| Immigration and Naturalization Service<br>New York City, NY US | 2/1995 - 7/1995<br>Grade Level: GS-12<br>Salary: $50,311 USD Per Year<br>Hours per week: 40 |

**District Adjudications Officer/Staff Officer, 1801**
Staff Officer for the Acting Assistant District Director for Adjudications.

Password Issuance Control System ("PICS") Officer for the Adj. and Records and Info. Services Branches.

Compiled personnel data and completed staffing reports as required by the Staff Assignment Group for the District Director.

Training Officer for the Adjudications Branch.

ACCOMPLISHMENTS:

Represented the Service as a public speaker at various functions.

Established and maintained effective professional working relationships as a Public Affairs Liaison with foreign diplomats and State Department officials.

Detailed for 30 days to Tucson, Az. to train Info. Off. in Imm. and Nat. laws, and for 1 week in San Diego, Ca. for a "train-the trainer" program in bloodborne pathogens.

| | |
|---|---|
| Immigration and Naturalization Service<br>New York City, NY US | 10/1992 - 2/1995<br>Grade Level: GS-12<br>Salary: $50,311 USD Per Year<br>Hours per week: 40 |

**Senior Examiner, 1801**
Assisted the supervisor in the operations of Section 245, serving as acting supervisor in her absence.

Responsible for prioritizing and adjudicating the most difficult and complex cases in the unit.

Interpreted diverse and complex Imm. and Nat. laws in order to make accurate and articulate case decisions.

Training Officer for new officers and other sections, as needed.

Reviewed appeals to the Board of Imm. Appeals and the Adminis. Appeals Unit, motions to reopen and/or reconsider, mandamus cases, rescissions of adjustment of status, revocations of petitions, referrals for legal opinions to the Litigation Unit, and referrals to Investigations for Issuance of Orders to Show Cause ("OSC").

ACCOMPLISHMENTS:

Served as Congressional Liaison Officer for the unit and provided comprehensive accurate responses to their inquiries. Established an effective professional working relationship with the congressional offices.

Served as the Personnel Services and Benefits Officer and was responsible for tracking all budgetary changes affecting the Adjudications Branch.

Coordinated Section 274(c) training for the Adjudications Branch and trained Info. Off. and Asylum Off. on DVs and Section 245(i).

Public speaker at congressional seminar, legal seminar and outreach programs at various public venues.

**EDUCATION**     QUEENS COLLEGE
Flushing, NY US
Bachelor's Degree - 2/1978
128 Semester Hours
Major: History
Minor: English
3.3 out of 4.0
cum laude

|  |  |
|---|---|
| **JOB RELATED TRAINING** | EEO Professional Development Series - March - June 2005<br>Process Focus Group (INSpect) - June, 2003<br>Managing Multiple Priorities - October, 2001<br>Resolving Conflict - May, 2001<br>NY Fed. Exec. Board Disability Aware. Seminar - May, 2000<br>Americans With Disabilities Act - Oct, 1997<br>Basic Labor Relations For Supv. and Mgrs. - June, 1997<br>Supervising Troubled Employees - April, 1997<br>Managing Stress - April, 1997<br>Advanced Supervision (40 hours) - March, 1997<br>Coaching Skills For Mgrs. and Supv. Feb. 1997<br>INSpect Training - Jan. 1997<br>EEO Sexual Harassment For Supv. - Oct., 1996<br>Basic Supervision (40 hours) - June, 1996<br>Supervising and Managing People - Sept., 1995<br>Field Imm. Exam. (64 hours) - Feb., 1994<br>IMMACT 90 Instructor (40 hours) - June, 1991<br>Journey Imm. Exam. (64 hours) - June, 1985<br>IOBTC (14 weeks) - Nov., 1983<br>Paralegal (144 hours) - Oct., 1979<br>Natz. Exam. Course (144 hours) - June, 1979 |

**LANGUAGES**

Spanish
Spoken:   Novice
Written:  Intermediate
Read:     Intermediate

**AFFILIATIONS**   Not Applicable    Not Applicable

**PROFESSIONAL PUBLICATIONS**   Not Applicable

**REFERENCES**

| | | |
|---|---|---|
| **Sham Chin-Gee** | Citizenship and Immigration Services | Assistant District Director/Operations |
| Phone Number: | 212-264-5891 | |
| Reference Type: | Professional | |
| **Gwynne K. MacPherson** | Citizenship and Immigration Services | Deputy District Director |
| Phone Number: | 212-264-5891 | |
| Reference Type: | Professional | |
| **Ronald Alan Atkinson** | Citizenship and Immigration Services | Assistant to Ombudsman |
| Phone Number: | 202-357-8112 | |
| Reference Type: | Professional | |
| **Luz Mendez** | Senator Hilary Clinton | Dir. Imm. Services & Foreign Affairs |
| Phone Number: | 212-688-7733 | |
| Reference Type: | Professional | |
| **Flor Rodriguez-Langumas** | Congressman Gary Ackerman | Staff Assistant |
| Phone Number: | 718-423-2154 | |
| Reference Type: | Professional | |
| **Peggy Paradee** | Citizenship and Immigration Services | Supervisory Center Adjudications Officer |
| Phone Number: | 802-527-4790 | |
| Reference Type: | Professional | |

**ADDITIONAL INFORMATION**    Not Applicable

US 1246
CONFIDENTIAL