# Citizenship and Immigration Services

**Department:** Department Of Homeland Security
**Agency:** Citizenship and Immigration Services

**Job Announcement Number:**
CIS-101146-NYC

[ DETAILED VERSION ]  [ X CLOSE ]  [ PRINT ]

Overview

## SUPERVISORY ADJUDICATIONS OFFICER

11/16/05 - 11/30/05

**Salary Range:** 78,012.00 - 101,413.00 USD per year

**Open Period:** Monday, November 07, 2005 to Monday, November 14, 2005

**Series & Grade:** GS-1801-13

**Position Information:** Full Time Career/Career Conditional

**Promotion Potential:** 13

**Duty Locations:** 3 vacancies - New York City, NY

**Who May Be Considered:**
Status Candidates (Merit Promotion Elig)

**Job Summary:**
This position supports our mission to administer immigration benefits and services such as processing applications for U.S. citizenship, processing asylum and refugee cases, administering the visa program, administering work authorizations and other permits, and providing services for new residents and citizens.

**APPLICATIONS AND SUPPORTING DOCUMENTATION WILL NOT BE ACCEPTED BY MAIL.**

**Who May Apply:** Current U.S. Customs and Border Protection, U.S. Immigration and Customs Enforcement and U.S. Citizenship and Immigration Services employees with competitive status within the local commuting area.

Surplus or Displaced Department of Homeland Security (DHS) employees in the local commuting area are eligible.

**Organizational Location:** This position is located in the New York Office, New York, NY.

**Relocation Expenses:** Relocation expenses will NOT be paid.

Note: One or more positions may be filled using this vacancy announcement.

**Key Requirements:**
- U.S. Citizenship
- Background Security Investigation
- Drug Screening

Duties

US 298

**Major Duties:**
You will supervise a field office staff responsible for interpreting, applying, and enforcing an intricate field of Immigration and Nationality laws. This includes overseeing the planning and conduct of independent research concerning eligibility entitlements of persons seeking immigration benefits, employment and/or legal status under the Immigration and Nationality Act. You will also review and make determinations on cases; hear and adjudicate appeals, and decide on motions to reopen and reconsider cases. You may be required to appear in court as the representative of the Department of Homeland Security in naturalization proceedings and serve as an expert witness at exclusion and deportation hearings as well as in other administrative and criminal proceedings.

You will plan the work to be accomplished by your subordinates, set and adjust short-term priorities, and prepare schedules for completion of the work; assign work to subordinates based on priorities, selective consideration of the difficulty and requirements of assignments, and the capabilities of employees; evaluate work performance of subordinates; give advice, counsel, or instruction to employees on both work and administrative matters; interview candidates for positions in the unit; recommend appointment, promotion, or reassignment to such positions; hear and resolve complaints from employees; effect minor disciplinary measures; identify developmental training needs of employees, providing or arranging for needed development and training; find ways to improve productivity or increase the quality of the work directed; and/or develop performance standards.

Qualifications and Evaluation

**Qualifications:**

GS-13: You qualify at the GS-13 level if you possess one (1) year of specialized experience that equipped you with the skills needed to perform the job duties. This experience must have been equivalent to at least the GS-12 grade level. Examples include making final determinations on difficult and sensitive immigration benefits cases that are discretionary, precedent-setting, have high visibility and are of great importance to the agency; rendering immigration benefits decisions that have substantial impact on a wide range of agencies at the federal, state and local levels; and analyzing new immigration benefits regulations and complex technical amendments as well as procedures for making final determinations on applications/petitions for immigration benefits.

**Education:** There is no specialized education requirement for this position.

**Requirements**

**U.S. Citizenship:** Candidates must be United States citizens and present proof of citizenship, if selected.

**Qualifications by Closing Date:** You must meet all qualification requirements by the closing date of the announcement. Please note that qualification claims will be subject to verification.

**Time In Grade:** Time in grade restrictions must be met by the closing date of this announcement. Applicants must have at least 52 weeks of service equivalent to the next lower grade level in the normal line of progression for the position to be filled.

US 299

**Background Security Investigation:** You will need to successfully complete a background investigation before you can be appointed into this position.

**Drug Testing:** It is the policy of the Department of Homeland Security (DHS) to achieve a drug-free workplace. All non-Legacy INS selectees for this position will be required to submit to urinalysis to screen for illegal drug use prior to appointment. This may be a testing designated position (TDP), persons selected who are not in a TDP will be required to pass a urinalysis test to screen for illegal drug use prior to final appointment. Incumbents are subject to random testing.

**How You Will Be Evaluated:**
**Evaluations**

You will be evaluated based upon the responses you provide on the job specific questionnaire that is required as part of the application process for this position. You will be rated based on your responses and assigned a score ranging from 70 to 100 points. Candidates will be referred for selection in accordance with the terms of the agency merit promotion plan.

All the information you provide may be verified by a review of the work experience and/or education as shown on your application forms, by checking references and through other means, such as the interview process. This verification could occur at any stage of the application process. Any exaggeration of your experience, false statements, or attempts to conceal information may be grounds for rating you ineligible, not hiring you, or for firing you after you begin work.

How to Apply

**How To Apply:**

You must complete the online occupational questionnaire and submit a resume to receive consideration for this vacancy announcement. Please be sure to respond to **all** questions in the online questionnaire. Errors or omissions may affect your rating or result in your being rated ineligible.

**There are 2 methods available to complete the online occupational questionnaire and submit your resume.**

1) You can build an account and create a resume through USAJOBS after which you will be directed to complete the occupational questionnaire. This method is recommended for those who may be interested in applying for multiple vacancy announcements and those who need assistance in preparing a resume.

2) You can apply directly to this announcement, complete the occupational questionnaire, and upload your resume. This method is recommended for those who already have a resume available in a personal word processing file.

## Method 1 – Using the USAJOBS resume builder and USAJOBS user account:
The USAJOBS Web site provides a Resume Builder feature that you may use to develop and submit a resume for this position. The completed resume can be attached to this vacancy announcement and submitted electronically. To do so, scroll down to the end of the vacancy announcement and click the **APPLY ONLINE** button at the bottom of this screen. Then follow the USAJOBS web site instructions. Next, if you have not created a user account, click on the "create your account now" button and follow the instructions. If you have created a user account, insert your user id/password and follow the instructions.

The system will then take you to the Online Questionnaire that you must also complete and submit. When you have completed the occupational questionnaire select the "Finish" button. At the next screen select the "Submit" button. If you want to "Save" an incomplete Occupational Questionnaire and return later, select

US 300

the "Save" button at the top or bottom of each of the application pages and click the "Logout" button. To return later to complete an application/occupational questionnaire click here: https://www.hr-services.org/usasonlineapp/usasonlineapp.aspx

Follow the instructions that appear on the screen after you receive an acknowledgement that the occupational questionnaire is successfully submitted.

In addition to completing an online resume and online questionnaire, you may be required to submit additional required documents. **(See required documents and document upload instructions below)** If you do not have all the requested documents in electronic format you can upload part and fax the remaining documents that you do not have in electronic format. **(See faxing document instructions below)**

## Method 2 – Completing an online occupational questionnaire and uploading a resume from your personal word processing file:

This method will allow you to bypass the USAJOBS user log in and resume builder feature to go directly to the online occupational questionnaire and then upload your resume from your personal word processing file. Click this link to start a new occupational questionnaire.

https://www.hr-services.org/usasonlineapp/usasonlineapp.aspx

When you have completed the occupational questionnaire select the "Finish" button. At the next screen select the "Submit" button. If you want to "Save" an incomplete Occupational Questionnaire and return later, select the "Save" button at the top or bottom of each of the application pages and click the "Logout" button. To return later to complete an application/occupational questionnaire click here:

https://www.hr-services.org/usasonlineapp/usasonlineapp.aspx

In addition to completing an online questionnaire and submitting a resume, you may be required to submit additional required documents. **(See required documents and document upload instructions below)** If you do not have all the requested documents in electronic format you can upload part and fax the remaining documents that you do not have in electronic format. **(See faxing document instructions below)**

**Required Documents:**

In addition to completing an on-line questionnaire and submitting an on-line resume, the following supporting documents must be received by the closing date of this announcement.

Proof of Eligibility if applying for consideration under a priority selection program (e.g., CTAP/ICTAP) or a special appointing authority. Individuals who have special priority selection rights under the Agency Career Transition Assistance Program (CTAP) or the Interagency Career Transition Assistance Program (ICTAP) must be well qualified for the position to receive consideration for special priority selection. To be well-qualified and exercise selection priority for this vacancy, displaced Federal employees must be rated at 85 or above on the rating criteria for this position. For those instances where the best qualified lists include applicants with scores less than 85, the well-qualified score becomes the lowest score on the best qualified list. CTAP and ICTAP eligibles must submit one of the following as proof of eligibility for the special selection priority: a separation notice; a "Notice of Personnel Action" (SF-50) or equivalent that documents separation; an agency certification that you cannot be placed after injury compensation has been terminated; an OPM notification that your disability annuity has been terminated; OR a Military Department or National Guard Bureau notification that you are retired under 5 U.S.C. 8337(h) or 8456.

Proof of Eligibility if applying for consideration under the Office of Personnel Management Interchange Agreement. Individuals requesting consideration under the Office of Personnel Management Interchange

US 301

Agreement must submit proof of eligibility such as a Notice of Personnel Action, a separation notice, or other appropriate documentation.

**Uploading Documents**

1. Press the "To upload a resume for this position click here" button to upload documents to this job announcement.

2. At the Document Upload screen, select the type of document you are attaching for upload from the drop down menu on the left side of the screen.

3. Select the "Browse" button and attach the file you want to submit.

4. Press the "Upload" button to submit the document file. You will receive an **"Upload Successful"** acknowledgement when the file has been received.

**Faxing Documents**

If you do not upload the required documents, you may send it by facsimile to 1-478-757-3144. You must use a special application cover page found by entering the following URL into your Internet browser: http://staffing.opm.gov/pdf/usascover.pdf. Make sure that you include the 8-character vacancy identification number MB101146, your name, and SSN in the blocks provided or we will not be able to associate your supporting documentation with the rest of your application and you will not be given credit for your claim.

Your application and all supporting documentation must be received by 12:00 midnight (Eastern Time) on the closing date. Note that you will be allowed to apply more than once but the last application is the only one that will be used.

Applications and supporting documentation will not be accepted by mail. If you are unable to apply on-line, contact the Human Resources Office representative listed on this announcement at least one day prior to the closing date for further instructions.

**Contact Information:**
Burlington Service Ctr
Phone: (802)660-1116
Internet: BurlingtonHumanResources@dhs.gov

Or write:
Citizenship and Immigration Services CIS
CBP - Human Resources
70 Kimball Avenue
South Burlington, VT 05403

**What To Expect Next:**
We expect to make a selection within 90 days of the closing date of this announcement. You will be notified of the outcome. If further evaluation or interviews are required you will be contacted.

Benefits and Other Information

**Benefits:**

US 302

The Federal government offers a number of exceptional benefits to its employees. These benefits include, but are not limited to: health care, life insurance, flexible spending and dependent care accounts, annual and sick leave, long-term care insurance, and retirement savings plans, and transit subsidies. For more information about these benefits, please visit http://www.usajobs.opm.gov/ei61.asp

**Other Information:**
If you are a current career or career-conditional Federal employee or former Federal employee who has reinstatement eligibility, you may be required, at a later date, to submit additional documentation that supports your claim and reflects career or career-conditional tenure If you are unable to provide the required documentation, you will not be given further consideration under this announcement.

Promotion Potential: When promotion potential is shown, the agency is not making a commitment and is not obligated to provide future promotions to you if you are selected. Future promotions will be dependent on your ability to perform the duties at a higher level, the continuing need for an employee assigned to the higher level, and administrative approval.

If this is a supervisory position, under provisions of the Civil Service Reform Act, first time supervisors and/or managers will be required to serve a 1 year probationary period. You may also be required to complete an appropriate supervisory training course within the one year of assignment to this position.

You must submit all required information by the closing date. If materials are not received, your application will be evaluated solely on the information available and you may not receive full consideration or may not be considered eligible. Also if you do not provide an email address, you will not be notified of the outcome of your application.

All agency employees are required to participate in Direct Deposit/Electronic Funds Transfer for salary payments.

Equal Employment Opportunity: The agency is an Equal Opportunity Employer. All candidates will be considered regardless of their race, color, religion, sex, national origin, age, sexual orientation, protected genetic information, status as a parent, lawful political affiliation, marital status, physical/mental disability (if not a job factor), membership or non-membership in an employee organization, or any other nonmerit factor.

Applicants requiring reasonable accommodations for any part of the application and hiring process should contact the Human Resources Office Representative listed on this announcement. Determinations on requests or reasonable accommodation will be made on a case-by-case basis.

**EEO Policy Statement**

The United States Government does not discriminate in employment on the basis of race, color, religion, sex, national origin, political affiliation, sexual orientation, marital status, disability, age, membership in an employee organization, or other non-merit factor.

**Reasonable Accommodation Policy Statement**

Federal agencies must provide reasonable accommodation to applicants with disabilities where appropriate. Applicants requiring reasonable accommodation for any part of the application and hiring process should contact the hiring agency directly. Determinations on requests for reasonable accommodation will be made on a case-by-case basis.



US 303



### Send Mail

**Send Mail to:**
Citizenship and Immigration Services
CIS
CBP - Human Resources
70 Kimball Avenue
South Burlington, VT 05403

### Questions?

**For questions about this job:**
Burlington Service Ctr
Phone: (802)660-1116
Internet:
BurlingtonHumanResources@dhs.gov

**USAJOBS Control Number:** 537261

