Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1** Job title in announcement
SUPERVISORY ADJUDICATIONS OFFICER

**2** Grade(s) applying for
13

**3** Announcement number
CIS-101146-NYC

**4** Last name
NOEL-CHARLES

First and middle names
WINNIFRED   LOUISE

**5** Social Security Number
109 - 70 - 6834

**7** Phone numbers (include area code)
Daytime   (347) 528 3725

**6** Mailing address
123 OAK RIDGE ROAD

City
HOPEWELL JUNCTION

State
NY

ZIP Code
12533 - 5032

Evening   (845) 226 8749

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

**1)** Job title (if Federal, include series and grade)
Payment Collector

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 02 94 | 10 98 | $24,000 | year | 35 |

Employer's name and address
NYC Department of Finance
66 John Street, New York, NY 10039

Supervisor's name and phone number
M. Nazareno (Employment Verifier)
(212) 361 1848

Describe your duties and accomplishments

Received and reconciled payments for summonses and applicable fees. Researched and updated related computer records. Handled Sheriff's payment-in-field tows as related to currency source documents. Eliminated unnecessary steps in daily processing to promote greater efficiency and better time management. Led a special task force to streamline various office form letters and consequently reduced paper waste. Received outstanding evaluations four years in a row.

**2)** Job title (if Federal, include series and grade)
Special Service Representative

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10 1989 | 02 1994 | $17,000 | year | 35 |

Employer's name and address
J.P. Morgan Chase
270 Park Place, New York, NY 10017

Supervisor's name and phone number
Automated Employment Verification
(212) 622 8650

Describe your duties and accomplishments

Reconciled daily ledgers and solved processing errors by determining the necessary resolutions. Trained and supervised staff of junior tellers on transaction procedures. Arranged and executed both domestic and foreign currency. Received bank's service star award for fraud prevention and professionalism.

CONFIDENTIAL

9   May we contact your current supervisor?
    YES ☒    NO ☐ è   If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10  Mark highest level completed.   Some HS ☐   HS/GED ☐   Associate ☐   Bachelor ☐   Master ☐   Doctoral ☒

11  Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.
    St Joseph's Convent  Trinidad, West Indies
    Diploma received in 1987

12  Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| | Name / City / State / ZIP Code | Total Credits Earned Semester | Quarter | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|---|
| 1) | NEW YORK LAW SCHOOL | | | LAW | Juris Doctor | 2005 |
| | New York  NY  10013 - | 90 | | | | |
| 2) | St. Francis College | | | Science, Business | BS | 1996 |
| | Brooklyn  NY  11201 - | 30 | | | | |
| 3) | New York College of Technology | | | Chemical Technology | AAS | 1991 |
| | Brooklyn  NY  11204 - | 98.5 | | | | |

## OTHER QUALIFICATIONS

13  **Job-related** training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. **Job-related** certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments(publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do **not** send documents unless requested.

Affirmative Employment Program for Employees
CIS Computer Security Awareness
Diversity Training for Employees
EEO Alternative Dispute Resolution (ADR) Program
EEO Complaints Process Training for Managers
Prevention of Sexual Harassment Training
Fletc Officer Training (94%)

## GENERAL

14  Are you a U.S. citizen?           YES ☒   NO ☐ è   Give the country of your citizenship.
15  Do you claim veterans' preference?   NO ☒   YES ☐ è   Mark your claim of 5 or 10 points below.
    5 points ☐ è  Attach your DD 214 or other proof.   10 points ☐ è   Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.
                                                                                                    Series  Grade  From (MM/YY)  To (MM/YY)
16  Were you ever a Federal civilian employee?
                         NO ☒   YES ☐ è   For highest civilian grade give:
17  Are you eligible for reinstatement based on career or career-conditional Federal status?
                         NO ☒   YES ☐ è   If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18  **I certify** that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I **understand** that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. **I understand** that any information I give may be investigated.

SIGNATURE   Winnifred Noel-Charles                     DATE SIGNED   11-22-05

US 166
CONFIDENTIAL

DHS Customs and Border Protection                      Report Date: 12/9/2005

Burlington Service Center

# Applicant Narrative Response Report
## Vacancy ID Number: 101146
### SUPERVISORY ADJUDICATIONS OFFICER GS-1801-13 / 13

**Name:** NOEL-CHARLES, WINNIFRED            **SSN:** XXX-XX-6834

**Home Address**                              **Work Address**

123 OAK RIDGE ROAD
HOPEWELL JUNCTION NY  12533
(347)528-3725

**Competency/Factor:** *OTHER*

If you are not a current Federal employee, please provide the names and telephone numbers of three professional references (e.g., current and former supervisors, college or university professors, managers or coordinators of volunteer activities, etc.) who know your qualifications relative to this position and who we can contact to verify your credentials. Do not list personal friends or relatives.

*Narrative Response:*

N/A

**Competency/Factor:** *MINIMUM QUALIFICATIONS*

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

*Narrative Response:*

N/A

**Competency/Factor:** *TIG*

Please give the title(s), series, and grade(s) of the position(s) that support(s) your claim. Also give the beginning and ending dates (month/day/year) during which you occupied the position(s) listed.

*Narrative Response:*

District Adjudications Officer (DAO)- GS 1801-12/4 from 10/25/04 to Present; DAO- GS 1801-12/3 from 10/25/03 to 10/25/04; DAO- GS 1801-12/2 from 10/25/02 to 10/25/03; DAO- GS 1801- 12/1 from 10/25/01 to 10/25/02.

**Competency/Factor:** *AOC*

If you answered "A", you must provide your location (city and state) where you work.

*Narrative Response:*

CIS District Office, New York City, New York.

**Competency/Factor:** *FPL*

If you chose response A in the previous question, provide the position's title, series, pay plan, grade level or pay band plus the grade level or pay band of its promotion potential, and the dates (MM/DD/YY to MM/DD/YY) you held this position.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

US 167
CONFIDENTIAL

DHS Customs and Border Protection                              Report Date: 12/9/2005
Burlington Service Center

# Vacancy ID Number: 101146

**Name:** NOEL-CHARLES, WINNIFRED                              **SSN:** XXX-XX-6834

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*
As a Special Services Representative for J.P. Morgan Chase, one of the programs that I developed was targeted to the junior tellers to improve productivity and efficiency. For example, the short-term goal was to train the tellers to become more familiar and comfortable with their daily duties, whereas, the long-term goal was geared towards achieving greater speed and accuracy in daily transactions while maintaining excellent customer service. During this program, I monitored how the tellers were grasping their responsibilities, and provided extra support to those who needed it before their shortcomings became problematic.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*
During my tenure at J.P. Morgan Chase, I was also responsible for the daily reconciliation of the bank's ledgers, and this included monitoring budgetary transactions and it's effect on the branch's ability to pursue specific goals such as community sales events or awarding prizes to tellers for excellent achievements aimed at improving productivity and dedication to the organization's ideals. I also approved budget requests where it pertained to supplying my subordinate tellers with the tools needed to perform an optimum job.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide the name of the organization and provide one or two examples that demonstrate this experience. If you chose response A in the previous question, enter "Not Applicable."

*Narrative Response:*
While I worked for J.P. Morgan Chase, I gained experience in identifying and prioritizing competing budgetary demands, for example, when funds were made available to my unit, I allocated these funds in order of importance where enhancing the junior tellers' performance was involved. For instance, I decided whether it was more important to purchase more money counters, as opposed to sending the tellers to a training session on cross-selling bank products and improving customer service.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*
During my tenure at J.P. Morgan Chase, I had the opportunity to both interpret and apply the corporation's employee management agreement in my dealings with the junior teller staff. For instance, whenever an issue arose where a teller had to be given oral or written warnings about a particular conduct, I first reviewed the corporation's manual on proper protocol and procedure to ensure that my actions were correct and within guidelines.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*
As a Special Service Representative for J.P. Morgan Chase, I supervised junior tellers and was also responsible for proposing and documenting my subordinates' disciplinary actions. For example, whenever a teller's conduct warranted taking disciplinary actions

US 168
CONFIDENTIAL

**Vacancy ID Number: 101146**

**Name:** NOEL-CHARLES, WINNIFRED                         **SSN:** XXX-XX-6834

against him or her, I followed the corporation's guidelines in documenting the infraction and recommending the type of action to be taken, such as oral warning, written warning, or temporary suspensions from their post.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

As a Special Service Representative for J.P. Morgan Chase in charge of junior tellers, I streamlined the daily duties which resulted in increased productivity and efficiency. For instance, by rotating duties and shifting lunch hours, my office succeeded in moving the customer line quicker, which also resulted in a swifter balancing time, which further more decreased overtime expenses since more work was being done in a shorter time. I also shared my ideas with other branches which fostered the same positive results. Additionally, while working for the NYC Department of Finance- Red Light Program, I recommended changes to my office's varied applications to streamline them into lesser categories to promote paper reduction and efficiency, and my ideas were also transferred to other offices.

**Competency/Factor:** *RATING AND RANKING 13*

List one or two examples of specific instances in which you have independently planned, scheduled, and carried out a major project.

*Narrative Response:*

While working for the New York City Department of Finance- Red Light Program, I independently planned, scheduled, and carried out a major project involving the incorporation of the Sheriff Tow Program into Red Light's daily duties. For instance, I designed a program to take over the processing of the Sheriff Tow receipts gained from scofflaw drivers who owed money to the city. This Sheriff Tow Program was kept separate and apart from the Red Light Program receipts, and was processed by the same amount of staff with no additional overtime.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

While working for the Department of Finance- Red Light Program, I led a group of employees in developing an innovative way to reduce the amount of applications being used by the office. The goal of this project was to reduce redundancy while improving efficiency and productivity to the benefit of both the consumer and the department. This project resulted in a drastic reduction in paper wastage, and greatly improved and streamlined the applications used by the office.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

As a Special Service Representative for J.P. Morgan Chase, I gained experience in inspiring and motivating my subordinates to accomplish their goals. For instance, the goal here was to learn the skills necessary to do the job, and to perform the job at an optimum level. I motivated my junior tellers by giving them the tools and skills necessary to perform their jobs by way of on-the-job training techniques, and well as theoretical techniques. I also welcomed my junior tellers to ask questions, bring any concerns to my attention, and I also rewarded those who excelled, while encouraging others who needed more coaching.

US 169
CONFIDENTIAL

DHS Customs and Border Protection                                      Report Date: 12/9/2005
Burlington Service Center

## Vacancy ID Number: 101146

**Name:** NOEL-CHARLES, WINNIFRED                     SSN: XXX-XX-6834

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*
As a Special Service Representative for J.P. Morgan Chase, I was also responsible for the back-office work and ensuring that the branch's daily debits and credits were reconciled at the end of each day. This reconciliation process is only successful if key "stakeholders" both internal and external to the bank operated on the same premise or procedure. For example, in order to ensure that the branch's reconciliation was not hampered in any way, I provided the pros and cons of the branch's "abeyance" procedure which typically allowed the branch to hold any problem figures in a separate account until the problem can be solved another day. By explaining this process to both internal and external parties, this procedure was approved and adopted by both sides and lessened the wait time for the branch's daily reconciliation figures.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*
As a Special Service Representative for J.P. Morgan Chase, I managed programs where I established and also implemented local procedures for the improvement and further development of employees. For instance, in regards to the junior tellers I supervised, I created an incentive program geared towards improving and developing the tellers to reach the goal of performing their duties with the utmost efficiency and speed, while still maintaining superb customer service levels. My program was adopted by several near-by branch offices, and I supplied assistance and information in managing said program.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide two examples that demonstrate this experience.

*Narrative Response:*
As a Special Service Representative for J.P. Morgan Chase, I am well-experienced in defusing potentially volatile situations, while allowing the feuding parties to voice their concerns or opinions. For instance, whenever there was a disagreement between the junior and senior tellers, I often stepped in to "keep the peace" and act as a mediator between the two parties with minimum disruption to the daily workflow.
Another example is in my dealings with the J.P. Morgan Chase customers and their disputes with the junior tellers. For instance, though I trained my tellers to be courteous at all time, there were times when disputes arose, and once I held an informal-conference and the parties had a chance to voice their concerns, it was back to business as usually.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*
I have experience in writing standard operating procedures (SOPs) for J.P. Morgan Chase in regards to training junior tellers on their daily transactional duties. For instance, I wrote the procedure for the tellers' daily duties in terms of debit and credit functions, dollar-amount limits permitted at one time in a junior teller's cash drawer, when appropriate to sell money over to the head tellers, and

US-170
CONFIDENTIAL

DHS Customs and Border Protection

Burlington Service Center

Report Date: 12/9/2005

**Vacancy ID Number: 101146**

**Name:** NOEL-CHARLES, WINNIFRED

**SSN:** XXX-XX-6834

so on.

US 171
CONFIDENTIAL