# Chin-Gee, Sham Q

**From:** Rosina, Stephen
**Sent:** Thursday, December 22, 2005 10:24 AM
**To:** Chin-Gee, Sham Q
**Subject:** Recommendation of Promotion For TSDAO Monica Toro

Sham,

I am recommending TSDAO Toro for the position of permanent SDAO for the following reasons:

1) She has taken on the task of handling all phases of formal training for the new Fast Term DAOs (20 in all), as well as handling training for 1 traditional term and all new hirees. Due to her diligence and abilities, the Fast Term DAOs have become an asset to the unit thanks largely to her mentoring. Her outstanding work in this area has been recognized by both the Eastern Regional Office and training staff at Glynco, Georgia. She has also demonstrated her team player cooperation by keeping the Garden City Office aware of the latest developments in this vital area.

2) TSDAO Toro set up and organized operations on the 11th floor due to the expansion of Section 245. She has instilled a profesional attitude amongst all the new hires and their camaraderie has had a positive influence on the entire unit. From day one, TSDAO Toro has ensured that all DAOs under her supervision are made to feel a part of the bigger team.

Steve

US 150
CONFIDENTIAL