**Monica Elizabeth Toro**
412 Revonah Hill Road
Liberty, NY 12754
Work: 917 647 8620
Home: 917 647 8620
Mobile: 917 647 8620
Email: monica.toro@dhs.gov

| | |
|---|---|
| **Social Security Number:** | XXX-XX-2099 |
| **Announcement:** | CIS-101146-NYC |
| **Application Date:** | Friday, November 18, 2005 7:43 AM |
| **Country of Citizenship:** | United States of America |
| **Veterans Preference:** | No |
| **Highest Grade:** | GS -1801 -13 |

## AVAILABILITY

**Job Type:** Permanent

**Work Schedule:** Full Time

## TARGET LOCATIONS

Albany/Poughkeepsie, NY, US

Long Island, NY, US

New York City, NY, US

Rochester, NY, US

Westchester, NY, US

## WORK EXPERIENCE

Department of Homeland Security
New York City, New York US

5/2001 to 9/2005
Salary: 65,602.00 Per Year
Hours per week: 40

**District Adjudications Officer**

*Interview, review, and make determinations regarding the eligibility of aliens for benefits for permanent residence for Section 245 of the Immigration and Naturalization Act

*Adjudicate I-130 petitions, I-485 Adjustment of Status applications, and I-864's based on information in record and information disclosed during interviews

*Utilization of NFTS, CIS, NCIC/IBIS, FBI Query, NAILS, CLAIMS, and DACS

*Processing of I-89's for production of Permanent Resident Cards (I-551)

*Production of Permanent Resident Cards utilizing Interim Case Management System (ICMS)

*Review of asylum cases

*Conduct interviews of sensitive nature such as Special Immigrant Juveniles and Batter Spouse cases

*Service Wide Inventory Program (SWIP) Coordinating Officer for 2003 and 2004

*Coordinated SWIP audits for both New York City and Garden City sites by overseeing teams of Immigration and contract employees and arranging for the different units such as Section 245, NIU, RAPS, ... etc to be audited

*Gathering and analyzing data provided by the audit

*Preparing and presenting reports to management and headquarters on data rendered from the audit

*Pilot officer-Pilot Program consisted of interviewing cases within 90 days of filing

US 176
CONFIDENTIAL

the I-485 application with the Service

*Perform orientation for Department of State officers

*Conduct homebound interviews

*Conduct training sessions for Section 245 and for employees from other units such as IBIS Resolutions, Stokes, Congressional, and Freedom of Information Act (FOIA)

*Appointed as Training Officer for Section 245

*Serve as mentor to New District Adjudications Officers

*Produced Training Manual for Section 245, NYC

*Acting supervisor when first line supervisor is unavailable

*Received award for outstanding performance during 2004 fiscal year

**Department of Homeland Security-CIS**
**New York City, New York US**

9/2005 to Present

Grade Level: Grade 13 Step 1
Salary: 78,012.12 Per Year
Hours per week: 40

**Temporary Supervisory District Adjudications Offic**

Supervise 23 District Adjudication Officers (DAO) of which 21 are new Abbreviated Term Officers in the Focused Adjudications Standardized Training (FAST) program in the adjustment of status unit, Section 245

*Coordinate and conduct the Section 245 training program for both permanent and term DAOs

*Conduct training sessions

*Arrangement of guest instructors

*Make arrangements for DAOs and Application Support Center (ASC) personnel to attend Federal Law Enforcement Training Center(FLETC)

*Liason between FLETC and other districts for FAST program

*Point of contact for FLETC instructors during their inspection visitations

*Coordinate FLETC instructor visitations to neighboring districts

*Invited as guest speaker to FLETC for the culmination ceremony of FAST class

*Organize and run multiple inventory projects and audits

*Analyzing data and write reports based on information gathered by inventory projects and audits

*Attend District Director meetings as well as supervisory meetings and present reports

*Participate in teleconferences with other districts

*Oversee the Creation of Memorandum (I-181) project for initiation of security checks

*Point of contact for new hires to facilitate their in-processing phase to Federal Service

*Serve as mentor to new officers (both permanent and term) conducting interviews

(Contact Supervisor: Yes, Supervisor's Name: Stephen Rosina, Supervisor's Phone: (917) 295-9745 )

US 177
CONFIDENTIAL

| | |
|---|---|
| **EDUCATION** | **Columbia University School of Dental and Oral Surgery**<br>New York City, New York United States<br>Doctorate - 10/1996<br>N/A Semester Hours<br>Major: Dentistry<br>Minor: N/A<br>N/A out of N/A<br>Description:<br>Advanced Education in General Dentistry at Lutheran Medical Center from 1996-1997<br><br>**Marymount Manhattan College**<br>New York City, New York United States<br>Bachelor's Degree - 5/1992<br>138 Semester Hours<br>Major: Biology<br>Minor: Mathematics<br>3.72 out of 4.0<br>magna cum laude<br><br>**Saint Vincent Ferrer High School**<br>New York City, New York United States<br>High School or equivalent - 5/1988<br>N/A Semester Hours<br>Major: N/A<br>Minor: N/A<br>N/A out of N/A<br>Description:<br>National Honor Society<br>Regents Diploma |
| **JOB RELATED TRAINING** | Attended Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia from 08/21/2001 to 09/26/2001 |
| **LANGUAGES** | **French**<br>**Spoken:** Intermediate<br>**Written:** Intermediate<br>**Read:** Intermediate<br><br>**Spanish**<br>**Spoken:** Advanced<br>**Written:** Advanced<br>**Read:** Advanced |
| **AFFILIATIONS** | National Honor Society - Member<br>Alpha Chi- Honor Sorority - Member |
| **PROFESSIONAL PUBLICATIONS** | |
| **REFERENCES** | Rosina, Stephen — Dept of Homeland — Section Chief, Supervisory District US 178 |

CONFIDENTIAL

|  |  |  |
|---|---|---|
|  | Security | Adjudications Officer |
| **Phone Number:** | 917 295-9745 |  |
| **Email:** | stephen.rosina@dhs.gov |  |
| **Reference Type:** | Professional |  |
| **Bunce, Dennis** | **Dept of Homeland Security** | Supervisory District Adjudications Officer |
| **Phone Number:** | 917 295-9741 |  |
| **Email:** | dennis.bunce@dhs.gov |  |
| **Reference Type:** | Professional |  |

US 179
CONFIDENTIAL

https://usastaffing.documentviewer.opm.gov/USAStaffing/Staffing/Applicants/DisplayImage.aspx?File=\\u...    12/8/2005

DHS Customs and Border Protection  
Burlington Service Center

Report Date: 12/9/2005

# Applicant Narrative Response Report

Vacancy ID Number: 101146

SUPERVISORY ADJUDICATIONS OFFICER GS-1801-13 / 13

**Name:** TORO, MONICA E

SSN: XXX-XX-2099

**Work Address**

**Home Address**  
412 REVONAH HILL ROAD  
LIBERTY NY 12754  
(917)647-8620

**Competency/Factor:** *MINIMUM QUALIFICATIONS*

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

*Narrative Response:*

N/A

**Competency/Factor:** *TIG*

Please give the title(s), series, and grade(s) of the position(s) that support(s) your claim. Also give the beginning and ending dates (month/day/year) during which you occupied the position(s) listed.

*Narrative Response:*

District Adjudications Officer GS Grade 12 Step 1 September 2004 to September 2005.

**Competency/Factor:** *AOC*

If you answered "A", you must provide your location (city and state) where you work.

*Narrative Response:*

New York, New York

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

I developed a training program for Section 245 New York City District to include Garden City office for district adjudicatioms officers. In addition, I have also cross-trained officers from other units. The program is composed of a series of stages to include didactics, observation, and on the job training.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide the name of the organization and provide one or two examples that

US 80

CONFIDENTIAL

DHS Customs and Border Protection                                      Report Date: 12/9/2005
Burlington Service Center

## Vacancy ID Number: 101146

**Name:** TORO, MONICA E                                               **SSN:** XXX-XX-2099

demonstrate this experience. If you chose response A in the previous question, enter "Not Applicable."

*Narrative Response:*

As an assistant to the director of the Latin American Integration Center (LAIC), I was responsible for creating the budget proposals for both State and Federal government grants. In addition, my duties also extented to assuring that the budget requirements were met through out the fiscal year.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

As Training Officer, I have reccomended changes for the in-process of new District Adjudications Officers into units. Improved the system by which an officer becomes certified to be able to perform their duties.
I have developed and implemented a system for a multi-unit inventory program. Worked with various units to aid them in using the program in their own units and thus, facilitating the gathering of data.

**Competency/Factor:** *RATING AND RANKING 13*

List one or two examples of specific instances in which you have independently planned, scheduled, and carried out a major project.

*Narrative Response:*

I have planned and developed a training program for both the New York City and Garden City offices.
I also have done a multitude of projects for the district office such as running System Wide Inventory Program (SWIP), I arrange for officers to attend training at the Federal Law Enforcement Center (FLETC), developed a plan to expedite the processing of cases for scheduling of applicants.
In addition, oversaw the migration of approximately 20,000 files to the Western Service Center.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

US 181
CONFIDENTIAL

DHS Customs and Border Protection                                     Report Date: 12/9/2005
Burlington Service Center

## Vacancy ID Number: 101146

**Name:** TORO, MONICA E                              **SSN:** XXX-XX-2099

As previously stated, I have led my group in multiple projects such as SWIP, file movement to WSC, preparation for case work to be scheduled and developmnet and implementation of training programs.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

I have had to manage, inspire, and motivate groups of various ranks and sizes in order to achieve specific goals. During the inventory projects, I must deal with contractors, clerks, officers, and higher management in order to be able to carry out the tasks successfully.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

Not Applicable

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

During my years in the Service, I have developed a training program to serve not just Section 245 officers, but also DAOs from other units. I have been in charge of running multiple inventory projects, file movement to the WSC, and the preparation of various catagories of filings for scheduling purposes.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide two examples that demonstrate this experience.

*Narrative Response:*

At times I have had to had both general meetings and private discussions with members from my group in order to defuse difficult situations. In both scenarios, individuals have been given the opportunity to voice their concerns and issues.

US 182
CONFIDENTIAL