Merit Promotion Certificate of Eligibles
Certificate Number: MB-06-REP-01176S0
Issued for DEPARTMENT OF HOMELAND SECURITY
VacancyID: 101146
Agency Request Number: NYCCIS20050399
Issue Date: 12/06/2005
**SUPERVISORY ADJUDICATIONS OFFICER, GS-1801-13**

Appointment Type: Career/Career Conditional

Option:         001 - Supervisory Adjudications Officer Grade: 13

Locations:      0516 - New York City, NY

This certificate must be returned by 01/05/2006.

The selecting official or his/her designee is responsible for answering inquiries about procedures used to choose among those certified. We recommend that you retain sufficient information about the selection methods used to enable you to answer inquiries.

The candidates listed were evaluated under Merit Promotion Program procedures and were found to be the best qualified for this position. Any candidate on the list may be selected. Please indicate the action taken for each name by marking "S" for selected or "NS" for not selected.

The candidates' applications (OF-612, Resume, etc.), Performance Appraisals, awards and any other relevant information are attached for your review and consideration. Please complete and review this form by the date indicated above.

| Agency Action | Name / Address | SSN |
|---|---|---|
| NS | SHIH, AUSTIN F<br>42 53 65TH STREET<br>WOODSIDE NY 11377<br>(718)478-9576<br>FUYUEHTAKAYAMA@YAHOO.COM | XXX-XX-5756 |
| NS | MOROLLA, VITO<br>112 ATLANTIC AVENUE 69<br>LYNBROOK NY 11563<br>(516)728-3561<br>REDMAN11563@YAHOO.COM | XXX-XX-5483 |
| NS | NOEL-CHARLES, WINNIFRED<br>123 OAK RIDGE ROAD<br>HOPEWELL JUNCTION NY 12533<br>(347)528-3725<br>WIN30@AOL.COM | XXX-XX-6834 |
| NS | PETERSEN, NEIL<br>55 WILSON BLVD<br>ISLIP NY 11751<br>NPETERSEN@AOL.COM | XXX-XX-7566 |
| S | TORO, MONICA E<br>412 REVONAH HILL ROAD<br>LIBERTY NY 12754<br>(917)647-8620<br>MONICA.TORO@DHS.GOV | XXX-XX-2099 |
| NS | WHITE, PATRICIA<br>1460 PENNSYLVANIA AVENUE APT 3A<br>BROOKLYN NY 11239<br>(212)264-0378<br>PATRICIA.WHITE@DHS.GOV | XXX-XX-7506 |

US 151
CONFIDENTIAL

Certificate Number: MB-06-REP-01176S0  
Agency Request Number: NYCCIS20050399  
VacancyID: 101146  
SUPERVISORY ADJUDICATIONS OFFICER,

| Agency Action | Name / Address | SSN |
|---|---|---|
| NS | TAYLOR, WILLIAM L<br>900 COOP CITY BLVD<br>STE 20A<br>BRONX NY  10475<br>(718)320-2041<br>WTAYLOR166@MSN.COM | XXX-XX-5748 |
| NS | HENRY, SHERINE S<br>420 WYONA STREET<br>BROOKLYN NY  11207<br>(718)342-4557<br>SHENRY13@YAHOO.COM | XXX-XX-8490 |
| NS | STUART, LINNEA E<br>8155 267 STREET<br>FLORAL PARK NY  11004-1531<br>(718)347-4058<br>LINNEASTUART@MSN.COM | XXX-XX-5900 |
| NS | RODRIGUEZ, MARIANNA M<br>190 ILYSSA WAY<br>STATEN ISLAND NY  10312<br>(347)562-4343<br>CRODRIGUEZ5@SI.RR.COM | XXX-XX-3502 |
| NS | FINKELSTEIN, MARTIN M<br>2162 JEFFERSON STREET<br>MERRICK NY  11566<br>FINKELSTEIN63@MSN.COM | XXX-XX-5323 |
| NS | WILLIAMS, TERRI<br>401 LINDEN AVENUE<br>BOGOTA NJ  07603<br>(212)264-0086<br>BXTEETEE@YAHOO.COM | XXX-XX-2984 |
| NS | SHAW, TERRY<br>10441  104TH STREET<br>OZONE PARK NY  11417<br>(212)264-2965<br>TERRY.SHAW@DHS.GOV | XXX-XX-1629 |
| NS | LEKHRAM, RISHIRAM<br>884 EDWARDS BLVD<br>VALLEY STREAM NY  11580<br>(212)264-3236<br>RISHIRAM.LEKHRAM@DHS.GOV | XXX-XX-8900 |
| NS | JAFER, HALIDE M<br>15 CANTERBURY ROAD APT C12<br>GREAT NECK NY  11021<br>(516)286-7465<br>HJAFER@YAHOO.COM | XXX-XX-5754 |
| NS | GONZALEZ, CLAUDIA L<br>14138 29TH STREET<br>SPRINGFIELD GARDENS NY  11413<br>(917)834-8514<br>CLAUDIA.GONZALEZ@DHS.GOV | XXX-XX-9600 |

US 152  
CONFIDENTIAL

Certificate Number: MB-06-REP-01176S0

Agency Request Number: NYCCIS20050399

VacancyID: 101146

**SUPERVISORY ADJUDICATIONS OFFICER,**

_____    12/22/05
Selecting Official Signature:                    Date:

Guynne K MacPherson, CIS, 212-264-5891
Print: Name, Organization, and Phone Number

_____    12/27/05
Appointing Official Signature:                    Date:

ROBT. G. BROUILLET, USCIS
Print: Name, Organization, and Phone Number

(212) 264-6880

US 153
CONFIDENTIAL