## Recommendation for SDAO of RAP: Nancy Faria

Ms. Faria has extensive knowledge of the work and personnel in the Refugee and Parole Unit after having been a DAO in the unit for a few years as well as serving as TSDAO since July 2005. Since becoming TSDAO, she has ensured that all I-751, Cuban Adjustment and Refugee Adjustment scheduling has been accomplished. In addition, the maximum number of walk-in I-131's have been done daily. She has ensured coverage for I-751 passport stamping on the third floor despite losing one IIO to extended sick leave. Ms. Faria presided over a physical calculation of all pending applications in the unit, which clarified the number of I-751 no-shows the unit has. This information was necessary in that we were able to send out our no-shows to CSC for completion.

Ms. Faria has a satisfactory leave balance and does not have a lateness problem. She has completed the unit's monthly schedule without assistance from the Section Chief since becoming a TSDAO. She has consistently supported higher-level management decisions and has responded timely to all call-ups. She has ensured that the unit's employees have been scheduled for appropriate training such as SRMT and 204© training.

For these reasons, I recommend that she be selected as Supervisory District Adjudications Officer for the Refugee and Parole Unit.


John Ryan /S/
Section Chief, Adjudications 2
December 22, 2005

US.129
CONFIDENTIAL