**Nancy  C.  Faria**
1920 Oakwood Parkway
Union, NJ  07083
Work: 212-264-5710
Home: 908-624-0058
Mobile: 374-752-0173
Email: Nancy.faria@DHS.gov

| | |
|---|---|
| **Social Security Number:** | XXX-XX-7636 |
| **Announcement:** | CIS-101146-NYC |
| **Application Date:** | Friday, November 25, 2005 1:28 PM |
| **Country of Citizenship:** | United States of America |
| **Veterans Preference:** | No |
| **Highest Grade:** | GS -1801 -13 |

**AVAILABILITY**    **Job Type:**    Permanent
Temporary
Temporary Promotion


**Work Schedule:**    Full Time

**TARGET LOCATIONS**

Central, NJ, US

Northern, NJ, US

New York City, NY, US


**WORK EXPERIENCE**

**Department of Homeland Security Citizenship and Immigration Service New York , New York US**

**4/1987 to Present**

**Grade Level:** GS-13
**Salary:**    $78,720.00 Per Year
**Hours per week:** 40

**District Adjudications Officer**

I have had various positions within the CIS and its predecessors in 18 years with the Service.

As an Acting Supervisory Asylum Officer, It was my duty to make sure that the interviews met standards for timeliness and quality. I assigned work, set priorities, monitored progress and reviewed assessments submitted by subordinate Asylum Officers for: appropriate evaluation of human rights conditions, legal analysis, and decision propriety. Further, as an Acting Supervising Asylum Officer I reviewed and signed charging documents and reviewed supporting evidence and documents for fraud and accuracy and insured all cases were ready for decision delivery. With regard to planning and organization, I have developed proposed and implemented improved office procedures for decision delivery, inter-office file handling procedures and quality control.

As a Supervisory District Adjudications Officer I addressed and resolved complaints made by officers, applicants and attorneys. I advised and answered their questions and concerns. I brought unresolved complaints to higher administration levels for resolution. I responded to congressional inquiries and responded to supervisory call-ups for the Section Chief. I maintained relations with other sections and other agencies. I made sure that Equal Employment Opportunity policies and programs were followed. As an SDAO I composed Performance Work Plans and monitored results and rated the employees.

I am presently Temporary Supervisory Adjudications Officer in the Refugee and Parole Unit. It is my duty to schedule the workload and the employees to handle the workload

US 317

CONFIDENTIAL

Page 2 of 3

I have to prioritize the types of cases and schedule the officers accordingly, and to re-assign officers if necessary. It is also my duty to co-ordinate any problems arising in my unit that is within the scope and jurisdiction of other units and outside agencies. In addition, I assist subordinates on a daily basis in both actively training and setting up training by others so that education is an ongoing process. My duty also includes the evaluation of the officers and employees of the unit as well as coordinating any interaction between my unit and superiors.

As a supervisory officer, other officers will often turn to me with issues of law that are outside of our general area of expertise. Through my experience, my knowledge extends beyond the scope of the unit I am supervising and I am usually able to use the knowledge of the law that I have, to resolve the problem at hand. I also am knowledgeable enough to know where to direct the officer if I myself cannot directly solve the problem. I have been successful at training my subordinate officers on where to turn to if they need help with a complex problem or unusual situation.
(Contact Supervisor: Yes , Supervisor's Name: John Ryan , Supervisor's Phone: (212) 264-5255 )

**EDUCATION**

**Bernard Baruch College**

New York, New York United States

Bachelor's Degree - 1/1991

Major: Liberal Arts and Sciences

Minor: Education
out of

**JOB RELATED TRAINING**

I have completed the following training courses which demonstrate my knowledge of laws, regulations and procedures concerning entries of persons into the United States and eligibility for various benefits under the immigration Laws: December 19, 2003- EEO Alternative Dispute Resolution Program (ADR) March 2000- attended NQP (Naturalization Quality Procedures), 26 Federal Plaza. February 2000- attended Basic Supervisory Training, Dallas Texas, for SDAO position August 1999- attended NACARA Training, Arlington Virginia. April 1999- attended IIRIRA Training, Rosedale, New York Asylum Office. October 1995- completed the Asylum Officer Training course at Leesburg, Virginia. September 1994-completed Inspector Airport Training refresher course at J.F.K. Airport. October 1991- completed Immact 90- Phase II at 26 Federal Plaza, NY February 1991- Refugee training at 26 Federal Plaza. June 1989- Post Academy Training at J.F.K. Airport. June 1989- Instructor Training for Post Academy Spanish at J.F.K. Airport. June 1989-F.L.E.T.C. Police Training completed, course #86; Glynco, Ga. April 1989- Immigration Officers Basic Training Completed, Glynco, Ga.

**LANGUAGES**

| **Spanish** | |
|---|---|
| **Spoken:** | Advanced |
| **Written:** | Advanced |
| **Read:** | Advanced |

**PROFESSIONAL PUBLICATIONS**

**REFERENCES**

| Patricia Jackson | Citizenship and Immigration NY Asylum Office | Director |
|---|---|---|
| Phone Number: | (718)723-5954 | |
| Reference Type: | Professional | |

| Daniel Perilla | Citizenship and Immigration Service- US Embassy | OIC |
|---|---|---|
| Phone Number: | 86-10-8529-6740 | |
| Reference Type: | Professional | |

US 318
CONFIDENTIAL

Page 3 of 3

|  |  |  |
|---|---|---|
| **Teri Catalanotto** | **Citizenship and Immigration - NY Asylum Office** | Asylum Officer |
| **Phone Number:** | (718) 723-5954 | |
| **Reference Type:** | Personal | |

US 319
CONFIDENTIAL