DHS Customs and Border Protection  
Burlington Service Center

Report Date: 12/8/2005

# Applicant Narrative Response Report

Vacancy ID Number: 101146

**SUPERVISORY ADJUDICATIONS OFFICER GS-1801-13 / 13**

Name: FARIA, NANCY C

SSN: XXX-XX-7636

**Home Address**  
1920 OAKWOOD PARKWAY  
UNION NJ 07083  
(212)264-5728

**Work Address**

**Competency/Factor: MINIMUM QUALIFICATIONS**

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

*Narrative Response:*

Supervisor: John Ryan  
(212) 264-5255

**Competency/Factor: TIG**

Please give the title(s), series, and grade(s) of the position(s) that support(s) your claim. Also give the beginning and ending dates (month/day/year) during which you occupied the position(s) listed.

*Narrative Response:*

District Adjudications Officer GS-12 since April 1994.  
Supervisory District Adjudications Officer from February 25, 2000 through February 27, 2001. (Temporary Promotion) Temporary District Adjudications Officer from July 10, 2005 though November 10, 2005. Temporary Adjudications Officer EOD is November 27, 2005.

**Competency/Factor: AOC**

If you answered "A", you must provide your location (city and state) where you work.

*Narrative Response:*

New York, New York

**Competency/Factor: FPL**

If you chose response A in the previous question, provide the position's title, series, pay plan, grade level or pay band plus the grade level or pay band of its promotion potential, and the dates (MM/DD/YY to MM/DD/YY) you held this position.

*Narrative Response:*

Supervisory District Adjudications Officer GS-1801-13 from February 27, 2000 through February 25, 2001.

**Competency/Factor: RATING AND RANKING 13**

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

As a Temporary Supervisory Adjudication Officer, I have developed a program for eliminating our case backlog.

US 135  
CONFIDENTIAL

DHS Customs and Border Protection  
Burlington Service Center

Report Date: 12/8/2005

# Vacancy ID Number: 101146

**Name:** FARIA, NANCY C  
**SSN:** XXX-XX-7636

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

I oversee a substatial overtime budget with regard to allocation of personnel and time.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide the name of the organization and provide one or two examples that demonstrate this experience. If you chose response A in the previous question, enter "Not Applicable."

*Narrative Response:*

My unit has a limited overtime budget and I realize that the overtime money has to be spent on the higher priority items. Therefore I have established rules on the type of work that can be performed on overtime pay.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

One of my subordinates was becoming excessively absent and finally failed to show for work and did not call in. I then charged him with AWOL. It was my proposal that he forfeit a days pay rather than being allowed to use accrued leave. This proposal was presented to my supervisor and I was permitted to implement it. I also developed a procedure where the employee, my supervisor and myself had a joint meeting with regard to the problem and made subordinate aware of consequences of his action.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

I have implemented programs where an employee who has expertise in a particular area is to oversee others in that area.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

Not Applicable

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

As a Temporary Supervisory Adjudications Officer, I realized that our unit's production of NTAs was far short of expectations. I explain to each officer how important it is that we achieve the level that is expected of us and so I set a training program where officers

US-136  
CONFIDENTIAL

DHS Customs and Border Protection  
Burlington Service Center

Report Date: 12/8/2005

## Vacancy ID Number: 101146

**Name:** FARIA, NANCY C    **SSN:** XXX-XX-7636

taught other officers within the unit. This would provide ongoing training for all and would raise the production of the unit as a whole.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

Not Applicable

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

Not Applicable

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide two examples that demonstrate this experience.

*Narrative Response:*

I have encountered many applicants who where frustrated at the process and the treatment they might have received. In a reassuring tone, I allowed the applicant to feel entitled to their feelings. I gave them the options that were currently before them thus returning their sense of empowerment and control over their situation.

US 137  
CONFIDENTIAL