Non-Traditional Certificate of Eligibles
Certificate Number: MB-06-REP-01177S0
Issued for DEPARTMENT OF HOMELAND SECURITY
VacancyID: 101146
Agency Request Number: NYCCIS20050399
Issue Date: 12/06/2005
SUPERVISORY ADJUDICATIONS OFFICER, GS-1801-13

Appointment Type: Career/Career Conditional

Option:           001 - Supervisory Adjudications Officer Grade: 13

Locations:        0516 - New York City, NY

This certificate must be returned by 01/05/2006.

This certificate is valid only for the position, grade and duty location shown on the SF-39.

This office has not verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Prior to making a selection from this certificate, your office must determine that such veterans who are within reach for appointment meet the requirements for length and dates of service, honorable discharge and military retirement status. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a medal or badge was authorized. When tentative preference is not confirmed, you must notify this office so that we can adjust the eligible rating and order of the certificate.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application

| Agency Action | Name / Address | SSN |
|---|---|---|
| | **Non Priority Referral Candidates** | |
| S | FARIA, NANCY C<br>1920 OAKWOOD PARKWAY<br>UNION NJ  07083<br>(212)264-5728<br>NANCY.FARIA@DHS.GOV | XXX-XX-7636 |
| NS | GRANT, BRENDA J<br>537 WEST 149TH STREET<br>NEW YORK NY  10031<br>(212)368-7065<br>BRENDA.J.GRANT@DHS.GOV | XXX-XX-7924 |
| NS | NOTO, MARIE C<br>176 WEST 87TH STREET<br>APT 8A<br>NY NY  10024<br>(718)723-5954<br>MARIE.NOTO1@DHS.GOV | XXX-XX-7106 |

US 130
CONFIDENTIAL

Certificate Number: MB-06-REP-01177S0

Agency Request Number: NYCCIS20050399

VacancyID: 101146

SUPERVISORY ADJUDICATIONS OFFICER,

_[signature]_
Selecting Official Signature:

Gwynne K. MacPherson, CIS, 212-264-5891
Print: Name, Organization, and Phone Number

Date: 12/22/05

_[signature]_
Appointing Official Signature:

Robt. G. Brouillet, USCIS
Print: Name, Organization, and Phone Number

(212) 264-6880

Date: 12/27/05

US 131
CONFIDENTIAL