DHS CUSTOMS AND BORDER PROTECTION
BURLINGTON SERVICE CENTER
70 KIMBALL AVENUE
SOUTH BURLINGTON VT  05403

1/9/2006

TERRI WILLIAMS
401 LINDEN AVENUE
BOGOTA NJ  07603

Dear TERRI  WILLIAMS,

This refers to the application you recently submitted to this office for the position shown below:

| | |
|---|---|
| **Position Title:** | SUPERVISORY ADJUDICATIONS OFFICER |
| **Pay Plan/ Series/Grade:** | GS-1801-13/13 |
| **Vacancy ID:** | 101146 |
| **Agency:** | Citizenship and Immigration Services CIS |

Thank you for applying for this position.  Your application has been considered.  However, another applicant was selected. We appreciate your interest in employment with our agency.

| Audit Code | Code Definition | Code Explanation |
|---|---|---|
| NS | Not Selected | The selecting office has indicated that you were not selected for the position. |

US 344
CONFIDENTIAL