DHS CUSTOMS AND BORDER PROTECTION
BURLINGTON SERVICE CENTER
70 KIMBALL AVENUE
SOUTH BURLINGTON VT 05403

1/9/2006

WINNIFRED NOELCHARLES
123 OAK RIDGE ROAD
HOPEWELL JUNCTION NY 12533

Dear WINNIFRED NOEL-CHARLES,

This refers to the application you recently submitted to this office for the position shown below:

| | |
|---|---|
| **Position Title:** | SUPERVISORY ADJUDICATIONS OFFICER |
| **Pay Plan/ Series/Grade:** | GS-1801-13/13 |
| **Vacancy ID:** | 101146 |
| **Agency:** | Citizenship and Immigration Services CIS |

Thank you for applying for this position. Your application has been considered. However, another applicant was selected. We appreciate your interest in employment with our agency.

| **Audit Code** | **Code Definition** | **Code Explanation** |
|---|---|---|
| NS | Not Selected | The selecting office has indicated that you were not selected for the position. |

US 336
CONFIDENTIAL