**Terri   Williams**
401 Linden Avenue
Bogota, NJ  07603
Work: 212-264-0086
Email: bxteetee@yahoo.com

| | |
|---|---|
| **Social Security Number:** | XXX-XX-2984 |
| **Announcement:** | CIS-101146-NYC |
| **Application Date:** | Tuesday, November 29, 2005 9:31 PM |
| **Country of Citizenship:** | United States of America |
| **Veterans Preference:** | No |
| **Highest Grade:** | GS -1801 -12 |

## AVAILABILITY

**Job Type:** Permanent

**Work Schedule:** Full Time

## TARGET LOCATIONS

New York City, NY, US

## WORK EXPERIENCE

US Citizenship and Immigration Services
26 Federal Plaza , New York US

5/2001 to 9/2005

**Grade Level:** GS12
**Salary:**          $69,975 Per Year
**Hours per week:** 40

**District Adjudications Officer**
As a District Adjudication Officer I render decisions based on Immigration and Nationality laws, rules, regulations, policy, procedures and precedent decisions when interviewing applicants applying for legal permanent residence. I conduct independent research to establish eligibility entitlements when applicants apply for immigration benefits, employment or legal status under the Immigration and Nationality Act. I review applications for completeness, affirmation of truthfulness by examining supporting documentation (passports, birth certificates, marriage certificates, and divorce degree, arrival and departure records, non-immigrant visas) to determine authenticity, fraud, or misrepresentation. I issue written conformation to applicants when their applications, petitions, and motion to reopen or reconsider have been approved. If denied I explain the reasons for the denial, and the appropriate section of law that they were found ineligible under. I train newly hired DAOs, on the proper interpretation of the INA, when making decisions on applications. I implement special assignments, projects, studies and reviews to explore and resolve major problems within the adjustment of status section. I conduct independent research concerning the eligibility and entitlement of persons seeking benefits, employment, and or legal status under the INA.
(Contact Supervisor: Yes , Supervisor's Name: Phillip Savage , Supervisor's Phone: 212-264-0059 )

US Immigration and Naturalization Service
New York , New York US

6/1998 to 4/2001

**Grade Level:** GS 8-4
**Salary:**          $36,145 Per Year
**Hours per week:** 40

**Immigration Information Officer**
As a Information Officer I responded to questions in person from individuals and or their representatives on how to apply for work authorization, travel authorization, naturalization, asylum procedures, advance parole, adjustment of status, how to replace an alien registration card and the different classifications of an non-immigrant visas. While answering these questions, I inspected various documents (passports, alien registration cards, non immigrant visas, arrival and departure records, marriage

US 227
CONFIDENTIAL

certificates, birth certificates, and death certificates) to detect fraud. I utilized the Central Index System (CIS), Receipt and A-file Alien Accountability and Control System (RAFACS), and the Computer Linked Application Information Management System (CLAIMS) to check for immigrant, non-immigrant and citizenship status. I verified location and transfers of alien files. I reviewed the status of pending employment authorization applications, replacing of permanent registration applications, and adjustment of status applications. During the process of replacing permanent resident cards, I checked for fraud and discrepancies that could cause delays, as well as for any indication that the person has a record other automated systems. I used the Deportable Alien Control System (DACS)to determine if any applicants had deportation histories, and the National Automated Information Lookouts System (NAILS), to check for any Immigration lookouts on suspect aliens. When reviewing the Naturalization casework for aliens seeking case data on pending Naturalization applications. I verified names, addresses and documents needed on pending cases. I gave instructions on how to reschedule examination appointments and oath ceremony dates. When receiving and reviewing employment authorization applications I checked for availability, filing fees, signatures and errors that could cause denials and delays in receiving their benefits. When their application is denied I instructed applicants on how to file an appeal or motion to reopen and reconsider their case. As an acting supervisor I would respond to requests from the public or employees for a supervisory presence. I resolved minor complaints among employees and reported my findings to a supervisor. I was assigned by the supervisor to head up the Replacement Alien Registration Card Project.m this was a project designed to reduce the amount of outstanding I-90 applications at the New York District Office.

**US Immigration and Naturalization Service**
**New York , New York US**

1/1996 to 6/1998

**Grade Level:** GS 7-04
**Salary:** $36,145 Per Year
**Hours per week:** 40

**Contact Representative**
As a Contract Representative I responded telephonically to questions from Congressional representatives, Local, State, and Federal agencies, as well as the general public, regarding the Immigration and Naturalization Service's (INS) many facets, and components. these questions ranged from the status of pending applications, to how to find a person detained in INS custody. I assisted the public in defining and clarifying questions on applications, where to file their applications to receive benefits, proper filing fees, and also familiarized them with the supporting documents needed to accompany their applications. In the absence of a supervisor or availability I was assigned as an acting supervisor. I attended supervisory training, conducted team meetings and informed officers of changes in their job assignments. I conducted training when new provisions in the law where enacted, resolve disputes among colleagues. Upon the return of the supervisor I would report my finding and or discrepancies. As a training officer I trained new employees to operate independently and efficiently with minimum supervision. I distributed sufficient materials and handouts to assist them with their daily activities. As a team leader I spot checked officers work and provided follow up training when needed and also assisted them when employees received complex calls, and the customers asked to speak to a higher authority.

**U.S. Citizenship and Immigration Services**
**New York , New York US**

9/2005 to Present

**Grade Level:** GS 13-1
**Salary:** $78,012 Per Year
**Hours per week:** 40

**Supervisory District Adjudications Officer (Tempor**
As a Supervisory District Adjudications Officer (Temp) I assign work assignments to District Adjudications Officers (DAO), Immigration Information Officers (IIO), Examination Assistants (EA), and other support staff members. I ensure proper coverage of officers, and support staff to adequately accomplish the days assignments. When distributing these assignments, I ensure that the workload is performed in a balanced and efficient manner, in order to meet any scheduled deadlines. I observe DAOs during their interview process to ensure that the Immigration and Nationality Act (INA), is being properly administered. I respond to questions from DAOs and IIOs regarding complex interpretations of the INA. I review the various forms involved in the

US 228
CONFIDENTIAL

adjustment of status process, the authenticity of all supporting documentation provided by applicants. I check for any evidence of fraud and or misrepresentation. I conduct unannounced observation of officers, and support staff, to ensure compliance with CIS directives. I advise, and or instruct officers and support staff on how to reach determinations on appeals, motions to reopen, motions to reconsider, and any pending adjustment of status cases. when face with complex questions concerning Immigration and Naturalization Laws. I review adjustment of status applications to check for fraud and misrepresentation by examining the supporting documentation for authenticity. I respond to questions, and complaints from petitioners, beneficiaries, and attorneys regarding the adjustment of status process. I quickly resolve informal disputes between CIS staff, and or initiate administrative action when necessary. I confer with the various section chiefs regarding any high profile case, or any other type of information, that may have an adverse action on CIS, and or Department of Homeland Security operations. (Contact Supervisor: Yes , Supervisor's Name: Stephen Rosina , Supervisor's Phone: (212) 264-4634 )

**EDUCATION**

Julia Richman High School
New York, New York United States
High School or equivalent - 6/1984
Major: Business
out of

**JOB RELATED TRAINING**

District Adjudications Officer Training - AAOBTC #063B- 2001 (Nationality Law, Deportation Law, Immigration Law, Immigrant and Non Immigrant Law, Grounds of Inadmissibility Overview) Immigration Officer Basic Training Export-004- 1996 (Immigration Law, Asylum Overview, Deportation & Exclusion Grounds, Citizenship, Appeals and Motions), Advance Immigration Information Officer Course #009, 1998 (Naturalization Laws, Fraudulent document, IIRIRA Act 1996, Immigration Law)

**PROFESSIONAL PUBLICATIONS**

**REFERENCES**

| | | | |
|---|---|---|---|
| **Migdalia Lopez** | US Citzenship and Immigration Services | Supervisor Immigration Officer | |
| Phone Number: | (212)-264-2102 | | |
| Email: | Migdalia.Lopez@dhs.gov | | |
| Reference Type: | Professional | | |
| **Lisa Dore** | US Citizenship and Immigration Services | District Adjudications Officer | |
| Phone Number: | (212)-264-0089 | | |
| Email: | Lisa.Dore@dhs.gov | | |
| Reference Type: | Professional | | |
| **Rafael Alamo** | US Immigration and Customs Enforcement | Deportation Officer | |
| Phone Number: | (212) 264-2887 | | |
| Reference Type: | Professional | | |

US 229
CONFIDENTIAL

DHS Customs and Border Protection

Burlington Service Center

Report Date: 12/9/2005

# Applicant Narrative Response Report

## Vacancy ID Number: 101146

### SUPERVISORY ADJUDICATIONS OFFICER GS-1801-13 / 13

**Name:** WILLIAMS, TERRI

**SSN:** XXX-XX-2984

**Home Address**
401 LINDEN AVENUE
BOGOTA NJ 07603
(212)264-0086

**Work Address**

*Competency/Factor:* **OTHER**

If you are not a current Federal employee, please provide the names and telephone numbers of three professional references (e.g., current and former supervisors, college or university professors, managers or coordinators of volunteer activities, etc.) who know your qualifications relative to this position and who we can contact to verify your credentials. Do not list personal friends or relatives.

*Narrative Response:*

N/A

*Competency/Factor:* **MINIMUM QUALIFICATIONS**

If you chose response C in the previous question, provide several brief examples of your accomplishments that demonstrate this experience. Also, provide the name and telephone number of a supervisor who can verify your claim.

*Narrative Response:*

N/A

*Competency/Factor:* **TIG**

Please give the title(s), series, and grade(s) of the position(s) that support(s) your claim. Also give the beginning and ending dates (month/day/year) during which you occupied the position(s) listed.

*Narrative Response:*

5/1/2003 - 9/17/2005 District Adjudications Officier-1801-12

*Competency/Factor:* **AOC**

If you answered "A", you must provide your location (city and state) where you work.

*Narrative Response:*

New York, New York

*Competency/Factor:* **FPL**

If you chose response A in the previous question, provide the position's title, series, pay plan, grade level or pay band plus the grade level or pay band of its promotion potential, and the dates (MM/DD/YY to MM/DD/YY) you held this position.

*Narrative Response:*

N/A

*Competency/Factor:* **RATING AND RANKING 13**

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose

US-230
CONFIDENTIAL

DHS Customs and Border Protection

Burlington Service Center

Report Date: 12/9/2005

# Vacancy ID Number: 101146

**Name:** WILLIAMS, TERRI

**SSN:** XXX-XX-2984

response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

"Not Applicable"

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide the name of the organization and provide one or two examples that demonstrate this experience. If you chose response A in the previous question, enter "Not Applicable."

*Narrative Response:*

"Not Applicable"

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

**Competency/Factor:** *RATING AND RANKING 13*

List one or two examples of specific instances in which you have independently planned, scheduled, and carried out a major project.

*Narrative Response:*

As a Supervisory District Adjudications Officer I rearrange cases based on priorities and reschedule wordloads to accommodate changes in the work schedules.

US 231

CONFIDENTIAL

DHS Customs and Border Protection  Report Date: 12/9/2005
Burlington Service Center

## Vacancy ID Number: 101146

Name:   WILLIAMS, TERRI                                  SSN:   XXX-XX-2984

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

"Not Applicable"

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

As a Supervisory District Adjudications Officer I'm assigned as the calendar supervisor where I monitor officers work on a daily basic. I answer complex questions and provide guidance when needed to complete their workload.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

"Not Applicable"

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response C or D in the previous question, provide one or two examples that demonstrate this experience. If you chose response A or B in the previous question, enter "Not Applicable."

*Narrative Response:*

As a Contract Representative I was assigned as a training officer. I trained new employees on Immigration and Nationality Laws. This training I administered help to improve officers ability to complete all work assignments by office deadlines.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response B, C, or D in the previous question, provide two examples that demonstrate this experience.

*Narrative Response:*

As a Supervisory District Adjudications Officer I address complaints filed by applicants, or their attorneys when officers conduct adjustment of status interviews. I resolved these matters by reviewing the allegded complaint and finding the most appropriate decision.

**Competency/Factor:** *RATING AND RANKING 13*

If you chose response A in the previous question, provide one or two examples that demonstrate this experience.

*Narrative Response:*

N/A

US 232
CONFIDENTIAL