Merit Promotion Certificate of Eligibles
Certificate Number: MB-06-REP-01513S0
Issued for DEPARTMENT OF HOMELAND SECURITY
VacancyID: 103847
Agency Request Number: NYC-CIS-2005-0051
Issue Date: 02/02/2006
**SUPERVISORY ADJUDICATIONS OFFICER, GS-1801-13**

Appointment Type: Career/Career Conditional

Option:        001 - Supervisory Adjudications Officer Grade: 13

Locations:     0516 - New York City, NY

This certificate must be returned by 03/04/2006.

The selecting official or his/her designee is responsible for answering inquiries about procedures used to choose among those certified. We recommend that you retain sufficient information about the selection methods used to enable you to answer inquiries.

The candidates listed were evaluated under Merit Promotion Program procedures and were found to be the best qualified for this position. Any candidate on the list may be selected. Please indicate the action taken for each name by marking "S" for selected or "NS" for not selected.

The candidates' applications (OF-612, Resume, etc.), Performance Appraisals, awards and any other relevant information are attached for your review and consideration. Please complete and review this form by the date indicated above.

| Agency Action | Name / Address | SSN |
|---|---|---|
| NS | NOEL-CHARLES, WINNIFRED<br>123 OAK RIDGE RD<br>HOPEWELL JUNCTION NY  12533<br>(347)528-3725<br>WIN30@AOL.COM | XXX-XX-6834 |
| NS | SHIH, AUSTIN F<br>42 53 65TH STREET<br>WOODSIDE NY  11377<br>(718)478-9576<br>FUYUEHTAKAYAMA@YAHOO.COM | XXX-XX-5756 |
| NS | STUART, LINNEA E<br>8155 267 STREET<br>FLORAL PARK NY  11004<br>(718)347-4058<br>LINNEASTUART@MSN.COM | XXX-XX-5900 |
| NS | BRAUN, SERGIO<br>6809BOOTH ST 6L<br>FOREST HILLS NY  11375<br>(718)422-0363<br>SERBRAUN@YAHOO.COM | XXX-XX-9323 |
| NS | RODRIGUEZ, MARIANNA M<br>190 ILYSSA WAY<br>STATEN ISLAND NY  10312<br>(347)562-4343<br>CRODRIGUEZ5@SI.RR.COM | XXX-XX-3502 |

US 89
CONFIDENTIAL

Certificate Number: MB-06-REP-01513S0  
Agency Request Number: NYC-CIS-2005-0051  

VacancyID: 103847  
**SUPERVISORY ADJUDICATIONS OFFICER,**

| Agency Action | Name / Address | SSN |
|---|---|---|
| NS | WILLIAMS, TERRI<br>401 LINDEN AVENUE<br>BOGOTA NJ 07603<br>(212)264-4669<br>BXTEETEE@YAHOO.COM | XXX-XX-2984 |
| NS | TAYLOR, WILLIAM L<br>7057 TUSCANY DRIVE<br>MACUNGIE PA 18062<br>(718)320-2041<br>WTAYLOR166@MSN.COM | XXX-XX-5748 |
| S | ALMAN, COLVIN G<br>831 EAST 40TH STREET<br>BROOKLYN NY 11210<br>(212)264-5324<br>COLVIN.ALMAN@DHS.GOV | XXX-XX-9922 |
| NS | JAFER, HALIDE M<br>15 CANTERBURY ROAD APT C12<br>GREAT NECK NY 11021<br>(516)286-7465<br>HJAFER@YAHOO.COM | XXX-XX-5754 |
| NS | DORE, LISA A<br>100 DONIZETTI PLACE 20F<br>BRONX NY 10475<br>(718)530-5959<br>LISA.DORE@DHS.GOV | XXX-XX-1600 |

_[signature]_    2/8/06  
Selecting Official Signature:    Date:

Gwynne K MacPherson, CIS - 212-264-5891  
Print: Name, Organization, and Phone Number

_[signature]_    2/9/06  
Appointing Official Signature:    Date:

Robert G. Brouillat, DHS/CIS  
Print: Name, Organization, and Phone Number  
(212) 264-0880

US 90  
CONFIDENTIAL