**Chin-Gee, Sham Q**

| | |
|---|---|
| **From:** | Brouillet, Robert G |
| **Sent:** | Monday, January 09, 2006 2:54 PM |
| **To:** | 'RockyM@dhs.gov'; 'Lisa.Campbell@dhs.gov' |
| **Cc:** | Chin-Gee, Sham Q |
| **Subject:** | FW: FW: Vacancy ID 101146 |

Rocky/Lisa: We're selecting **Terri Williams** from the GS-13 Supv DAO annc, ID 101146. 52 **NYC CIS 2006-0087**. Thank you

ROBERT G. BROUILLET, Mission Support Specialist
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 11-100J
New York, New York 10278
Phone  212-264-6880    Fax  212-264-2189


-----Original Message-----
| | |
|---|---|
| **From:** | Rosina, Stephen |
| **Sent:** | Monday, January 09, 2006 2:01 PM |
| **To:** | Chin-Gee, Sham Q |
| **Cc:** | Brouillet, Robert G |
| **Subject:** | RE: FW: Vacancy ID 101146 |

My selection is Terri Williams.

Steve

-----Original Message-----
| | |
|---|---|
| **From:** | Chin-Gee, Sham Q |
| **Sent:** | Monday, January 09, 2006 1:22 PM |
| **To:** | Rosina, Stephen |
| **Cc:** | Brouillet, Robert G |
| **Subject:** | FW: FW: Vacancy ID 101146 |
| **Importance:** | High |

Pls provide your selection for SDAO.

Sham

-----Original Message-----
| | |
|---|---|
| **From:** | Brouillet, Robert G |
| **Sent:** | Wednesday, January 04, 2006 2:33 PM |
| **To:** | Chin-Gee, Sham Q |
| **Subject:** | FW: FW: Vacancy ID 101146 |

Sham: Submitted recruit 52 v. Lima, **NYC CIS 2006-0087**, with note that we will fill from Vac ID 101146. Thank you.

ROBERT G. BROUILLET, Mission Support Specialist
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 11-100J
New York, New York 10278
Phone  212-264-6880    Fax  212-264-2189


-----Original Message-----
From: Maier, Rocky K [mailto:RockyM@fins2.dhs.gov]
Sent: Wednesday, January 04, 2006 1:50 PM
To: Chin-Gee, Sham Q; Brouillet, Robert G
Subject: Re:FW: Vacancy ID 101146

US 124
CONFIDENTIAL

Ok.....let's wait until Monday......you advise by email who you want to select and we'll get the ball rolling....I love it when a plan comes together!!


Rocky Maier
Human Resources Specialist
Burlington Service Center

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.


_____Reply Separator_____
Subject:    FW: Vacancy ID 101146
Author: Sham Q Chin-gee
Date:     01/04/2006 12:56 PM

Yes, we do but we have to wait until Gwynne MacPherson, the selecting official returns on 01/09/2006.

Sham

-----Original Message-----
From: Maier, Rocky K [mailto:RockyM@fins2.dhs.gov]
Sent: Wednesday, January 04, 2006 10:24 AM
To: Brouillet, Robert G
Cc: Chin-Gee, Sham Q
Subject: Re:Vacancy ID 101146


Hi Bob and Happy New Year!!

Do you know who you want to select......If so, you can just send an email, reference the VIN and 52 number and we'll take care of the rest......easier than re-sending the certs...

If you don't know who you want to select, of course I can re-send the certs...Let me know!


Rocky Maier
Human Resources Specialist
Burlington Service Center

WARNING: This document is FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). This document is to be controlled, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to Sensitive But Unclassified (SBU) information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval from the originator. If you are not the intended recipient please contact the originator for disposition instructions.


_____Reply Separator_____

US 125
CONFIDENTIAL

Subject: Vacancy ID 101146
Author: Robert G Brouillet
Date: 01/04/2006 10:00 AM

Rocky: We have a new GS-13 Supv DAO vacancy, vice Juan Lima who was selected for the Spec Asst position. Instead of posting a new annc we want to use the last GS-13 Supv DAO cert that was used and returned - ID 101146. If possible, would you pls re-issue 101146 for one additional vacancy. Thank you.

ROBERT G. BROUILLET, Mission Support Specialist
U.S. Citizenship and Immigration Services
26 Federal Plaza, Room 11-100J
New York, New York 10278
Phone  212-264-6880   Fax  212-264-2189

US 126
CONFIDENTIAL