# WINNIFRED NOEL-CHARLES
123 Oak Ridge Road
Hopewell Junction, NY, 12533
347-528-3725; win30@aol.com

**EDUCATION:**

**New York Law School**                                                                     February 2005
<u>Juris Doctor</u>
**Awards**:   Public Service Certificate
**Activities**:   **Member- Connecticut State Bar, Admitted 2006; New York State Pending**
Association of the Bar of the City of New York, and
American Bar Association
Mentor, Black Law Students Association
**Concentration**: Real Estate Transaction and Finance, Immigration, Legal Writing

**St. Francis College, Brooklyn, New York**                                              September 1996
<u>Bachelor of Science</u>
G.P.A.: 3.85
**Concentration**: Science, Math, Business
**Honors**: Dean's List

**New York College of Technology, Brooklyn, New York**                           June 1991
<u>Associate's Degree in Applied Science, cum laude</u>
G.P.A.: 3.33
**Concentration**: Chemistry, Physics.
**Honors**: Dean's List

**EXPERIENCE:**

**DEPARTMENT OF HOMELAND SECURITY, New York, NY**          October 1998 - Present
United States Citizenship and Immigration Services (USCIS)
**District Adjudications Officer**
Draft legally-sufficient deportation notices for use in Immigration Court for persons found removable from the US. Plan and conduct reviews concerning eligibility and entitlement of persons seeking benefits. Provide advice and guidance on adjudicative matters to key USCIS managers. Appear in court and administrative ceremonies representing the Attorney General in naturalization proceedings. Prepare denial notices providing legal basis of the ineligibility finding.

**DEPARTMENT OF HOMELAND SECURITY, New York, NY**          July – Nov. 2004
Office of the Principal Legal Advisor
**Legal Intern-Volunteer**
Reviewed appeals of office's denials on persons seeking lawful resident status based on marriage fraud. Drafted appeal responses for Board of Immigration Appeal hearings. Remanded cases deemed eligible for lawful resident status. Conducted legal research and drafted legal findings on pending immigration issues.

**REFERENCES:**
Mark Curley- Deputy Principal Legal Advisor; Ramin Rastegar- ICE Attorney          US 569

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1 Job title in announcement**
SUPERVISORY ADJUDICATIONS OFFICER

**2 Grade(s) applying for**
13

**3 Announcement number**
CIS-103847-NYC

**4 Last name**
NOEL-CHARLES

**First and middle names**
WINNIFRED LOUISE

**5 Social Security Number**
109 - 70 - 6834

**6 Mailing address**
123 OAK RIDGE ROAD

**City**
HOPEWELL JUNCTION

**State**
NY

**ZIP Code**
12533 - 5032

**7 Phone numbers (include area code)**
Daytime  (347) 528 3725
Evening  (845) 226 8749

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

**1) Job title (if Federal, include series and grade)**
District Adjudications Officer (1801/12)

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 10 98 | Now | $72,161. | year | 40 |

Supervisor's name and phone number
Enrica Troy
(212) 264 3139

**Employer's name and address**
Department of Homeland Security USCIS- Office of Principal Legal Advisor
26 Federal Plaza  New York, NY 10278

**Describe your duties and accomplishments**
Draft deportation notices for use in Immigration Court for persons found removable from the United States (US). Responsible for the planning and conducting of reviews concerning the eligibility and entitlement of persons seeking benefits, for instance, US citizenship. Provide advice and guidance on adjudicative matters to key CIS managers, such as investigations, deportation and congressional units. Maintain a professional working relationship with various social service organizations, special interest attorneys and local law enforcement. Appear in court and administrative ceremonies as a representative of the Attorney General in naturalization proceedings. Conduct homebound interviews for the aged and disability cases. Prepare denial notices citing legal sections applicable to the finding of ineligibility, present the conclusions of law, and rights of appeal. Reexamine the findings of fact, documentary evidence, and case information used by the deciding Officer, and reverse and approve, or sustain the Service's original decision.

**2) Job title (if Federal, include series and grade)**
Legal Intern- Volunteer

| From (MM/YY) | To (MM/YY) | Salary | per | Hours per week |
|---|---|---|---|---|
| 07 2004 | 11 2004 | $0 | year | 5 |

Supervisor's name and phone number
Mark A. Curley
(212) 264 6935

**Employer's name and address**
Department of Homeland Security-Office of Principal Legal Advisor
26 Federal Plaza, New York, NY 10013

**Describe your duties and accomplishments**
Reviewed and drafted responses for Board of Immigration Appeal (BIA) hearings in the Immigration Visa Appeals unit. Prepared Record of Proceeding (ROP) after thorough examination of the applicant's file, and forwarded all pertinent documents for review by the BIA. Remanded cases deemed eligible for permanent U.S. resident status. Conducted legal research and drafted legal findings on pending immigration issues involving deportation, naturalization eligibility and grounds for immigrant visa denials.

US 570

50612-101    NSN 7540-01-351-9178

Optional Form 612 (September 1994)
U.S. Office of Personnel Management

Form Approved
OMB No. 3206-0219

# OPTIONAL APPLICATION FOR FEDERAL EMPLOYMENT - OF 612

You may apply for most jobs with a resume, this form, or other written format. If your resume or application does not provide all the information requested on this form and in the job vacancy announcement, you may lose consideration for a job.

**1** Job title in announcement
SUPERVISORY ADJUDICATIONS OFFICER

**2** Grade(s) applying for
13

**3** Announcement number
CIS-103847-NYC

**4** Last name
NOEL-CHARLES

First and middle names
WINNIFRED  LOUISE

**5** Social Security Number
109 - 70 - 6834

**6** Mailing address
123 OAK RIDGE ROAD

City
HOPEWELL JUNCTION

State
NY

ZIP Code
12533 - 5032

**7** Phone numbers (include area code)
Daytime    (347) 528 3725

Evening    (845) 226 8749

## WORK EXPERIENCE

**8** Describe your paid and nonpaid work experience related to the job for which you are applying. Do **not** attach job descriptions.

**1)** Job title (if Federal, include series and grade)
Payment Collector

From (MM/YY): 02 94
To (MM/YY): 10 98
Salary: $24,000
per year
Hours per week: 35

Employer's name and address
NYC Department of Finance
66 John Street, New York, NY 10039

Supervisor's name and phone number
M. Nazareno (Employment Verifier)
(212) 361 1848

Describe your duties and accomplishments

Received and reconciled payments for summonses and applicable fees. Researched and updated related computer records. Handled Sheriff's payment-in-field tows as related to currency source documents. Eliminated unnecessary steps in daily processing to promote greater efficiency and better time management. Led a special task force to streamline various office form letters and consequently reduced paper waste. Received outstanding evaluations four years in a row.

**2)** Job title (if Federal, include series and grade)
Special Service Representative

From (MM/YY): 10 1989
To (MM/YY): 02 1994
Salary: $17,000
per year
Hours per week: 35

Employer's name and address
J.P. Morgan Chase
270 Park Place, New York, NY 10017

Supervisor's name and phone number
Automated Employment Verification
(212) 622 8650

Describe your duties and accomplishments

Reconciled daily ledgers and solved processing errors by determining the necessary resolutions. Trained and supervised staff of junior tellers on transaction procedures. Arranged and executed both domestic and foreign currency. Received bank's service star award for fraud prevention and professionalism.

US 571

50612-101

NSN 7540-01-351-9178

Optional Form 612 (September 1994)
U.S. Office of Personnel Management

9  May we contact your current supervisor?  YES ☒  NO ☐  → If we need to contact your current supervisor before making an offer, we will contact you first.

## EDUCATION

10  Mark highest level completed.  Some HS ☐  HS/GED ☐  Associate ☐  Bachelor ☐  Master ☐  Doctoral ☒

11  Last high school (HS) or GED school. Give the school's name, city, State, ZIP Code (if known), and year diploma or GED received.

St Joseph's Convent  Trinidad, West Indies
Diploma received in 1987

12  Colleges and universities attended. Do **not** attach a copy of your transcript unless requested.

| # | Name / City / State / ZIP Code | Total Credits Earned (Semester / Quarter) | Major(s) | Degree (if any) | Year Received |
|---|---|---|---|---|---|
| 1) | NEW YORK LAW SCHOOL<br>New York, NY  10013- | 90 | LAW | Juris Doctor | 2005 |
| 2) | St. Francis College<br>Brooklyn, NY  11201- | 30 | Science, Business | BS | 1996 |
| 3) | New York College of Technology<br>Brooklyn, NY  11204- | 98.5 | Chemical Technology | AAS | 1991 |

## OTHER QUALIFICATIONS

13  **Job-related** training courses (give title and year). **Job-related** skills (other languages, computer software/hardware, tools, machinery, typing speed, etc. **Job-related** certificates and licenses (current only). **Job-related** honors, awards, and special accomplishments (publications, memberships in professional/honor societies, leadership activities, public speaking, and performance awards.) Give dates, but do **not** send documents unless requested.

Special Achievement Award 2000
Outstanding Performance rating 2002, 2003, and 2004.
Affirmative Employment Program for Employees
CIS Computer Security Awareness Diversity Training for Employees
EEO Alternative Dispute Resolution (ADR) Program
EEO Complaints Process Training for Managers
Prevention of Sexual Harassment Training
FLETC Officer Training (94%)

## GENERAL

14  Are you a U.S. citizen?  YES ☒  NO ☐  → Give the country of your citizenship.

15  Do you claim veterans' preference?  NO ☒  YES ☐  → Mark your claim of 5 or 10 points below.
    5 points ☐ → Attach your DD 214 or other proof.   10 points ☐ → Attach an *Application for 10-Point Veterans' Preference* (SF 15) and proof required.

16  Were you ever a Federal civilian employee?  NO ☒  YES ☐  → For highest civilian grade give:  Series  Grade  From (MM/YY)  To (MM/YY)

17  Are you eligible for reinstatement based on career or career-conditional Federal status?  NO ☒  YES ☐  → If requested, attach SF 50 proof.

## APPLICANT CERTIFICATION

18  I certify that, to the best of my knowledge and belief, all of the information on and attached to this application is true, correct, complete and made in good faith. I understand that false or fraudulent information on or attached to this application may be grounds for not hiring me or firing me after I begin work, and may be punishable by fine or imprisonment. I understand that any information I give may be investigated.

SIGNATURE  Winnifred Noel-Charles            DATE SIGNED  01-10-06

US 572

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

1. Name (Last, First, Middle): CHARLES, WINNIFRED L
2. Social Security Number: 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
3. Date of Birth: 01/31/68
4. Effective Date: 05/07/00

## FIRST ACTION
- 5-A. Code: 885
- 5-B. Nature of Action: PERFORMANCE AWARD
- 5-C. Code: WR
- 5-D. Legal Authority: 5 USC 4505A
- 5-E. Code:
- 5-F. Legal Authority:

## SECOND ACTION
- 6-A. Code:
- 6-B. Nature of Action:
- 6-C. Code:
- 6-D. Legal Authority:
- 6-E. Code:
- 6-F. Legal Authority:

7. FROM: Position Title and Number:

15. TO: Position Title and Number:
DIST ADJUDCTNS OFFCR
78001751   HI070E

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 971.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

14. Name and Location of Position's Organization:

22. Name and Location of Position's Organization:
OFF OF EX ASSOC COMR FLD OPS
OFF OF RGNL DIR EASTERN REGN
OFF OF THE DIST DIR NEW YORK
ADJUDICATIONS BRANCH
DJ IN302001200500000   PP 14 2000

## EMPLOYEE DATA

23. Veterans Preference: 1 - None
24. Tenure: 2
25. Agency Use:
26. Veterans Preference for RIF: NO
27. FEGLI: V1 BASIC STANDARD-4X ADDITIONAL-1X FAM
28. Annuitant Indicator: 9 NOT APPLICABLE
29. Pay Rate Determinant: 0
30. Retirement Plan: K FERS AND FICA
31. Service Comp. Date (Leave): 10/25/98
32. Work Schedule: F FULL TIME
33. Part-Time Hours Per Biweekly Pay Period:

## POSITION DATA

34. Position Occupied: 1 - Competitive Service
35. FLSA Category: N Nonexempt
36. Appropriation Code:
37. Bargaining Unit Status: 0030
38. Duty Station Code: 36-2240-059
39. Duty Station: GARDEN CITY  NASSAU  NY

40. AGENCY DATA:
41. SEX: F
42. CIT7: 1
43. VET STAT: X  ED LV:07  YR:00  INAT
44. PRB: 000000

45. Remarks:
PERFORMANCE AWARD
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

46. Employing Department or Agency: U.S. DEPARTMENT OF JUSTICE/INS
47. Agency Code: DJ IN
48. Personnel Office ID: 1699
49. Approval Date: 07/02/00
50. Signature/Authentication and Title of Approving Official: P. Bergson, PERSONNEL OFFICER

US 573

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-..., Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NOEL CHARLES, WINNIFRED L | 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 | 01/31/68 | 05/18/03 |

### FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 840 | INDIVIDUAL CASH AWARD |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

### SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
DISTRICT ADJUDCTN OFFCR
98001751    HI068E

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 900.00 | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| | .00 | | .00 | | .00 | | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
IMMIGRATION AND CUSTOMS ENFORCEMENT
OFF OF EX ASSOC COMR FLD OPS
OFF OF RGNL DIR EASTRN REGN
OFF OF THE DIST DIR NEW YORK

HS BB3020012005000000    PP 12 2003

### EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None  2-5 Point.  3-10 Point/Disability  4-10 Point/Compensable  5-10 Point/Other  6-10 Point/Compensable/30% | 1 — 0-None 1-Permanent 2-Conditional 3-Indefinite | | YES  X NO |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| V1 BASIC STANDARD-4X ADDITIONAL-1X FAM | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 10/25/98 | F FULL TIME | |

### POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service 2-Excepted Service 3-SES General 4-SES Career Reserved | N — E-Exempt N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 36-2240-059 | GARDEN CITY   NASSAU   NY |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | | | | |

45. Remarks
CASH AWARD - PERFORMANCE BASED
SALARY BLOCK CONTAINS CASH AWARD AMOUNT.

US 574

| 46. Employing Department or Agency | | | 50. Signature/Authentication and Title of Approving Official |
|---|---|---|---|
| HOMELAND SECURITY | | | |
| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | PERSONNEL OFFICER  *(signature)* |
| HS BB | 1699 | 07/02/03 | |

TURN OVER FOR IMPORTANT INFORMATION           1 - Employee Copy - Keep for Future Reference
3-Part    50-315

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NOEL CHARLES, WINNIFRED L | 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 | 01/31/68 | 10/25/98 |

## FIRST ACTION

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 002 | CORRECTION |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| | |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| | |

## SECOND ACTION

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| 101 | CAREER COND APPT |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| AYM | ACWA OUTSTANDING |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| ABK | ACWA OUTSTDG SCH PRG |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| DIST ADJUDCTNS OFFCR  98001751  HI072E | DIST ADJUDCTNS OFFCR  98001751  HI071E |

| 8. Pay Plan | 9. Occ. Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 05 | | 21,918.00 | PA | GS | 1801 | 07 | 01 | 27,148.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 19,969.00 | 1,949.00 | 21,918.00 | .00 | 24,734.00 | 2,414.00 | 27,148.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
OFF OF EX ASSOC COMR FLD OPS
OFF OF RGNL DIR EASTRN REGN
OFF OF THE DIST DIR NEW YORK
ADJUDICATIONS BRANCH

## EMPLOYEE DATA

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1 — 1-None, 2-5-Point, 3-10-Point/Disability, 4-10-Point/Compensable, 5-10-Point/Other, 6-10-Point/Compensable/30% | 2 — 0-None, 1-Permanent, 2-Conditional, 3-Indefinite | | YES  NO (X) |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| V  BASIC-STANDARD-4X ADDITIONAL-FAMILY | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K  FERS AND FICA | 10/25/98 | F  FULL TIME | |

## POSITION DATA

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1 — 1-Competitive Service, 2-Excepted Service, 3-SES General, 4-SES Career Reserved | N  E-Exempt, N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 36-2240-059 | GARDEN CITY  NASSAU  NY |

| 40. AGENCY DATA | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| | SEX: F | CITZ: 1 | VET STAT: X | ED LV:07 YR:00 INST PRG:000000 |

45. Remarks
CORRECTS GRADE FROM GS-5 TO GS-7.
APPOINTMENT IS SUBJECT TO COMPLETION OF ONE YEAR INITIAL PROBATIONARY
PERIOD BEGINNING 10/25/98.
SERVICE COUNTING TOWARD CAREER TENURE FROM 10/25/98.

US 575

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| U.S. DEPARTMENT OF JUSTICE/INS | *signature*  PERSONNEL OFFICER |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date |
|---|---|---|
| DJ IN | 1699 | 11/08/98 |

Editions Prior to 7/91 Are Not Usable After 6/30/93

Standard Form 50-B
Rev. 7/91
U.S. Office of Personnel Management
FPM Supp. 296-33, Subch. 4

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| NOEL CHARLES, WINNIFRED L | 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 | 01/31/68 | 01/09/05 |

**FIRST ACTION**

| 5-A. Code | 5-B. Nature of Action |
|---|---|
| 894 | PAY ADJ |

| 5-C. Code | 5-D. Legal Authority |
|---|---|
| QWM | REG 531.205 |

| 5-E. Code | 5-F. Legal Authority |
|---|---|
| ZLM | E O 13368 |

**SECOND ACTION**

| 6-A. Code | 6-B. Nature of Action |
|---|---|
| | |

| 6-C. Code | 6-D. Legal Authority |
|---|---|
| | |

| 6-E. Code | 6-F. Legal Authority |
|---|---|
| | |

7. FROM: Position Title and Number

15. TO: Position Title and Number
DISTRICT ADJUDCTN OFFCR
98001751   HI068E

| 8. Pay Plan | 9. Occ Code | 10. Grade/Level | 11. Step/Rate | 12. Total Salary | 13. Pay Basis | 16 Pay Plan | 17. Occ Code | 18. Grade/Level | 19. Step/Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 69,412.00 | PA | GS | 1801 | 12 | 04 | 72,161.00 | PA |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| 58,188.00 | 11,224.00 | 69,412.00 | .00 | 59,642.00 | 12,519.00 | 72,161.00 | .00 |

14. Name and Location of Position's Organization

22. Name and Location of Position's Organization
CITIZENSHIP AND IMMIGRATION SERVICES
OFC OF ASSOC DIR OPERATIONS
OFC OF FIELD OPERATIONS
NEW YORK DISTRICT OFFICE

HS CI0310024501000000   PP 01 2005

**EMPLOYEE DATA**

| 23. Veterans Preference | 24. Tenure | 25. Agency Use | 26. Veterans Preference for RIF |
|---|---|---|---|
| 1  1-None  3-10 Point/Disability  5-10 Point/Other  2-5 Point  4-10 Point/Compensable  6-10 Point/Compensable/30% | 1  0-None  2-Conditional  1-Permanent  3-Indefinite | | YES [ ]  NO [X] |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| V1 BASIC STANDARD-4X ADDITIONAL-1X FAM | 9 NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31 Service Comp Date (Leave) | 32. Work Schedule | 33. Part-Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| K FERS AND FICA | 10/25/98 | F FULL TIME | |

**POSITION DATA**

| 34. Position Occupied | 35. FLSA Category | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|
| 1  1-Competitive Service  3-SES General  2-Excepted Service  4-SES Career Reserved | N  E-Exempt  N-Nonexempt | | 0030 |

| 38. Duty Station Code | 39. Duty Station (City - County - State or Overseas Location) |
|---|---|
| 36-2240-059 | GARDEN CITY  NASSAU  NY |

40. AGENCY DATA | 41. | 42. | 43. | 44. |

45. Remarks
FEDERAL PAY INCREASE DUE TO E.O. 13368 SIGNED 12/30/04.
SALARY INCLUDES A GENERAL INCREASE OF 2.5% ROUNDED AND A LOCALITY
PAYMENT (OR OTHER GEOGRAPHIC ADJUSTMENT) APPLICABLE IN THIS AREA.

US 576

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| HOMELAND SECURITY | PAULINE A. BERGERON |
| 47. Agency Code  48. Personnel Office ID  49. Approval Date | PERSONNEL OFFICER |
| HS CI  1699  12/30/04 | |

Editions Prior to 7/91 Are Not Usable After 6/30/93
NSN 7540-01-333-6237

TURN OVER FOR IMPORTANT INFORMATION