## Recommendation for TSDAO of NIU: Colvin Alman

Mr. Alman has been a DAO in the Non-Immigrant Unit for numerous years and has thorough knowledge of all facets of the unit including Stokes, orphans, I-824's and I-212 waivers. He has been serving as a 120-day temporary supervisor since November 2005. Under his supervision, the unit has rescheduled all 2007 Stokes cases for the 4th floor Stokes project. The unit has taken on additional daily cases as we backfill calendars in order to assist with backlog reduction and he has managed the workflow well. In addition, Mr. Alman has assisted the Section Chief in dealing with performance issues with a DAO as well as behavioral issues of the Acting SAC. Mr. Alman has an outstanding leave balance and does not abuse leave. For these reasons, I recommend him to be selected as the Temporary Supervisory District Adjudications Officer for NIU.

John Ryan /s/
Section Chief, Adjudications 2
February 6, 2006

US 88
CONFIDENTIAL