COLVIN G. ALMAN
831 East 40th Street
Brooklyn, New York 11210
718.859.2568

**SUMMARY**   A specialist in Immigration and Nationality Laws, with more than 12 *years of distinguished service with the Citizenship and Immigration Services, and four years with the United States Army.*

**EXPERIENCE**
**1994-Present**   DEPARTMENT OF HOMELAND SECURITY,
Citizenship and Immigration Services, New York, NY

**Temporary Supervisory Adjudications Officer, Non-Immigrant Unit**   **2005-Present**
Supervise a field office which consists of nine District Adjudications Officers, one Information Officer, and ten support staff.
- Review and make determinations on cases; determines which cases should to be reopened, reconsidered or rescheduled.
- Conducts independent research regarding eligibility entitlements, immigration benefits, and all legal status under the Immigration and Nationality Act.
- Establish work schedules and evaluate employees on an ongoing basis.
- Provide direction to officers and assist in upgrading their adjudication skills.
- Direct officers on adjudications and administrative matters.
- Identify the developmental training needs of officers.

**District Adjudications Officer, Non-Immigrant Unit**   **1998-2005**
Conducted interviews and adjudicated a high volume of petitions/applications for applicants applying for numerous immigration benefits. Petition/applications include I-130 Petitions, I-485 Applications, I-191 Applications, I-824 Applications, I-601 Applications, I-600 Petitions and I-600A Applications. From 2003 to 2005 I accumulated more than four hundred hours as Acting Supervisor District Adjudication Officer for the Non-Immigrant Unit.

- Utilized unique qualifying techniques in determining the validity of a marriage in order to meet the standards required for issuance of a Permanent Resident Card.
- Highly effective in discovering fraud and potential fraud among applicants.
- Discovered rare instances of "bigamy" and other illegal practices in an attempt to retain Permanent Residence status.
- Training Officer for the Unit; effective in upgrading the interviewing skills of other officers in the ability to detect the "nuances" of applicants. Trained officers to prepare Notice to Appear (NTA), Record of Proceedings, and other processes.
- As Statistics Officer for the Unit; established new databases presently used by the Non-Immigrant to track, monitor and maintain accurate statistics. I also created document templates which are currently used by the Non-Immigrant Unit to prepare denials, Notice to Appear (NTA), Record of Proceedings (ROP), and Request for Evidence.
- Concurrently, serve as Security Control Officer, issuing passwords to officers and allowing access to security databases. Responsible for authorizing and controlling access to the Interagency border and Inspection System (IBIS).
- Orphans Officer, process petitions/applications for the issuance of immigrant visas to orphans adopted internationally.
- Compile information for the Regional Office for audits concerning pending applications processing time. Managed the collection, inputting and transferring of data for three different units during our quarterly file audit.

**Paralegal Specialist**   **1994-1998**
Provided support to the District Counsel's office in the preparation of files for cases appearing in Immigration Court. Additionally, provided support to attorneys in a broad range of legal actions concerning illegal immigration.

US 115
CONFIDENTIAL

| | | |
|---|---|---|
| **MILITARY** | **US ARMY**<br>**Specialist (E4)**<br>Served in Iraq (Desert Storm). | 1989-1993 |

**RECOGNITION**
Time Off Awards & Quality-step increase
Numerous Outstanding "Special Achievement" and "Meritorious" Awards
Kuwait Liberation Medal
Good Conduct Medal
Honorable Discharge
Secret Clearance

**EDUCATION**   AAS, Legal Studies, New York Technical College, Brooklyn, NY (3.96/4.0 GPA).

**SKILLS**   MS Office (Access, Excel, Word, PowerPoint), Lexis-Nexis, Choicepoint, WestLaw, in-house systems, Interagency Border and Inspection System, Central Index System.

**ADDITIONAL**
**TRAINING**   Glynco, District Adjudications Officer Training School (1999).

US 116
CONFIDENTIAL

**COLVIN G. ALMAN**
831 East 40th Street
Brooklyn, New York 11210
718.859.2568

**SUMMARY**   A specialist in Immigration and Nationality Laws, with more than 12 *years of distinguished service with the Citizenship and Immigration Services, and four years with the United States Army.*

**EXPERIENCE**
**1994-Present**   DEPARTMENT OF HOMELAND SECURITY,
Citizenship and Immigration Services, New York, NY

**Temporary Supervisory Adjudications Officer, Non-Immigrant Unit**       **2005-Present**
Supervise a staff which consists of nine District Adjudications Officers, one Information Officer, and ten support staff.
- Review and make determinations on cases; determines which cases should to be reopened, reconsidered or rescheduled.
- Conducts independent research regarding eligibility entitlements, immigration benefits, and all legal status under the Immigration and Nationality Act.
- Establish work schedules and evaluate employees on an ongoing basis.
- Provide direction to officers and assist in upgrading their adjudication skills.
- Direct officers on adjudications and administrative matters.
- Identify the developmental training needs of officers.
- Works closely with Immigration and Customs Enforcement (ICE) in situations where sensitive cases require expedited scheduling.

**District Adjudications Officer, Non-Immigrant Unit**       **1998-2005**
Conducted interviews and adjudicated a high volume of petitions/applications for applicants applying for numerous immigration benefits. Petition/applications include I-130 Petitions, I-485 Applications, I-191 Application for Permission to Return to an Unrelinquished Domicile, I-824 Application for Action on an Approved Application or Petition, I-601 Application for Waiver of Ground of Excludability, I-600 Petition to Classify Orphan as an Immediate Relative and I-600A Application for Advance Processing of an Orphan Petition. From 2003 to 2005 I accumulated more than four hundred hours as Acting, Supervisory District Adjudication Officer for the Non-Immigrant Unit.

- Utilized unique qualifying techniques in determining the validity of a marriage in order to meet the standards required for issuance of a Permanent Resident Card.
- Highly effective in discovering fraud and potential fraud among applicants.
- Discovered rare instances of "bigamy" and other illegal practices in an attempt to retain Permanent Residence status.
- Training Officer for the Unit; effective in upgrading the interviewing skills of other officers in the ability to detect the "nuances" of applicants. Trained officers to prepare various petition/application denials, Notice to Appear (NTA), Record of Proceedings, and other processes.
- As Statistics Officer for the Unit; established new databases presently used by the Non-Immigrant to track, monitor and maintain accurate statistics. I also created document templates which are currently used by the Non-Immigrant Unit to prepare denials, Notice to Appear (NTA), Record of Proceedings (ROP), and Request for Evidence.
- Concurrently, serve as Security Control Officer, issuing passwords to officers and allowing access to security databases. Responsible for authorizing and controlling access to the Interagency Border and Inspection System (IBIS).
- Orphans Officer, processed petitions/applications for the issuance of immigrant visas to orphans adopted internationally.
- Compiled data for the Regional Office for audits concerning pending petitions/applications processing time. Managed the collection, inputting and transferring of data for three different units during our quarterly file audit.

US 117
CONFIDENTIAL

|  | **Paralegal Specialist** | **1994-1998** |

- Provided support to the District Counsel's Office in the preparation of files for cases appearing in Immigration Court. Additionally, provided support to attorneys in a broad range of legal actions concerning immigration benefits.
- Prepared a wide range of legal documents for the Employers Sanctions Unit. For example, Settlement Agreements, Final Orders, Complaints, Motion to Dismiss, and Notice of Intent to Fine.

**MILITARY**    **United States Army (101st Airborne Division)**    **1989-1993**
**Specialist (E4)**
Served as a member of an infantry unit of 10-20 persons, employed weapons in both offensive and defensive ground combat. Performed communications functions and operate communication equipment. Performed land navigation; administered first aid; operated vehicles to transport personnel, supplies and equipment.
Served in Iraq (Operation Desert Storm).

**MINISTRY OF WORK (TRINIDAD & TOBAGO GOVERNMENT)**    **1978-1988**

     **Clerical Assistant**
- Prepared payroll for over one hundred employees.
- Responsible for ordering stationery supplies from private contractors.
- Distributed stationery the different offices and sub-offices.

**RECOGNITION**
Time Off Awards & Quality-step increase
Numerous Outstanding "Special Achievement" and "Meritorious" Awards
Kuwait Liberation Medal
Good Conduct Medal
Honorable Discharge
Secret Clearance

**EDUCATION**    AAS, Legal Studies, New York Technical College, Brooklyn, NY (3.96/4.0 GPA).

**ADDITIONAL TRAINING**    Empire Technical School: Human Relations, Computer Literacy & Word Processing.
Austin Peay University Adult Education Class: Spreadsheets, Database & Introduction to Microcomputers.
Federal Law Enforcement Training Center, Immigration Officer Basic Training Course.

**SKILLS**    MS Office (Access, Excel, Word, PowerPoint), Lexis-Nexis, Choicepoint, WestLaw, in-house systems, Interagency Border and Inspection System, Central Index System, CLAIMS, NIIS, NFTS.

US 118
CONFIDENTIAL