DHS CUSTOMS AND BORDER PROTECTION
BURLINGTON SERVICE CENTER
70 KIMBALL AVENUE
SOUTH BURLINGTON VT  05403

2/21/2006

WINNIFRED NOELCHARLES
123 OAK RIDGE RD
HOPEWELL JUNCTION NY  12533

Dear WINNIFRED  NOEL-CHARLES,

This refers to the application you recently submitted to this office for the position shown below:

| | |
|---|---|
| Position Title: | SUPERVISORY ADJUDICATIONS OFFICER |
| Pay Plan/ Series/Grade: | GS-1801-13/13 |
| Vacancy ID: | 103847 |
| Agency: | Citizenship and Immigration Services CIS |

Thank you for applying for this position.  Your application has been considered.  However, another applicant was selected. We appreciate your interest in employment with our agency.

| Audit Code | Code Definition | Code Explanation |
|---|---|---|
| NS | Not Selected | The selecting office has indicated that you were not selected for the position. |

US 43
CONFIDENTIAL