Winnifred Noel-Charles
123 Oak Ridge Road
Hopewell Junction
New York, 12533

#1

August 30, 2005

San Francisco Services Branch
US Office of Personnel Management
120 Howard Street, Room 735
San Francisco, CA 94105

Re: Freedom of Information/ Privacy Act Request for vacancy ID # FS 330054

Dear Hiring Official:

My name is Winnifred Noel-Charles, and I am currently a District Adjudications Officer for Department of Homeland Security, New York District. I am making a formal written request for the following with regards to vacancy ID # FS 330054 for Supervisory District Adjudications Officer which I applied for in May 2005:

1. My evaluation and ranking;
2. If my name was placed on the hiring list;
3. Whether or not I was referred to the hiring agency;
4. The evaluation criteria used to determine eligibility for this announcement; and
5. The qualifications of those individuals who made the hiring list and of those referred to the hiring agency.

On May 27th, 2005, I got an e-mail notification from USASTAFFINGOFFICE@OPM acknowledging the receipt of my application (copy of notice attached). The notice stated "When the evaluation is completed, you will be notified of the results with another e-mail message." However, to date I have received no e-mail notification of the results as mentioned in the notice. Additionally, I have sent e-mail messages to the contact person listed in the vacancy announcement, Ester Torrevillas; telephone (415) 281-7079, on August 19th and 23rd, but have received no response (copy of e-mail attached).

I would appreciate a swift response to my request. I can be reached during daytime hours at (212) 264-5864 or by e-mail Winnifred.NoelCharles@dhs.gov. Thank you for your attention in this matter.

Sincerely,

Winnifred Noel-Charles

🛈 This message was sent with high importance.

**Noel-Charles, Winnifred**

| | | |
|---|---|---|
| **From:** | Noel-Charles, Winnifred | **Sent:** Tue 8/23/2005 5:15 PM |
| **To:** | 'ester.torrevillas@opm.gov' | |
| **Cc:** | | |
| **Subject:** | FW: Re: Vacancy #FS330054 | |
| **Attachments:** | | |

2nd Request.

-----Original Message-----
From: Noel-Charles, Winnifred
Sent: Friday, August 19, 2005 12:42 PM
To: 'ester.torrevillas@opm.gov'
Subject: Re: Vacancy #FS330054
Importance: High

Good afternoon:

I am writing to inquire about the above noted vacancy annoucement for Supervisory District Adjudications Officer for the New York district that I applied for back in May 2005. My question is whether I made the list, since I did not receive any notification regarding my rating. My ss# is 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.

Thank you for your attention in this matter.

W. Noel-Charles

Subj: **Acknowledgement of Occupational Questionnaire**
Date: 5/27/2005 11:18:23 AM Central Standard Time
From: USASTAFFINGOFFICE@OPM.GOV
To: WIN30@AOL.COM


SAN FRANCISCO SERVICES BRANCH
US OFFICE OF PERSONNEL MANAGEMENT
120 HOWARD STREET ROOM 735
SAN FRANCISCO CA  94105

RECEIPT FOR:           WINNIFRED   L NOEL-CHARLES

JOB SERIES/TITLE:      1801/SUPERVISORY ADJUDICATIONS OFFICER

VACANCY ID:            FS 330054


This is to acknowledge the receipt of the Occupational Questionnaire you submitted
job vacancy announcement shown above.  We will assess your qualifications based upo
responses you provided in the questionnaire, as well as all other materials request
the vacancy announcement.  When this evaluation is completed, you will be notified
results with another e-mail message.

It is important to note that in many cases submitting the Occupational Questionnair
NOT complete your application.  Most jobs also require the submission of a written
application or resume, as well as supporting materials such as transcripts and Vete
Preference documentation.

TO ENSURE THAT YOU RECEIVE CONSIDERATION FOR THIS POSITION, READ AND FOLLOW THE
INSTRUCTIONS IN THE VACANCY ANNOUNCEMENT.


PLEASE DO NOT RESPOND TO THIS EMAIL MESSAGE.  IT IS AUTOMATICALLY GENERATED.


For additional information, please refer to the vacancy announcement for this posit

Winnifred Noel-Charles
123 Oak Ridge Road
Hopewell Junction
New York, 12533

November 2, 2005

San Francisco Services Branch
US Office of Personnel Management
120 Howard Street, Room 735
San Francisco, CA 94105

Re: Follow-Up- Freedom of Information/ Privacy Act Request for vacancy
ID # FS 330054

Dear Hiring Official:

My name is Winnifred Noel-Charles, and this is my second (2nd) letter concerning the above listed vacancy for Supervisory District Adjudications Officer in the New York District. It is necessary to write again since I have received no formal written acknowledgment of my first request for information under the FOIA/ Privacy Act, though your department did receive my last letter by certified mail/ return receipt on September 6th, 2005.

I am quite concerned about this lack of written response since I received a rating and did make the hiring list for this position. Again, I would appreciate a swift response to my request. I enclose a copy of my last correspondence to your office, and thank you for your prompt attention in this matter.

Sincerely,

Winnifred Noel-Charles