Case BUR2006000027 Document 1 of type REQUEST

Rotate | Zoom In | Zoom Out | 47% | 2nd Image | Quick View | Vaughn Index | Hide Worksheet

Winnifred Noel-Charles
123 Oak Ridge Road
Hopewell Junction
New York, 12533

December 30, 2005

Citizenship and Immigration Services CIS
CBP- Human Resources
70 Kimball Avenue
South Burlington, VT 05403

BUR06005480116 REQ

Re: Freedom of Information/ Privacy Act Request for vacancy CIS-101146-NYC

Dear Hiring Official:

My name is Winnifred Noel-Charles, and I am currently a District Adjudications Officer for Department of Homeland Security, New York District. I am making a formal written request for the following with regards to vacancy CIS-101146-NYC for Supervisory District Adjudications Officer which I applied for in November 2005:

1. The evaluation criteria used to determine eligibility for this announcement; and
2. The names and qualifications of those individuals who were referred to the hiring agency.

On December 6th, 2005, I received three (3) e-mail notifications from USAStaffing-Bounce-Backs@dhs.gov providing my rating of 96; that my name had been certified to the selecting official; and that my name will not be referred to the employing agency at this time (copies attached).

I would appreciate a swift response to my request. I can be reached during daytime hours at (212) 264-7937 or by e-mail Winnifred.NoelCharles@dhs.gov. Thank you for your attention in this matter.

Sincerely,

Winnifred Noel-Charles

USDHS/CIS
JAN 04 2006
BUR FOIA/PA UNIT

First | Last | Go to Page | Prev | Next | Page 1 of 5

US 2648