U.S. Department of Homeland Security
70 Kimball Avenue
South Burlington, VT 05403-6813



**U.S. Citizenship and Immigration Services**

January 5, 2006

BUR2006000027

Winnifred Noel Charles
123 Oak Ridge Road
Hopewell Junction, NY 12533

Dear Winnifred Noel Charles:

We received your request for information relating to Vacancy Announcement Cis-101146-nyc on January 5, 2006.

Your request is being handled under the provisions of the Freedom of Information Act (5 U.S.C. 552). It has been assigned the following control number: BUR2006000027. Please cite this number in any further inquiry about this request.

In accordance with Department of Homeland Security Regulations (6 CFR 5.3(c)), your request is deemed to constitute an agreement to pay any fees that may be chargeable up to $25.00. Fees may be charged for searching for records sought at the respective clerical, professional, and/or managerial rates of $4.00/$7.00/$10.25 per quarter hour, and for duplication of copies at the rate of $.10 per copy. The first 100 copies and two hours of search time are not charged, and the remaining combined charges for search and duplication must exceed $14.00 before we will charge you any fees. Most requests do not require any fees; however, if fees in excess of $25.00 are required, we will notify you beforehand.

Additionally, we respond to requests on a first-in, first-out basis and on a multi-track system. With this system we consider each request according to the complexity and volume so that requesters with a simple and quick response do not wait for extended periods of time while we review complex voluminous requests. Because of the nature of your request we have placed your request on the simple track.

Due to this agency's large backlog of FOIA/PA requests it would be a great help to us if you were to please inform us immediately should you no longer require to obtain the documents responsive to this request.

If you have further questions, please address your inquiry to this office, Attention: FOIA/PA Officer.

Sincerely,

*Heather P. Vanslette*

Heather P. Vanslette
Regional FOIA/PA Officer

US 517

www.uscis.gov