U.S. Department of Homeland Security
70 Kimball Avenue
South Burlington, VT 05403-6813



U.S. Citizenship
and Immigration
Services

May 30, 2006

BUR2006000027

Winnifred Noel Charles
123 Oak Ridge Road
Hopewell Junction, NY 12533

Dear Winnifred Noel Charles:

This is in response to your Freedom of Information Act (FOIA) request received in this office January 5, 2006, regarding the subject: Vacancy Announcement CIS-101146-NYC.

As my office is no longer processing FOIA requests for vacancy announcements if you should have any further questions on this request or any future requests please direct them to the following:

> U.S. Customs and Border Protection
> Burlington Human Resources Office
> Attn: Maryesther Marking
> 70 Kimball Ave.
> So. Burlington, VT 05403-6813

We have completed the review of all documents responsive to your request and have identified 16 pages, which are responsive to your request. Enclosed are 6 pages in their entirety, and 10 pages in part. The basis for the deletions in part is as follows:

(X) Information pertaining to the selectees and non-selectees where the disclosure of such information would constitute a clearly unwarranted invasion of personal privacy [5 U.S.C. 552(b)(6)];

In the event you wish to appeal this determination, you may write to the USCIS FOIA/PA Appeals Office, 111 Massachusetts Ave., NW, 2nd Floor, Washington, DC 20529, within 60 days of receipt of this letter. Both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal."

If you should have any additional questions about your request, please direct your inquiries to this office at the above address.

Sincerely,

*Heather P. Vanslette*

Heather P. Vanslette
Regional FOIA/PA Officer

Enclosure(s)

US 500

## Burlington Service Center
## Merit Promotion Certificate of Eligibles
### Control Sheet

Certificate Number: MB-06-REP-01176S0
Agency: DEPARTMENT OF HOMELAND SECURITY
Customer: Citizenship and Immigration Services CIS

Agency Request No: NYCCIS20050399
Issued On: 12/06/2005
Customer Phone:

**Vacancy Information**
Vacancy ID: 101146

Series-Position: 1801 - SUPERVISORY ADJUDICATIONS OFFICER
Vacancy Type: Case Exam

Professional: No
Appointment Type: Career/Career Conditional

**Ordering Criteria**
Certificate Type: Competitive Merit Promotion
Rank Applicant By: Rating (exclude Veteran Points)
Tie Breaker Used: Random Number
Sort Order: Rating

Vet Points Used: No
Priority Order Used: None
Group Ranking Used: No
Address To Print: Home

**Selection Criteria**
Specialty:   001 - Supervisory Adjudications Officer Grade: 13

**Location(s):**
0516 - New York City, NY

Applicant Referral Status: Open Dual Certify
Number of Names Requested: 28
Number of Eligibles Certified: 16

Merit Promotion Certificate of Eligibles
Certificate Number: MB-06-REP-01176S0
Issued for DEPARTMENT OF HOMELAND SECURITY
VacancyID: 101146
Agency Request Number: NYCCIS20050399
Issue Date: 12/06/2005
**SUPERVISORY ADJUDICATIONS OFFICER, GS-1801-13**

Appointment Type: Career/Career Conditional

Option:         001 - Supervisory Adjudications Officer Grade: 13

Locations:      0516 - New York City, NY

This certificate must be returned by 01/05/2006.

The selecting official or his/her designee is responsible for answering inquiries about procedures used to choose among those certified. We recommend that you retain sufficient information about the selection methods used to enable you to answer inquiries.

The candidates listed were evaluated under Merit Promotion Program procedures and were found to be the best qualified for this position. Any candidate on the list may be selected. Please indicate the action taken for each name by marking "S" for selected or "NS" for not selected.

The candidates' applications (OF-612, Resume, etc.), Performance Appraisals, awards and any other relevant information are attached for your review and consideration. Please complete and review this form by the date indicated above.

| Agency Action | Name / Address | SSN |
|---|---|---|
| (b)(6) | | |
| | NOEL-CHARLES, WINNIFRED<br>123 OAK RIDGE ROAD<br>HOPEWELL JUNCTION NY 12533<br>(347)528-3725<br>WIN30@AOL.COM | XXX-XX-6834 |
| (b)(6) | | |
| (b)(6) S<br>(b)(6) | TORO, MONICA E | |

Certificate Number: MB-06-REP-01176S0   VacancyID: 101146
Agency Request Number: NYCCIS20050399   SUPERVISORY ADJUDICATIONS OFFICER,

| Agency Action | Name / Address | SSN |
|---|---|---|
| (b)(6) | | |

Certificate Number: MB-06-REP-01176S0  
Agency Request Number: NYCCIS20050399

VacancyID: 101146  
SUPERVISORY ADJUDICATIONS OFFICER,

| Agency Action | Name / Address | SSN |
|---|---|---|
| b)(6) | | |

Selecting Official Signature: _____    Date: _____

Print: Name, Organization, and Phone Number

Appointing Official Signature: _____    Date: _____

Print: Name, Organization, and Phone Number

Certificate of Eligibles Survey

Certificate Number: MB-06-REP-01176S0

*Please return this survey with the certificate*

1. Using a scale of 1 (low) to 5 (high), circle your overall opinion of this certificate of eligibles. Use 0, if you are unable to respond to an item:

```
                              N/A  LOW............HIGH
QUALITY OF ELIGIBLES           0    1    2    3    4    5
AVAILABILITY OF ELIGIBLES      0    1    2    3    4    5
TIMELINESS OF CERTIFICATION    0    1    2    3    4    5
```

2. Did you make a selection from this certificate? Yes____ No____

3. If you did not use this certificate to fill your vacancy, please indicate the alternative selection method.

___INTERNAL PLACEMENT/MERIT PROMOTION (UM)
___REINSTATEMENT (UR)
___TRANSFER (UT)
___VRA (VETERANS READJUSTMENT AUTHORITY) (UV)
___CO-OP (COOPERATIVE EDUCATION) (UE)
___30% DISABLED VETERAN (UB)
___SELECTIVE PLACEMENT (HANDICAPPED) (UP)
___ICTAP (INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN) (UI)
___CTAP (AGENCY CAREER TRANSITION ASSISTANCE PLAN) (UA)
___TEMPORARY APPOINTMENT (UY)
___OTHER CERTIFICATE OF ELIGIBLES (UC)
___DIRECT HIRE AUTHORITY (UD)
___OUTSTANDING SCHOLAR (US)
___OTHER (UN)

4. If you did not make a selection from any source, please indicate the reason.

___POSITION ABOLISHED (CB)
___HIRING FREEZE (CH)
___LACK OF FUNDS (CF)
___LACK OF SPACE ALLOCATION (FTE) (CS)
___CANDIDATES LACK DESIRED QUALIFICATIONS (UQ)
___DESIRED CANDIDATES NOT WITHIN REACH (UW)
___DESIRED CANDIDATES NOT WITHIN REACH DUE TO A HIGHER SCORING
          PREFERENCE ELIGIBLE (UL)
___DESIRED CANDIDATE DECLINED OFFER (UH)
___OTHER (CA)

b)(6)

Monica Elizabeth Toro

b)(6)

| | |
|---|---|
| Social Security Number: | |
| Announcement: | CIS-101146-NYC |
| Application Date: | Friday, November 18, 2005 7:43 AM |
| Country of Citizenship: | United States of America |
| Veterans Preference: | No |
| Highest Grade: | GS -1801 -13 |

**AVAILABILITY**

Job Type: Permanent

Work Schedule: Full Time

**TARGET LOCATIONS**

Albany/Poughkeepsie, NY, US
Long Island, NY, US
New York City, NY, US
Rochester, NY, US
Westchester, NY, US

**WORK EXPERIENCE**

Department of Homeland Security
New York City, New York US

5/2001 to 9/2005
Salary: 65,602.00 Per Year
Hours per week: 40

**District Adjudications Officer**

*Interview, review, and make determinations regarding the eligibility of aliens for benefits for permanent residence for Section 245 of the Immigration and Naturalization Act

*Adjudicate I-130 petitions, I-485 Adjustment of Status applications, and I-864's based on information in record and information disclosed during interviews

*Utilization of NFTS, CIS, NCIC/IBIS, FBI Query, NAILS, CLAIMS, and DACS

*Processing of I-89's for production of Permanent Resident Cards (I-551)

*Production of Permanent Resident Cards utilizing Interim Case Management System (ICMS)

*Review of asylum cases

*Conduct interviews of sensitive nature such as Special Immigrant Juveniles and Batter Spouse cases

*Service Wide Inventory Program (SWIP) Coordinating Officer for 2003 and 2004

*Coordinated SWIP audits for both New York City and Garden City sites by overseeing teams of Immigration and contract employees and arranging for the different units such as Section 245, NIU, RAPS, ... etc to be audited

*Gathering and analyzing data provided by the audit

*Preparing and presenting reports to management and headquarters on data rendered from the audit

*Pilot officer-Pilot Program consisted of interviewing cases within 90 days of filing

the I-485 application with the Service

*Perform orientation for Department of State officers

*Conduct homebound interviews

*Conduct training sessions for Section 245 and for employees from other units such as IBIS Resolutions, Stokes, Congressional, and Freedom of Information Act (FOIA)

*Appointed as Training Officer for Section 245

*Serve as mentor to New District Adjudications Officers

*Produced Training Manual for Section 245, NYC

*Acting supervisor when first line supervisor is unavailable

*Received award for outstanding performance during 2004 fiscal year

**Department of Homeland Security-CIS**
**New York City, New York US**
9/2005 to Present
**Grade Level:** Grade 13 Step 1
**Salary:** 78,012.12 Per Year
**Hours per week:** 40

**Temporary Supervisory District Adjudications Offic**
Supervise 23 District Adjudication Officers (DAO) of which 21 are new Abbreviated Term Officers in the Focused Adjudications Standardized Training (FAST) program in the adjustment of status unit, Section 245

*Coordinate and conduct the Section 245 training program for both permanent and term DAOs

*Conduct training sessions

*Arrangement of guest instructors

*Make arrangements for DAOs and Application Support Center (ASC) personnel to attend Federal Law Enforcement Training Center(FLETC)

*Liason between FLETC and other districts for FAST program

*Point of contact for FLETC instructors during their inspection visitations

*Coordinate FLETC instructor visitations to neighboring districts

*Invited as guest speaker to FLETC for the culmination ceremony of FAST class

*Organize and run multiple inventory projects and audits

*Analyzing data and write reports based on information gathered by inventory projects and audits

*Attend District Director meetings as well as supervisory meetings and present reports

*Participate in teleconferences with other districts

*Oversee the Creation of Memorandum (I-181) project for initiation of security checks

*Point of contact for new hires to facilitate their in-processing phase to Federal Service

*Serve as mentor to new officers (both permanent and term) conducting interviews

(Contact Supervisor: Yes , Supervisor's Name: Stephen Rosina , Supervisor's Phone: (917) 295-9745 )

| | | |
|---|---|---|
| (b)(6) | EDUCATION | **Columbia University School of Dental and Oral Surgery**<br>New York City, New York United States<br>Doctorate - 10/1996<br>N/A Semester Hours<br>Major: Dentistry<br>Minor: N/A<br>N/A out of N/A<br>Description:<br>Advanced Education in General Dentistry at Lutheran Medical Center from 1996-1997 |
| (b)(6)<br>(b)(6) | | **Marymount Manhattan College**<br>New York City, New York United States<br>Bachelor's Degree - 5/1992<br>[ ] Semester Hours<br>Major: Biology<br>Minor: Mathematics<br>[ ] out of 4.0 |
| (b)(6) | | **Saint Vincent Ferrer High School**<br>New York City, New York United States<br>High School or equivalent - [ ]<br>N/A Semester Hours<br>Major: N/A<br>Minor: N/A<br>N/A out of N/A<br>Description: |
| (b)(6) | | |
| | JOB RELATED TRAINING | Attended Immigration Officer Basic Training Course at the Federal Law Enforcement Training Center in Glynco, Georgia from 08/21/2001 to 09/26/2001 |
| | LANGUAGES | **French**<br>Spoken: Intermediate<br>Written: Intermediate<br>Read: Intermediate<br><br>**Spanish**<br>Spoken: Advanced<br>Written: Advanced<br>Read: Advanced |
| (b)(6) | AFFILIATIONS | |
| | PROFESSIONAL PUBLICATIONS | |
| (b)(6) | REFERENCES | |

(b)(6)

Phone Number:
Email:
Reference Type:

Bunce, Dennis

Phone Number:
Email:
Reference Type:

US 509
CONFIDENTIAL

# Burlington Service Center
## Non-Traditional Certificate of Eligibles
## Control Sheet

Certificate Number: MB-06-REP-01177S0

Agency: DEPARTMENT OF HOMELAND SECURITY

Customer: Citizenship and Immigration Services CIS

Agency Request No: NYCCIS20050399

Issued On: 12/06/2005

Customer Phone:

**Vacancy Information**

Vacancy ID: 101146

Series-Position: 1801 - SUPERVISORY ADJUDICATIONS OFFICER

Vacancy Type: Case Exam

Professional: No

Appointment Type: Career/Career Conditional

**Ordering Criteria**

Certificate Type: Non-Traditional

Rank Applicant By: Rating (exclude Veteran Points)

Tie Breaker Used: Random Number

Random Number: 6

Sort Order: Name

Vet Points Used: No

Priority Order Used: None

Priority Referral Well Qualified Score: 0

**Selection Criteria**

Specialty:   001 - Supervisory Adjudications Officer Grade: 13

**Location(s):**

0516 - New York City, NY

Applicant Referral Status: Open Dual Certify
Cut-off score: 0
Number of Eligibles Certified: 3

**Occupational Questions**

53                              EXCLUDES   B

US 510

10

Non-Traditional Certificate of Eligibles
Certificate Number: MB-06-REP-01177S0
Issued for DEPARTMENT OF HOMELAND SECURITY
VacancyID: 101146
Agency Request Number: NYCCIS20050399
Issue Date: 12/06/2005
SUPERVISORY ADJUDICATIONS OFFICER, GS-1801-13

Appointment Type: Career/Career Conditional

Option:          001 - Supervisory Adjudications Officer Grade: 13

Locations:       0516 - New York City, NY

This certificate must be returned by 01/05/2006.

This certificate is valid only for the position, grade and duty location shown on the SF-39.

This office has not verified that veterans who claim 5 point tentative veteran preference (TP) are entitled to it under 5 USC 2108, as amended. Prior to making a selection from this certificate, your office must determine that such veterans who are within reach for appointment meet the requirements for length and dates of service, honorable discharge and military retirement status. Veterans who serve after October 14, 1976 must also prove service in a campaign or expedition for which a medal or badge was authorized. When tentative preference is not confirmed, you must notify this office so that we can adjust the eligible rating and order of the certificate.

When contacting applicants, always use the address and telephone number from the certificate rather than from the application

| Agency Action | Name / Address | SSN |
|---|---|---|
| | **Non Priority Referral Candidates** | |
| S | FARIA, NANCY C | |
| (b)(6) | (b)(6) | (b)(6) |

Page    2 of    4

US 511
CONFIDENTIAL

Certificate Number: MB-06-REP-01177S0     VacancyID: 101146

Agency Request Number: NYCCIS20050399     SUPERVISORY ADJUDICATIONS OFFICER,

Selecting Official Signature: _____     Date: _____

Print: Name, Organization, and Phone Number

Appointing Official Signature: _____     Date: _____

Print: Name, Organization, and Phone Number

Certificate of Eligibles Survey

Certificate Number: MB-06-REP-01177S0

*Please return this survey with the certificate*

1. Using a scale of 1 (low) to 5 (high), circle your overall opinion of this certificate of eligibles. Use 0, if you are unable to respond to an item:

|  | N/A | LOW | | | | HIGH |
|---|---|---|---|---|---|---|
| QUALITY OF ELIGIBLES | 0 | 1 | 2 | 3 | 4 | 5 |
| AVAILABILITY OF ELIGIBLES | 0 | 1 | 2 | 3 | 4 | 5 |
| TIMELINESS OF CERTIFICATION | 0 | 1 | 2 | 3 | 4 | 5 |

2. Did you make a selection from this certificate? Yes____ No____

3. If you did not use this certificate to fill your vacancy, please indicate the alternative selection method.

___ INTERNAL PLACEMENT/MERIT PROMOTION (UM)
___ REINSTATEMENT (UR)
___ TRANSFER (UT)
___ VRA (VETERANS READJUSTMENT AUTHORITY) (UV)
___ CO-OP (COOPERATIVE EDUCATION) (UE)
___ 30% DISABLED VETERAN (UB)
___ SELECTIVE PLACEMENT (HANDICAPPED) (UP)
___ ICTAP (INTERAGENCY CAREER TRANSITION ASSISTANCE PLAN) (UI)
___ CTAP (AGENCY CAREER TRANSITION ASSISTANCE PLAN) (UA)
___ TEMPORARY APPOINTMENT (UY)
___ OTHER CERTIFICATE OF ELIGIBLES (UC)
___ DIRECT HIRE AUTHORITY (UD)
___ OUTSTANDING SCHOLAR (US)
___ OTHER (UN)

4. If you did not make a selection from any source, please indicate the reason.

___ POSITION ABOLISHED (CB)
___ HIRING FREEZE (CH)
___ LACK OF FUNDS (CF)
___ LACK OF SPACE ALLOCATION (FTE) (CS)
___ CANDIDATES LACK DESIRED QUALIFICATIONS (UQ)
___ DESIRED CANDIDATES NOT WITHIN REACH (UW)
___ DESIRED CANDIDATES NOT WITHIN REACH DUE TO A HIGHER SCORING PREFERENCE ELIGIBLE (UL)
___ DESIRED CANDIDATE DECLINED OFFER (UH)
___ OTHER (CA)

Nancy  C.  Faria

(b)(6)

(b)(6)

**Social Security Number:**
**Announcement:** CIS-101146-NYC
**Application Date:** Friday, November 25, 2005 1:28 PM
**Country of Citizenship:** United States of America
**Veterans Preference:** No
**Highest Grade:** GS -1801 -13

**AVAILABILITY**  **Job Type:**         Permanent
                                        Temporary
                                        Temporary Promotion

                 **Work Schedule:**     Full Time
**TARGET
LOCATIONS**      Central, NJ, US

                 Northern, NJ, US
                 New York City, NY, US

**WORK
EXPERIENCE**     **Department of
                 Homeland
                 Security
                 Citizenship and         4/1987 to Present
                 Immigration
                 Service
                 New York , New York US**
                                        Grade Level: GS-13
                                        Salary:           $78,720.00 Per Year
                                        Hours per week: 40

                 **District Adjudications Officer**

                 I have had various positions within the CIS and its predecessors in 18 years with the Service.

                 As an Acting Supervisory Asylum Officer, It was my duty to make sure that the interviews met standards for timeliness and quality. I assigned work, set priorities, monitored progress and reviewed assessments submitted by subordinate Asylum Officers for: appropriate evaluation of human rights conditions, legal analysis, and decision propriety. Further, as an Acting Supervising Asylum Officer I reviewed and signed charging documents and reviewed supporting evidence and documents for fraud and accuracy and insured all cases were ready for decision delivery. With regard to planning and organization, I have developed proposed and implemented improved office procedures for decision delivery, inter-office file handling procedures and quality control.

                 As a Supervisory District Adjudications Officer I addressed and resolved complaints made by officers, applicants and attorneys. I advised and answered their questions and concerns. I brought unresolved complaints to higher administration levels for resolution. I responded to congressional inquiries and responded to supervisory call-ups for the Section Chief. I maintained relations with other sections and other agencies. I made sure that Equal Employment Opportunity policies and programs were followed. As an SDAO I composed Performance Work Plans and monitored results and rated the employees.

                 I am presently Temporary Supervisory Adjudications Officer in the Refugee and Parole Unit. It is my duty to schedule the workload and the employees to handle the workload.

CONFIDENTIAL

I have to prioritize the types of cases and schedule the officers accordingly, and to re-assign officers if necessary. It is also my duty to co-ordinate any problems arising in my unit that is within the scope and jurisdiction of other units and outside agencies. In addition, I assist subordinates on a daily basis in both actively training and setting up training by others so that education is an ongoing process. My duty also includes the evaluation of the officers and employees of the unit as well as coordinating any interaction between my unit and superiors.

As a supervisory officer, other officers will often turn to me with issues of law that are outside of our general area of expertise. Through my experience, my knowledge extends beyond the scope of the unit I am supervising and I am usually able to use the knowledge of the law that I have, to resolve the problem at hand. I also am knowledgeable enough to know where to direct the officer if I myself cannot directly solve the problem. I have been successful at training my subordinate officers on where to turn to if they need help with a complex problem or unusual situation.
(Contact Supervisor: Yes , Supervisor's Name: John Ryan , Supervisor's Phone: (212) 264-5255 )

**EDUCATION**

**Bernard Baruch College**
New York, New York United States
Bachelor's Degree - 1/1991
Major: Liberal Arts and Sciences
Minor: Education
out of

**JOB RELATED TRAINING**

I have completed the following training courses which demonstrate my knowledge of laws, regulations and procedures concerning entries of persons into the United States and eligibility for various benefits under the immigration Laws: December 19, 2003- EEO Alternative Dispute Resolution Program (ADR) March 2000- attended NQP (Naturalization Quality Procedures), 26 Federal Plaza. February 2000- attended Basic Supervisory Training, Dallas Texas, for SDAO position August 1999- attended NACARA Training, Arlington Virginia. April 1999- attended IIRIRA Training, Rosedale, New York Asylum Office. October 1995- completed the Asylum Officer Training course at Leesburg, Virginia. September 1994-completed Inspector Airport Training refresher course at J.F.K. Airport. October 1991- completed Immact 90- Phase II at 26 Federal Plaza, NY February 1991- Refugee training at 26 Federal Plaza. June 1989- Post Academy Training at J.F.K. Airport. June 1989- Instructor Training for Post Academy Spanish at J.F.K. Airport. June 1989-F.L.E.T.C. Police Training completed, course #86; Glynco, Ga. April 1989- Immigration Officers Basic Training Completed, Glynco, Ga.

**LANGUAGES**

**Spanish**
**Spoken:** Advanced
**Written:** Advanced
**Read:** Advanced

**PROFESSIONAL PUBLICATIONS**

(b)(6)

**REFERENCES**

(b)(6)

**Teri Catalanotto**

**Phone Number:**
**Reference Type:**