**Winnifred Noel-Charles, Esquire**
123 Oak Ridge Road
Hopewell Junction
New York, 12533

June 26, 2006

US Customs and Border Protection
Burlington Human Resources Office
70 Kimball Avenue
South Burlington, VT 05403
Attn: Maryesther Marking

Re: Follow-up inquiry on your office's response to my FOIA request for vacancy CIS-101146-NYC

Dear Ms. Marking:

I am writing this letter for further clarification on information mailed to me in response to my FOIA request related to the vacancy announcement for Supervisory Adjudications Officer, New York District. The following are the items I would like further explained:

1. Were the names on the "Certificate of Eligibles" listed in rank order? {See page 2/ 2 of 5 attached};
2. What is the difference between "Merit Promotion Certificate of Eligibles" where my name appears {page 2/ 2 of 5}, and "Non-Traditional Certificate of Eligibles" {page 10} where another name was selected {page 11, under the title "Non Priority Referral Candidates"? ; and
3. This particular announcement stated that three (3) vacancies existed, however, the pages mailed to me only indicated two (2) names as being selected, where was another name selected under this announcement, and if so, what was the third name?

I would appreciate a swift response to my follow-up request. I am attaching copies of all pages of your office's response to facilitate your further investigation. I can be reached during daytime hours at (212) 264-2912 or by e-mail Winnifred.NoelCharles@dhs.gov. Thank you for your attention in this matter.

Sincerely,

Winnifred Noel-Charles, Esq.

US 554