**Noel-Charles, Winnifred**

| | |
|---|---|
| **From:** | Augeri, Christine M [CHRISTINE.M.Augeri@dhs.gov] on behalf of Burlingtonhumanresources, Cbp [Burlingtonhumanresources@dhs.gov] |
| **Sent:** | Friday, August 11, 2006 8:43 AM |
| **To:** | Noel-Charles, Winnifred |
| **Subject:** | response to questions |

Ms Noel-Charles,

RE: Your letter, Follow-up inquiry to FOIA request, dated June 26, 2006.

Since the information you are requesting does not fall under the parameters of the FOIA program, we are responding to your questions in this format.

#1, your question: Were the names on the 'Certificate of Eligibles' listed in rank order? (See page 2/2 of 5 attached).

#1, our response: Yes -- merit promotion certificates are issued in rank order. Non competitive certificates (Non-Traditional) are issued in alphabetical order.

#2, your question: What is the difference between 'Merit Promotion Certificate of Eligibles' where my name appears (page 2/2 of 5), and 'Non-Traditional Certificate of Eligibles' (page 10) where another name was selected (page 11, under the title 'Non Priority Referral Candidates'?

#2, our response: Candidates listed on a merit promotion certificate are eligible for promotion to the grade indicated on the certificate. In this case candidates who currently or previously held the permanent grade of GS-12 for at least 52 weeks. Candidates listed on the non-traditional certificate currently or previously held a permanent position with promotion potential to GS-13.

#3, your question: This particular announcement stated that three (3) vacancies existed, however, the pages mailed to me only indicated two (2) names as being selected, was another individual selected under this announcement, and if so, what was the third name?

#3, our response: The third candidate selected is Williams, Terri. Selection was made after the first two selections were made.

US 556

1