OMB No. 1610-0001  Expiration Date: 4/30/0S

| DEPARTMENT OF HOMELAND SECURITY | FOR OFFICIAL USE ONLY |
|---|---|
| **INDIVIDUAL COMPLAINT OF EMPLOYMENT DISCRIMINATION** (Use this form for original complaints and amendments.) | DEPARTMENT CASE NUMBER HS-06-CIS-002183 <br> FILING DATE 10-05-06 |

## PART 1 COMPLAINANT IDENTIFICATION

1. NAME (Last, First, Middle Initial)
Noel-Charles, Winnifred L.

2. TELEPHONE/FAX (Include Area Code)
Home 845-226-8749    Fax
~~347 528 3725~~
Work ~~212-264-2912~~    Fax 718 590-1467

3. HOME ADDRESS (You must notify the Department of any change of address while complaint is pending, or your complaint may be dismissed.)
123 Oak Ridge Road
Hopewell Junction, NY 12533

4. IF YOU ARE A CURRENT OR FORMER EMPLOYEE OF THE FEDERAL GOVERNMENT, LIST YOUR RECENT TITLE, SERIES, AND GRADE.
Title: District Adjudications Officer
Series: GS-1801    Grade: 12

5. NAME AND ADDRESS OF ORGANIZATION WHERE YOU WORK (If a Department of Homeland Security Employee)
Bureau or Component: USCIS
Office and Organizational Unit: New York District
Street Address: 26 Federal Plaza
City: New York    State: NY    Zip Code: 10278-0127

6. EMPLOYMENT STATUS IN RELATION TO THIS COMPLAINT
☐ Applicant    ☐ Probationary    ☑ Career/Career Conditional
☐ Uniformed Service Member
☐ Former Employee/Member    Date Left Department: 9/6/2006
☐ Retired    Date of Retirement:
☐ Other (Specify)

7. I certify that all statements made in this complaint are true, complete, and correct to the best of my knowledge and belief.

SIGNATURE OF COMPLAINANT OR ATTORNEY REPRESENTATIVE: Winifred Noel-Charles, Atty At Law
DATE: 10/5/2006

## PART II DESIGNATION OF REPRESENTATIVE

8. YOU MAY REPRESENT YOURSELF IN THIS COMPLAINT OR YOU MAY CHOOSE SOMEONE TO REPRESENT YOU. YOUR REPRESENTATIVE DOES NOT HAVE TO BE AN ATTORNEY. YOU MAY CHANGE YOUR DESIGNATION OF A REPRESENTATIVE AT A LATER DATE. BUT YOU MUST NOTIFY THE DEPARTMENT IMMEDIATELY IN WRITING OF ANY CHANGE, AND YOU MUST INCLUDE THE SAME INFORMATION REQUESTED IN THIS PART.

"I hereby designate (Please Print Name) KENT ARTHUR to serve as my representative during the course of this complaint. I understand that my representative is authorized to act on my behalf."

Is the representative an attorney?    ☑ YES    ☐ NO

9. REPRESENTATIVE'S MAILING ADDRESS
FIRM/ORGANIZATION: c/o BUKH & ASSOC.
STREET ADDRESS: 1123 Ave Z
CITY, STATE, & ZIP CODE: Brooklyn, NY 11235

10. REPRESENTATIVE'S EMPLOYER (If Federal Agency)

11. REPRESENTATIVE'S TELEPHONE/FAX (Include Area Code)
Telephone: 347 423-6036    Fax: 718 376-3033

12a. COMPLAINANT'S SIGNATURE: Winifred Noel-Charles
12b. DATE: 10/5/2006

DHS Form 3090-1 (9/04)    Page 1 of 2

US 1

### PART III ALLEGED DISCRIMINATORY ACTIONS

| 13. NAME OF PERSON OR DHS COMPONENT WHO TOOK THE ACTION AT ISSUE. Mary Ann Gantner, DD | 14. ARE YOU WILLING TO PARTICIPATE IN MEDIATION OR OTHER AVAILABLE TYPES OF ALTERNATIVE DISPUTE RESOLUTION TO RESOLVE YOUR COMPLAINT? |
|---|---|
| FIRM/ORGANIZATION: New York District | ☐ YES   ☒ NO |
| STREET ADDRESS: 26 Federal Plaza | [ALREADY CONDUCTED WITHOUT RESOLUTION ON 8/25/2006] |
| CITY, STATE, & ZIP CODE: New York, NY 10278-0127 | |

15. A. Describe the action taken against you that you believe was discriminatory.
    B. Give the date when the action occurred, and the name of each person responsible for the action.
    C. Describe how you were treated differently from other employees, applicants, or members for any of the reasons listed in Item 16.
    D. Indicate what harm, if any, came to you in your work situation as a result of this action. (You may, but are not required to, attach extra sheets.)
    E. If the basis of your complaint is parental status, sexual orientation, or protected genetic information, use this form, but your complaint is not statutorily based and will follow a separate, parallel process.

SEE ATTACHMENT

16. Mark below ONLY the bases you believe were relied on to take the actions described in Item 15.

☒ RACE  
☐ COLOR  
☐ RELIGION  
☒ NATIONAL ORIGIN (Specify)  
☐ SEX (Specify)  
☐ AGE (Date of Birth)  
☐ PHYSICAL OR MENTAL DISABILITY (Describe)  
☐ RETALIATION/REPRISAL (Dates of Prior EEO Activity)  
☐ SEXUAL ORIENTATION  
☐ PARENTAL STATUS  
☐ PROTECTED GENETIC INFORMATION  

17. WHAT REMEDIAL OR CORRECTIVE ACTION ARE YOU SEEKING TO RESOLVE THIS MATTER — FORMS OF RELIEF  
COMPENSATION (MONETARY), ATTORNEY'S FEES, AND ANY OTHER APPROPRIATE

18. ON THIS SAME MATTER, HAVE YOU FILED A GRIEVANCE OR APPEAL UNDER:

| | YES | NO |
|---|---|---|
| Negotiated grievance procedure | ☐ | ☒ |
| Agency grievance procedure | ☐ | ☒ |
| Merit Systems Protection Board appeal procedure | ☐ | ☒ |

If you filed a grievance or appeal, provide date filed, case number, and present status.

### PART IV CONTACT
EEO/EO Counseling is not required if you are requesting amendment of an existing, open complaint. Complete items 24 and 25, even if you did not contact a counselor.

| 19. DATE YOU CONTACTED AN EEO COUNSELOR: June 26, 2006 | 20. NAME AND TELEPHONE NUMBER OF EEO COUNSELOR Name: Ramona S Hill - ADR   Phone: 802-872-4508 |
|---|---|
| 21. DID YOU DISCUSS ALL ACTIONS RAISED IN ITEM 15 WITH AN EEO COUNSELOR? (If NO, explain on attached sheet) ☒ YES  ☐ NO | 22. DATE YOU RECEIVED YOUR "NOTICE OF RIGHT TO FILE" 9/27/06 |
| 23. IF YOU ARE REQUESTING AMENDMENT OF AN EXISTING, OPEN, FORMAL COMPLAINT (OR PROVIDING ADDITIONAL EVIDENCE), INDICATE THE COMPLAINT CASE NUMBER OF THAT COMPLAINT. | |
| 24. DATE OF MOST RECENT DISCRIMINATORY EVENT: JANUARY 2006 | 25. DATE YOU FIRST BECAME AWARE OF THE ALLEGED DISCRIMINATION: 06/06/2006 |

DHS Form 3090-1/ Attachment [Winnifred Noel-Charles]

Question 15:

A:   Discriminatory action taken against me is non-selection for promotion to Supervisory District Adjudications Officer on 3 separate occasions, announcements # FS-330054, CIS-101146, and CIS-103847, despite superior qualifications (education and experience).

B:   Dates of discriminatory action taken by Mary Ann Gantner, District Director of New York, and her subordinates involved in the hiring and recommendation process are as follows:
1. FS- 330054- non selection on or about May 2005;
2. CIS- 101146- non selection on or about January 2006;
3. CIS- 103847- non selection on or about January 2006.

C:   I was treated differently on the basis of race and nationality (Black Trinidadian) and not selected for promotions despite scoring in the top percentile on all announcements I applied for. Furthermore, the candidates selected either scored less than I did, had less experience, and/or were taken off non-traditional hiring list as opposed to merit-eligible lists.

D:   The harm I've suffered due to this discriminatory promotion hiring practice is economic in nature, as well as a prevention of my gaining supervisory experience, which in turn affected my ability to apply for further promotions within the Service.

US 3

Winnifred Noel-Charles
123 Oak Ridge Road
Hopewell Junction
New York, 12533
347 528-3725

Department of Homeland Security
EEO Complaints Program Mgmt Office
Twin Cities
Federal Building, Room G-56C
1 Federal Drive
Ft. Snelling, MN 55111
Attn: **Judy S. Maltby, Chief**

October 5, 2006

RE: DHS Form 3090-1

Total # of pages faxed (including cover sheet) - 4