

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Office of Federal Operations
P. O. Box 19848
Washington, D.C. 20036

Winnifred L. Noel-Charles,
Complainant,

v.

Michael Chertoff,
Secretary,
Department of Homeland Security,
Agency.

Request No. 0520070534

Appeal No. 0120071501

Agency No. HS 06-CIS-002183

DENIAL OF REQUEST FOR RECONSIDERATION

Complainant timely requested reconsideration of the decision in *Noel-Charles v. Dep't of Homeland Security*, EEOC Appeal No. 0120071501 (April 5, 2007). EEOC Regulations provide that the Commission may, in its discretion, grant a request to reconsider any previous Commission decision where the requesting party demonstrates that: (1) the appellate decision involved a clearly erroneous interpretation of material fact or law; or (2) the appellate decision will have a substantial impact on the policies, practices, or operations of the agency. *See* 29 C.F.R. § 1614.405(b).

After reconsidering the previous decision and the entire record, the Commission finds that the request fails to meet the criteria of 29 C.F.R. § 1614.405(b), and it is the decision of the Commission to deny the request. The decision in EEOC Appeal No. 0120071501 remains the Commission's final decision. There is no further right of administrative appeal on the decision of the Commission on this request.

COMPLAINANT'S RIGHT TO FILE A CIVIL ACTION (P0900)

This decision of the Commission is final, and there is no further right of administrative appeal from the Commission's decision. You have the right to file a civil action in an appropriate United States District Court **within ninety (90) calendar days** from the date that you receive this decision. If you file a civil action, you must name as the defendant in the complaint the person who is the official agency head or department head, identifying that person by his or her full name and official title. Failure to do so may result in the dismissal of your case in court.

2                                                         0520070534

"Agency" or "department" means the national organization, and not the local office, facility or department in which you work.

### RIGHT TO REQUEST COUNSEL (Z1199)

If you decide to file a civil action, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs, or other security. *See* Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*; the Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 791, 794(c). **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and the civil action must be filed within the time limits as stated in the paragraph above ("Right to File A Civil Action").

FOR THE COMMISSION:

_____
Carlton M. Hadden, Director
Office of Federal Operations

JUN 1 9 2007
_____
Date

3                                                                        0520070534

## CERTIFICATE OF MAILING

**For timeliness purposes, the Commission will presume that this decision was received within five (5) calendar days after it was mailed.** I certify that this decision was mailed to the following recipients on the date below:

Winnifred L. Noel-Charles
123 Oak Ridge Road
Hopewell Jct, NY 12533

Kent Arthur, Esq.
1123 Ave Z
Brooklyn, NY 11235

Daniel Southerland, Director
Office of Civil Rights & Civil Liberties
Department of Homeland Security
Washington, DC  20528

Homeland Security (Immigration)
Immigration (CIS/ICE)
EEO-CPMO 1 Federal Dr #G-56C
Bishop H. Whipple Fed Bldg
Twin Cities, MN 55111-4007

JUN 1 9 2007
_____
Date

_____
Equal Opportunity Assistant

US 42