1

1

2    UNITED STATES DISTRICT COURT

3    SOUTHERN DISTRICT OF NEW YORK

4    - - - - - - - - - - - - - - - - - -x

5    WINNIFRIED NOEL CHARLES,

6            Plaintiff,

7

8            - against -                    Index No.:
                                            07Civ.8324
9    MICHAEL CHERTOFF, Secretary of the     (JSR)(THK)
     Department of Homeland Security, in
     his official capacity, ENRICA TROY,
10   MARY ANN GANTNER, and the DEPARTMENT
     OF HOMELAND SECURITY,
11
            Defendants.
12
     - - - - - - - - - - - - - - - - - -x
13

14            DEPOSITION of WINNIFRED CHARLES, taken by

15   Defendants at the offices of Michael P. Mangan,

16   L.L.C., 80 Wall Street, New York, New York 10005, on

17   Monday, April 14, 2008 commencing at 10:20 a.m.,

18   before I. Iris Cooper, a Certified Shorthand

19   (Stenotype) Reporter and Notary Public within and for

20   the State of New York.

21

22

23

24

25

2

1

2

3    A P P E A R A N C E S:

4            MICHAEL P. MANGAN, L.L.C.
                  Attorneys for Plaintiff
5                 80 Wall Street, Suite 1214
                  New York, New York  10005

6

7        BY:  MICHAEL P. MANGAN, Esq., of Counsel

8

9            U.S. ATTORNEY'S OFFICE
         SOUTHERN DISTRICT OF NEW YORK
                  Attorneys for Defendants
10                86 Chambers Street
                  New York, New York  10005

11

         BY:  JOSEPH A. PANTOJA, Esq., of Counsel

12

13

14

15

16

17

18

19

20

21

22

23

24

25

3

1

2      IT IS HEREBY STIPULATED AND

3   AGREED that the filing and sealing of

4   the within deposition be, and the

5   same are hereby waived;

6      IT IS FURTHER STIPULATED AND

7   AGREED that all objections, except as

8   to the form of the question, be and

9   the same are hereby reserved to the

10  time of the trial;

11     IT IS FURTHER STIPULATED AND

12  AGREED that the within deposition may

13  be sworn to before any Notary Public

14  with the same force and effect as if

15  sworn to before a Judge of this

16  Court;

17     IT IS FURTHER STIPULATED that

18  the transcript is to be certified by

19  the reporter.

20

21

22

23

24

25

13

Charles

1

2      A      Yes.

3      Q      And what was your position there?

4      A      Cashier.

5      Q      And during what time period did

6   you have that?

7      A      1994 to 1998.

8      Q      And what were the circumstances of

9   your ceasing employment with the Department of

10  Finance?

11     A      I applied for another job, and

12  that job was the federal government.

13     Q      And which part of the government

14  did you apply for?

15     A      Excuse me?

16     Q      Which part of the government did

17  you apply for?

18     A      Immigration and Naturalization

19  Services.

20     Q      And approximately when was that?

21     A      When I applied?

22     Q      Yes.

23     A      It was somewhere in 1998.  I can't

24  tell you the exact month.

25     Q      When did you start working there?

14

1                          Charles

2          A      I started working there in October

3    of 1998.

4          Q      Now, when you say INS, at that

5    time was it part of the United States Department

6    of Justice?

7          A      Yes.

8          Q      And which office did you start

9    working?

10         A      I worked at Garden City,

11   Long Island.

12         Q      And what position were you hired

13   in?

14         A      I was hired as a district

15   adjudications officer.

16         Q      Can we refer to that as a DAO?

17         A      Yes.

18         Q      What was your grade and step at

19   the time of hiring?

20         A      At the time of hiring, I was a

21   grade five, but I was corrected to a grade seven

22   within weeks.

23         Q      What was the promotion potential

24   for the DAO position when you started working as

25   a DAO?

23

Charles

1

2      A      It was like a specialty.

3      Q      Now, when you transferred to

4  New York in 2000, what were the circumstances of

5  that?  And by that, I mean what motivated you to

6  do that or was it an involuntary transfer?

7      A      It was not involuntary.  My

8  motivation was to be closer to home.

9      Q      And where did you live at the

10 time?

11     A      I lived in Brooklyn at the time.

12     Q      And when did you start working in

13 New York City?

14     A      It was in 2000.  I can't give you

15 the exact month.

16     Q      When you say New York City, you

17 mean 26 Federal Plaza?

18     A      That is correct.

19     Q      And when you transferred to 26

20 Federal Plaza, did your title remain the same?

21     A      Yes.

22     Q      Did your grade and step remain the

23 same at the time of the transfer?

24     A      Yes.  I would say yes.

25     Q      In other words, it was just a

29

1                              Charles
2      time.
3                Q      At least three years?
4                A      At least three years.
5                Q      So in other words, throughout the
6      entire time you were in N-600?
7                A      Yes.  I would say yes.
8                Q      When you went to the 26 Federal
9      Plaza, the hierarchy that you mentioned before
10     that was at Garden City, SDAO, site manager,
11     section chief, and whatever comes after that,
12     that remained the same at 2600 Federal Plaza?
13               A      Yes.
14               Q      So who was the third line or
15     section chief while you were in N-600?
16               A      That would be Rose Chapman.
17               Q      And was she section chief the
18     whole time you were there?
19               A      No.  No.
20               Q      Do you know when she was?  Was she
21     there when you left the N-600 section?
22               A      No.
23               Q      Was she the section chief when you
24     left the N-600 section?
25               A      Oh, yes.  Yes.

30

Charles

1

2       Q     Do you know who was there when you

3  started as section chief?

4       A     When I started the N-600 section,

5  Rose Chapman.

6       Q     And when you left the N-600

7  section, she was still the section chief?

8       A     Yes.

9       Q     So she was the only section chief

10  that you had while you were in the N-600

11  section?

12       A     Yes.

13       Q     Do you remember while you were in

14  the N-600 section who was the fourth-line

15  supervisor above Rose Chapman?

16       A     I'm not 100 percent sure.  It

17  might have been Gwen McPherson.  But for that,

18  I'm not 100 percent sure.

19       Q     Do you know the title that

20  Ms. McPherson would have had?

21       A     No.

22       Q     What about the fifth-line

23  supervisor, the person above Gwen McPherson, was

24  there someone above her while you were at N-600?

25       A     I'm sure there was, but I'll be

36

Charles

1
2    Gwen McPherson outside of work?

3          A      No.

4          Q      Nina Crosby, while she was site

5    manager, which would include the N-600 time and

6    your time in the review section, what kind of

7    relationship did you have with her?

8          A      Extremely cordial.

9          Q      And did you spend any time with

10   her outside of work?

11         A      No.

12         Q      Did you have any issues with her

13   while you were in either the N-600 section or

14   the review section?

15         A      No.

16         Q      Now, in 2004 approximately, you

17   left the review section?

18         A      Approximately, yes.

19         Q      And what happened then?

20         A      I was moved to another section.

21         Q      Which section was that?

22         A      The reverification section.

23         Q      Now, before when you said

24   reverification and you changed it to review, is

25   this the review section or is it the

37

                                   Charles

1
2   reverification?
3         A     It's the reverification.
4         Q     So this is the reverification?
5         A     Yes.
6         Q     Now, which floor was that on?
7         A     Same, seventh floor.
8         Q     And how long were you there?
9         A     I would say at least a year and a
10  half, at least a year and a half.
11        Q     Do you know when you left,
12  approximately, that section?
13        A     2005.  2005.
14        Q     Do you know if it was the first
15  half or the second half?
16        A     I can't remember exactly.  I can't
17  remember exactly.
18        Q     Was it toward the middle, you
19  think?
20        A     Maybe towards the middle, but I'm
21  not 100 percent sure.
22        Q     And your official title, pay, and
23  duties did not change when you were transferred
24  to the reverification section?
25        A     That's correct.

38

Charles

1

2      Q      Who was your first-line supervisor

3   when you joined the reverification section?

4      A      I believe it was Enrica Troy.

5      Q      She was SDAO?

6      A      Yes.

7      Q      Was she your first-line supervisor

8   the whole time you were there?

9      A      Yes.

10      Q      And who was the second line while

11   you were in the reverification section?

12      A      Nina Crosby.

13      Q      As site manager?

14      A      Yes.

15      Q      Was she your second line the whole

16   time you were there?

17      A      I believe so, but she did leave at

18   one point.  She did leave at one point.

19      Q      Did someone replace her?

20      A      Interchangeably, yes.

21      Q      Who was that?

22      A      It would be acting site manager,

23   Jimmy Ortega, and also acting site manager,

24   Enrica Troy.

25      Q      And when Enrica Troy became the

39

Charles

1
2  acting site manager, did she remain SDAO or did
3  she get someone to replace her as SDAO?
4          A      She was not my first line the
5  whole time back then because she was replaced
6  for a short time by other supervisor, a new
7  supervisor.
8          Q      So in what time frame was she your
9  first line?
10         A      I think 2004 up until 2005, 2006.
11 It changed because the new supervisor, she
12 didn't stay very long.
13         Q      But while you were in the
14 reverification section, Enrica Troy would be the
15 SDAO who was your SDAO for the longest period of
16 time?
17         A      Yes.
18         Q      And she was your SDAO for most of
19 the time that you were in reverification?
20         A      Yes.
21         Q      Now, while you were in
22 reverification under Enrica Troy, what kind of
23 relationship did you have with Enrica Troy?
24         A      Just work relationship.  Just a
25 professional relationship.

58

                              Charles

1

2          Q       And how long did you remain under

3    Ms. Troy?

4          A       How long?

5          Q       Yes.

6          A       Interchangeably, I would say for

7    about three to four years.

8          Q       And when you say interchangeably,

9    the periods during which she was not your

10   immediate supervisor was only while she was on

11   acting details?

12         A       I would say, yes, or if I was in a

13   different section, but interchangeably for three

14   to four years.

15         Q       From what dates was she your

16   first-line supervisor?

17         A       I can't give you exact dates.

18         Q       Approximately.  Month, year, if

19   you know.

20         A       Around 2000, late 2003, 2004 until

21   I left the service in 2006.

22         Q       Now, you mentioned the issues that

23   you had with Ms. Troy while you were in the

24   reverification section.

25         A       Yes.

71

Charles

1
2    245, and the journeyman training after you were

3    put on the calendar duty, which was after your

4    reverification section time?

5         A    Any other issues besides the

6    detail and the journeyman training?

7         Q    Yes.

8         A    Just generally not being treated

9    the same as other officers.

10        Q    And while you were working under

11   Ms. Troy until you left the employ of the

12   government, your title, your pay, and your

13   duties remained unchanged while you were under

14   Ms. Troy?

15        A    No.  My pay didn't remain the

16   same.

17        Q    There were some changes in your

18   grade and/or step?

19        A    Yes.

20                   (Notice of personnel actions

21               Bates stamped US 450, US 447, US

22               443, US 436,  US 430, US 429,

23               US 428, US 415, and US 413 were

24               marked as Exhibit No. 1 for

25               identification on this date.)

72

Charles

1

2       Q      Let me show you what's been marked

3   as Exhibit No. 1.  Just for the record, it's

4   Bates stamped US 450.  It includes documents

5   Bates stamped US 450, US 447, US 443, US 436,

6   US 430, US 429, US 428, US 415, and US 413.

7              If you could please look at what's

8   been marked as Exhibit No. 1, it's a number of

9   notice of personnel actions, which I'll refer to

10  as NOPAs.  Are you familiar with those documents

11  why?

12       A      Yes.

13       Q      And are they your NOPAs?

14       A      Yes.

15       Q      Do you see the first NOPA US 450,

16  it says there effective date of October 24,

17  1999.  Is that when you were hired?

18       A      No.

19       Q      It says promotion.  You were hired

20  in 1998; right?

21       A      That's correct.

22       Q      And I think you testified that you

23  were hired as a grade five and they corrected it

24  to a grade seven shortly thereafter?

25       A      Yes.

73

Charles

1

2     Q    And this NOPA, Page No. US 450,

3 the nature of the action in Item No. 5B, it says

4 promotion.  Do you see that?

5     A    Yes.

6     Q    Is this NOPA accurate in

7 identifying that you were promoted from a grade

8 seven to a grade nine on October 24, 1999?

9     A    Yes.

10    Q    And the next page, US 447 in

11 Section 5B, it refers to another promotion?

12    A    Yes.

13    Q    And on October 22, 2000, you were

14 promoted from a grade nine to a grade 11?

15    A    Yes.

16    Q    That was about a year later;

17 right?

18    A    Yes.

19    Q    Was October 2000 the earliest date

20 in which you would have been eligible for a

21 promotion from a grade nine to a grade 11?

22    A    Repeat the question.

23    Q    Was October 2000, was that the

24 earliest date on which you would have been

25 eligible for a promotion from a grade nine to

**FINK & CARNEY**
**REPORTING AND VIDEO SERVICES**
39 West 37th Street, 6th Floor, New York, N.Y. 10018 (212) 869-1500

74

Charles

1

2      grade 11?

3          A      Yes.

4          Q      If you turn to the next page, this

5      is a NOPA with an effective date of October 21,

6      2001.  It also refers to a promotion.  Do you

7      see that?

8          A      Yes.

9          Q      Were you promoted from a grade 11

10     to a grade 12?

11         A      Yes.

12         Q      Effective October 21, 2001?

13         A      Yes.

14         Q      And was that promotion October of

15     2001 the earliest date on which you would have

16     been eligible for a promotion from grade 11 to

17     grade 12?

18         A      Yes.

19         Q      And since being promoted to grade

20     12 on October 21, 2001, after that date, you

21     received step increases from time to time?

22         A      Yes.

23         Q      If you can turn to Page No. 436,

24     that's a NOPA effective October 20, 2002?

25         A      Yes.

75

Charles

1

2      Q      The nature of action in item 5B as

3   described as a thin grade increase, do you see

4   that?

5      A      Yes.

6      Q      You went from a 12 step one to a

7   12 step two?

8      A      Yes.

9      Q      Was October 20, 2002 the earliest

10   date in which you could have received a step

11   increase?

12      A      Yes.

13      Q      Now, as far as you know, after

14   grade 12 step two, did you receive additional

15   step increases?

16      A      Yes.

17      Q      And as far as you know sitting

18   here today, on each time that you received a

19   step increase, was it on the earliest date on

20   which you could have received a step increase?

21      A      Yes.

22      Q      What was your final grade and step

23   when you left the service?

24      A      Grade 12, step four.

25      Q      And if you could turn to Page No.

76

                    Charles

1

2    US 430, it has an effective date of March 8,

3    2003.  It's entitled termination of appointment.

4    What's going on here?  You didn't tell me your

5    appointment was terminated.

6          A      I believe this might have been

7    when the agency changed names.

8          Q      I see.  And if you lock at the

9    next NOPA on Page No. 429, it's dated March 9,

10   2003, the next day?

11         A      Yes.

12         Q      And the nature of action refers to

13   mass transfer?

14         A      Yes.

15         Q      And the US 430, the prior NOPA,

16   the employing department or agency was the

17   U.S. Department of Justice, INS?

18         A      Where do you see that?

19         Q      At the bottom of US 430.

20         A      Yes.

21         Q      And the next notebook, the

22   employing department changed to Homeland

23   Security?

24         A      Yes.

25         Q      So that was just a termination so

77

                                    Charles

1

2      that you could be hired by the new agency

3      created by the creation of the Department of

4      Homeland Security?

5              A      Yes.

6              Q      And after the creation of the

7      Department of Homeland Security, you worked for

8      DHS Immigration and Customs Enforcement?

9              A      DHS -- CIS.

10             Q      Just as a technical matter, do you

11     see Box No. 22 on US 429, name location of

12     positions, organization.  It says Immigration

13     and Customs Enforcement; do you see that?

14     That's ICE; do you see that?

15             A      Where do you see that?

16             Q      US 429, the mass transfer?

17             A      429?

18             Q      Yes.  Do you have 429?

19             A      Yes.

20             Q      You mentioned CIS.  What is CIS?

21             A      Citizen and Immigration Services.

22             Q      Was that a part of ICE?

23             A      No.  No.

24             Q      What was ICE, relative to --

25             A      ICE is a different branch.

78

                              Charles

1

2        Q      Is it possible that when you just

3    started after the mass transfer that technically

4    you were part of ICE?

5        A      It's possible.

6        Q      It says in Item No. 45 on Page No.

7    429, is it says that INS employees were being

8    transferred to the borough of Immigrations and

9    Customs Enforcement.  Do you see that?

10       A      Yes.

11       Q      That's ICE; correct?

12       A      Yes.

13       Q      And it makes reference to a

14   transition, so perhaps that was just during the

15   transition?

16       A      It and says temporarily also.

17       Q      And now we go to 428, a NOPA

18   effective October 19, 2003.  It's a thin grade

19   increase.  This time, the employing organization

20   in Box No. 22 is CIS?

21       A      Right.

22       Q      Now, on Page No. 415, US 415, the

23   NOPA effective September 6, 2006, it refers in

24   Item No. 5B to a resignation?

25       A      Yes.

91

Charles

```
 1                          Charles
 2    September 6, 2006.
 3          Q     And any other corrections that you
 4    know that stand out?
 5          A     No.
 6          Q     We'll refer to this as the amended
 7    complaint going forward.  Now, looking at
 8    Paragraph No. 14 of the complaint, it says that
 9    you worked at the DHS as a DAO until
10    September 7, 2006.  And you just indicated that
11    it should read September 6, 2006.
12                And it continues when you, open
13    quotes, took a leave of absence for an
14    internship with the New York state unified court
15    system, closed quote.  Do you see that?
16          A     Yes.
17          Q     Am I correct that there's a
18    misstatement there with respect to leave of
19    absence.  You resigned, right, on September 6,
20    2006?
21          A     I resigned effective September 6,
22    2006.
23          Q     So where it says leave of absence,
24    it should say resigned?
25          A     Yes.
```

92

Charles

1

2      Q      And the internship, the six-month

3  leave of absence that you wanted in connection

4  with the internship that you testified to

5  earlier, it was an internship with the New York

6  state unified court system?

7      A      Yes.

8      Q      Now, if you turn to Paragraph No.

9  18 of the complaint, it refers to a vacancy

10  announcement that you applied for in May of

11  2005.  Do you see that?

12      A      Yes.

13      Q      And it was for a supervisory

14  district adjudication officer position; right?

15      A      Yes.

16      Q      And that's referenced in Paragraph

17  No. 18; correct?

18      A      Yes.

19      Q      Now, do you know which specific

20  vacancy announcement you're referring to in that

21  paragraph?

22      A      Do you mean a specific number?

23      Q      Yes.

24      A      Yes.

25      Q      Which number was that?

93

                          Charles

1

2         A     I didn't memorize the number.

3         Q     Does FS-330054 sound right?

4         A     It sounds familiar.

5         Q     Who were the selecting officials

6    for that vacancy announcement?

7         A     Who were the selection officials?

8         Q     Yes.  Do you know who the

9    selecting officials were for that particular

10   one?

11        A     No.

12        Q     Do you know which in which office

13   the vacancies existed that were notified by the

14   May 2005 vacancy announcement?

15        A     No.

16        Q     For example, would they have been

17   in the New York district office?

18        A     Yes.

19        Q     Do you know which section?

20        A     No.

21        Q     Do you know how many vacancies

22   were involved in the May 2005 vacancy

23   announcement that you refer to in Paragraph No.

24   18?

25        A     From my recollection, few or

94

                              Charles

1

2      several or various.

3          Q      Do you know whether any selections

4      were, in fact, made pursuant to the vacancy

5      announcement referenced in Paragraph No. 18, the

6      May 2005 vacancy announcement?

7          A      I have no information that

8      selections were made besides an e-mail back and

9      forth to the Vermont human resources that said

10     selections were made and selectees were

11     notified.

12         Q      Do you have a copy of that e-mail?

13         A      I do.

14         Q      For the record, I have not seen

15     that.  Could you please provide a copy of that

16     e-mail to your attorney for production?

17         A      Sure.

18                MR. MANGAN:  I'm not sure --

19                we may have produced that.  I'm not

20                certain.  But if I get it --

21                MR. PANTOJA:  Just so I

22                know, if you could look at the stack

23                that I just gave you earlier,

24                Mr. Mangan, I Bates stamped what you

25                produced.  I bates stamped the

104

                    Charles

1

2        A     No.

3        Q     Now, Paragraph No. 21 of the

4    complaint, it refers to openings announced in

5    November 2005.  Do you see that?

6        A     Yes.

7        Q     Is that referring to one vacancy

8    announcement?

9        A     Yes.

10       Q     Do you remember the vacancy

11   announcement?

12       A     Yes.

13       Q     What member was it?

14       A     I believe it was 101446.  I might

15   be off by a digit.

16       Q     Does a CIS-101146-NYC sound right?

17       A     Sounds right.

18       Q     We can refer to that as the 101146

19   vacancy?

20       A     Okay.

21                  (Vacancy announcements Bates

22               stamped US 298 through US 304 was

23               marked as Exhibit No. 3 for

24               identification on this date.)

25       Q     I would like to show you what's

105

1                    Charles

2     been marked as Exhibit No. 3.  Exhibit No. 3 is

3     Bates stamped US 298 through US 304.  Are you

4     familiar with that document?

5          A     Yes.

6          Q     Now, is that the vacancy

7     announcement that you're referring to in

8     Paragraph No. 21 of the amended complaint?

9          A     Yes, without the changes.

10         Q     You're referring to Paragraph No.

11    3 has some handwritten dates over the open

12    period section in the middle of the page?

13         A     Yes.

14         Q     Do you have an understanding as to

15    what the open period was?

16         A     The understanding I have is what

17    is here in print from November 7th to

18    November 14th of 2005.

19         Q     But you don't know whether it was

20    changed thereafter?

21         A     I'm not sure.

22         Q     Now, what was the position

23    advertised in Exhibit No. 3?

24         A     For supervisory adjudication.

25         Q     Now, how many positions were

116

Charles

1

2    Q    Now, Paragraph No. 22 of the

3    complaint, amended complaint is Exhibit No. 2

4    says that in January 2006, you learned that you

5    had been denied a promotion.  Are you referring

6    to announcement 101146?

7    A    Yes.

8              (Non-selection letter Bates

9         stamped US 336 was marked as Exhibit

10        No. 5 for identification on this

11        date.)

12   Q    I would like to show you the

13   what's been marked as Exhibit No. 5 Bates

14   stamped US 336.  Are you familiar with that

15   document?

16   A    Yes.

17   Q    What is that?

18   A    That is the non-selection letter

19   from Vermont.

20   Q    In connection with announcement

21   101146?

22   A    Yes.

23   Q    Did you receive Exhibit No. 5 on

24   or about the date of that document, January 9,

25   2006?

117

Charles

1

2          A      Yes.

3          Q      How did you receive it?

4          A      By U.S. postal mail.

5          Q      Now, while your application was

6    pending to announcement 101146 and prior to

7    receiving the non-selection letter that is

8    Exhibit No. 5, had you made any inquiry

9    concerning that announcement 101146?

10         A      I don't believe so, no.

11         Q      So as of January 9, 2006, which is

12   the date of Exhibit No. 5, you had not made any

13   inquiry, either verbal or written, within the

14   agency itself?

15         A      Clarification, it's possible that

16   I had gotten the same non-selection letter, but

17   by e-mail.  And that might have been before I

18   got this actual letter.  So I pointed in that

19   e-mail I might have did an inquiry.

20         Q      And approximately when was that

21   e-mail?

22         A      December of 2005.

23         Q      And who sent that e-mail; do you

24   know?

25         A      The Vermont human resources

118

Charles

1

2  bulletin.

3        Q       And what did the e-mail say?

4        A       It would typically say that you

5  were considered but not selected.

6        Q       And after receiving that

7  December 2005 e-mail in connection with the

8  announcement 101146, did you make any inquiry as

9  to the non-selection that you were advised of in

10  December of 2005?

11        A       Yes.

12        Q       What did you do?

13        A       I did a FOYA request.

14        Q       When did you do that FOYA?

15        A       That would have been in and around

16  December of 2005.

17        Q       Aside from the FOYA request, did

18  you make any inquiry within the agency, putting

19  aside FOYA avenue, did you make any inquiry as

20  to your non-selection for 101146?

21        A       No.

22        Q       And do you have a copy of your

23  December 2005 FOYA request?

24        A       I believe so.

25        Q       I don't have a copy of that.  If

122

Charles

1

2    learn indirectly or directly who the selectees

3    were for the vacancy announcement?

4            A    No.

5            Q    Was there any talk in the office

6    from the other DAOs that they had been selected

7    or any indication that someone had been

8    selected?

9            A    No.

10           Q    Did there come a time when you

11    learned who the selectee were for the 101146

12    vacancy?

13           A    Yes.

14           Q    When did you learn who the

15    selectees were?  I don't mean officially from

16    the agency, just in general, either indirectly

17    or directly when did you learned who the

18    selectees were?

19           A    I learned in May of 2006 when I

20    got my response to my FOYA.

21           Q    Who were the selectees?

22           A    There were Monica Turo under merit

23    eligible list and Nancy Feria from the

24    non-traditional list.

25           Q    Now, do you know whether vacancy

123

Charles

1   announcements under the 101146, were they all

2   done at once or were there multiple stages?  In

3   other words, was there a first round selection

4   or are you aware of any additional rounds of

5   selection under that same vacancy?

6           A     No.

7           Q     Are you aware of any additional

8   selectees under 101146 other than Ms. Feria and

9   Ms. Turo?

10          A     I am now, yes.

11          Q     Who else do you understand was

12  selected for that announcement?

13          A     Terry Williams.

14          Q     Do you know whether she was

15  selected off of a particular list?

16          A     I only know off of 101146 because

17  of discovery that she was chosen from that list.

18          Q     Now, did you know Nancy Feria

19  prior to May 2006?

20          A     Yes.

21          Q     And how do you know her?

22          A     She used to work in the Nat

23  section.

24          Q     What time frame are you talking

25

137

Charles

1        agency outside of the FOYA context in connection

2        with the vacancy announcement 101146?

4            A      No.

5                    (Job announcement for

6                    supervisory adjudication officer

7                    Bates stamped US 81 through US 87

8                    was marked as Exhibit No. 7 for

9                    identification on this date.)

10           Q      Let me just show you what's been

11       marked as Exhibit No. 7 Bates stamped US 81

12       through US 87.  Are you familiar with this

13       document.

14           A      Yes.

15           Q      What is this document?

16           A      This is a job announcement for

17       supervisory adjudication officer.

18           Q      What was the open period for this?

19           A      January 9 to January 23.

20           Q      2006?

21           A      2006.  Sorry.

22           Q      Did you apply to this vacancy

23       announcement?

24           A      Yes, I did.

25           Q      Do you have an understanding as to

138

Charles

1

2      which section the vacancy was located in?

3              A       No.

4              Q       Do you know who the selecting

5      officials were for this particular announcement?

6              A       No.

7              Q       I can refer to this announcement

8      as 103847; right?

9              A       Yes.

10             Q       Do you know who was selected for

11     this announcement?

12             A       I learned that from discovery.

13             Q       And who was that?

14             A       Coldin Alman.

15             Q       Do you know how he was selected,

16     like was it off of a list or not?

17             A       From discovery, yes.

18             Q       How was he selected?

19             A       Off a list.

20             Q       What type of a list?

21             A       The merit eligible list.

22             Q       It was a traditional list?

23             A       Merit eligible.

24             Q       In other words, it wasn't a

25     non-traditional list?

146

1                            Charles

2          A      Yes.

3          Q      Do you have a copy of it?

4          A      I would have to check my records.

5          Q      If you can please check, and if

6    you do, provide a copy to counsel so it can be

7    produced in this case?

8          A      Sure.

9          Q      Aside from what's in front of you

10   now, Exhibit No. 8 and the responses to the

11   questions as part of the narrative report that

12   we were just talking about, were there any other

13   documents that you submitted in connection with

14   your application for 103847?

15         A      I believe that was it.

16         Q      Now, did there come a time that

17   you learned that you were not selected for the

18   announcement 103847?

19         A      Yes.

20         Q      Approximately when was that?

21         A      Approximately January of 2006.

22                        (Non-selection letter for

23                  vacancy announcement 103847 Bates

24                  stamped US 43 was marked as Exhibit

25                  No. 9 for identification on this

147

                          Charles

1

2           date.)

3           Q       Let me show you that's been marked

4    as Exhibit No. 9.  It's Bates stamped US 43.

5    Are you familiar with this document?

6           A       Yes.

7           Q       And what is it?

8           A       This is the non-selection letter

9    for vacancy announcement 103847.

10          Q       Now, did you did you receive this

11   document on or about the date indicated on top,

12   February 21, 2006?

13          A       Yes.

14          Q       And prior to receiving this

15   document, had you been notified of your

16   non-selection for vacancy announcement 103847?

17          A       Yes.

18          Q       In what way were you notified?

19          A       I was notified by e-mail.

20          Q       Approximately what date was that?

21          A       Approximately January 2006.  I

22   can't give you the exact date.

23          Q       Do you have a copy of that e-mail?

24          A       Yes.

25          Q       Could you please provide a copy to

156

Charles

identification on this date.)

Q    I'm going to show you what's been
marked as Exhibit No. 10.  This, again, is I
document that was produced by your counsel.
It's as I received it stapled, except I added
Bates stamp numbers.  This is US 500 through
US 516.  Are you familiar with this document?

A    Yes.

Q    And what is this?

A    This is the response to my FOYA
request and referenced the vacancy 101146.

Q    And this is the FOYA request that
you made in December of 2005?

A    Yes.

(Documents Bates stamped US
554 through US 568 was marked as
Exhibit No. 11 for identification on
this date.)

Q    I would like to show you what's
been marked as Exhibit No. 11, also from your
production in this case.  It's Bates stamped
US 554 through 568.  But before I get to that, I
just want to make clear US 500 through US 516,
which is Exhibit No. 10, that is the CIS's

157

Charles

1
2    response to your FOYA request of December 2005

3    with respect to announcement 101146; right?

4        A    Yes.

5        Q    And they made that response on

6    May 30, 2006?

7        A    Yes.

8        Q    With respect to that vacancy

9    announcement, 101146, did CIS provide further

10   information after this with respect to that FOYA

11   request?

12       A    In respect to that FOYA, no.

13       Q    And is this a complete set of what

14   you received from the CIS in response to your

15   FOYA request on or about May 30, 2006?  In other

16   words, is this the May 30, 2006 letter with the

17   attachments that you received on or about that

18   day?

19       A    Yes.

20       Q    And if I could show you what's

21   been marked a Exhibit No. 11, are US 554 through

22   568.  Are you familiar with this document?

23       A    This is a combination of different

24   documents.

25       Q    What is Exhibit No. 11?

158

Charles

1
2      A      First, the first page is --
3      Q      I guess for now what I'm wondering
4  is, is this something as it is stapled or was
5  this stapled without any apparent reason?  Was
6  this stapled together for a reason?
7      A      I have no idea.  I didn't staple
8  it.
9      Q      The first page is a June 26, 2006
10  letter from you to US Customs and Border
11  Protection in Vermont; right?
12      A      Yes.
13      Q      And you were following up on your
14  FOYA request with respect to announcement
15  101146?
16      A      Yes.
17      Q      Now, is this your follow-up to the
18  Exhibit No. 10 document that we just looked at?
19      A      Yes.
20      Q      So about a month later you
21  followed up on that FOYA response?
22      A      Yes.
23      Q      Between May 30, and June 26, 2006,
24  was there any other communication that you had
25  with the FOYA office in connection with your

159

Charles

1

2  request about 101146?

3       A     No.

4       Q     Now, this document, Exhibit No.

5  11, is a bunch of pages US 554 through 568.

6  When you sent in your June 26, 2006 letter to

7  FOYA, did it have any attachments or was it just

8  the letter?

9       A     It was just the letter.

10      Q     Just the letter?

11      A     Yes.

12      Q     So do you sitting here today have

13  any understanding why this might have been

14  stapled and produced to me?

15      A     No.

16      Q     Looking at the next page of

17  Exhibit No. 11 dated September 7, 2006; do you

18  see that?

19      A     Yes.

20      Q     And it's from the United States

21  Customs and Border Protection to you regarding

22  File No. BSC 200600165.  It says that it relates

23  to vacancy IDs FS-330054, 101146, and 103847.

24  Do you see that?

25      A     Yes.

200

Charles

1
2          No. 24 for identification on this
3          date.)
4          Q      Let me show you what's been marked
5    as Exhibit No. 24.  It's Bates stamped US 356
6    through US 362.  This purports to be a
7    supervisory adjudications officer GS-1801-13
8    position description.  Are you familiar with
9    this document?
10          A      Obviously through discovery.
11          Q      Have you prior to today come
12    across what you understood to be a position
13    description for the SDAO position?
14          A      Only what I saw in the
15    announcements, in the vacancy announcements.
16          Q      Now, the SDAO supervisory
17    adjudication officer position referenced in this
18    document Exhibit No. 24, that's the same thing
19    as DAO that we've been talking about; right?
20          A      That's correct.
21          Q      Did there come a time that the
22    name became shorter?
23          A      Yes.
24          Q      When was that, approximately?
25          A      Approximately 2006.

201

Charles

1

2      Q      But it's the same position?

3      A      It is the same position, in my

4   understanding.

5      Q      Same duties?

6      A      I believe so, yes.

7      Q      Same pay scale?

8      A      Yes.

9      Q      Are you aware of any other

10  document, other than the vacancy announcements

11  that we looked at and this document, Exhibit No.

12  24, which purports to identify the duties of a

13  supervisory adjudication officer?

14     A      There might be, but I'm not really

15  aware of any.

16     Q      Now, with respect to the

17  supervisory adjudications officer position, is

18  it your understanding that the eligibility

19  requirements for that position would be the same

20  that we've been talking about all day today with

21  respect to the SDAO position?

22     A      That is my understanding, yes.

23     Q      Now, during 2006, did you take any

24  leave, sick, annual, or leave without pay or any

25  other type of leave of more than one consecutive

208

Charles

2       Q      And the announcements 103847 and

3    101146?

4       A      Correct.

5       Q      And when you sought EEO counseling

6    with respect to your application to those

7    announcements, did you seek EEO counseling once

8    in connection with all the announcements?

9       A      Yes.

10       Q      And when was it that you sought

11    EEO counseling with respect to those

12    announcements.

13       A      In June of 2006.

14                    (Report of EEO counseling

15               claim, Bates stamped US 5 through US

16               26 was marked as Exhibit No. 25 for

17               identification on this date.)

18       Q      Let me show you what's been marked

19    as Exhibit No. 25.  It's Bates stamped US 5

20    through US 26.  Are you familiar with that

21    document?

22       A      Yes.

23       Q      What is it?

24       A      This is a report of my EEO claim

25    in relation to non-selection for the three

209

Charles

1

2    supervisory announcements.

3         Q    And who was your EEO counselor?

4         A    Ramona S. Hill.  She was a

5    coordinator.

6         Q    Did you deal with her?

7         A    Initially.

8         Q    You spoke to her on the phone?

9         A    I might have, yes, on the phone.

10        Q    Now, how did Ramona Hill handle

11   your case?  As far as you know, did she treat

12   you fairly during the EEO counseling process?

13        A    I believe so.  She did mostly

14   administrative things.

15        Q    Now, the initial contacts on Page

16   No. US 6 of Exhibit No. 25, at the top it

17   mentions June 26, 2006.  Does that sound right

18   as the date on which you made your EEO contact?

19        A    It sounds right.

20        Q    Now, do you remember what you

21   discussed with her during your the EEO

22   counseling phase?

23        A    That's --

24        Q    Just specifically what you

25   discussed with her?

213

Charles

1

2    understand it.  Does this Paragraph No. 2

3    summarize accurately the discussions that you

4    had with the EEO counselor during the counseling

5    phase of the this EEO complaint?

6         A    Summarization, yes.

7         Q    And you discussed with the EEO

8    counselor only the national origin claim with

9    respect to Mary Ann Gantner in connection with

10   the FS 330054 announcement, the 101146

11   announcement, and the 103847 announcement;

12   correct?

13        A    Yes, at that time, I might have

14   just discussed national origin.

15        Q    There were no other vacancy

16   announcements that you discussed during that EEO

17   counseling; correct?

18        A    I only discussed what I put in

19   for.

20        Q    And are those the three that you

21   put in for?

22        A    Yes.

23        Q    US 6 references on Item No. 11 on

24   Page No. US 6 on the bottom, it references a

25   notice of final interview being mailed to you

223

Charles

1

2          Q       In 2005, did you receive EEO

3    training?

4          A       I might have.  It might have been

5    a yearly thing.

6          Q       And in 2005, was it a

7    computer-based training?

8          A       Yes.

9          Q       The 2005 training, did it go over

10   the mechanism for commencing any EEO action?

11         A       It might have.

12         Q       Did it mention manner of starting

13   an EEO process through EEO counseling?

14         A       Yes.

15         Q       Did it mention the time limit for

16   filing a formal administrative complaint after

17   being told by the EEO that you could file a

18   formal administrative complaint?

19         A       I can't remember specifically if

20   it did.

21         Q       Did it mention that you could

22   continue the administrative process even if the

23   counseling phase is unsuccessful?

24         A       It might have, but I really can't

25   tell you, yes, it did.  I can't remember.

249

1                           Charles

2          A      Her role was that of selecting

3    official.

4          Q      And what was her role in

5    connection with the announcement 103847?

6          A      Her role was as selecting

7    official.

8          Q      Do you know whether she, in fact,

9    made selections under 103847?

10         A      Yes, I do.

11         Q      And who was that?

12         A      The selection was Coldin Alman.

13         Q      And with respect to 101146 do you

14   know, in fact, whether she made selections under

15   that?

16         A      Yes, I do.

17         Q      And what were the selections?

18         A      Her selections were Monica Turo

19   and Terry Williams, off that merit list, even

20   though the sheet that we got in discovery didn't

21   have selectee next to it, Terry Williams.  S

22   meaning selection for Nancy Feria on the

23   non-traditional list.

24         Q      Now, what exactly is the

25   misconduct you're alleging on the part of

250

                         Charles

1

2    Ms. McPherson in connection with the vacancy

3    announcements?

4         A      The misconduct that I'm alleging

5    is that she's in a position to ensure that

6    misconduct does not happen with her subordinates

7    in recommending supervisors.

8         Q      And are you aware of any specific

9    instance in connection with the applications

10   that you made, are you aware of any specific

11   instance in which she failed to act on

12   information that indicated improper conduct by a

13   recommending official?

14                   MR. MANGAN:   Objection.

15              Form.

16                   THE WITNESS:  I am not

17              specifically aware of any instance.

18        Q      Now, Mary Ann Gantner, what role

19   are you alleging that she had in connection with

20   the announcement FS 330054?

21        A      As district director at the time,

22   it was her role to make sure that her

23   subordinates do not use any type of practice

24   that's disallowed in choosing supervision or

25   supervisors.

251

Charles

1

2      Q      Was she a selecting official for

3  that vacancy announcement FS 330054?

4      A      Who was?

5      Q      Mary Ann Gantner?

6      A      I would not know.  I have no idea.

7      Q      Was she a selecting official for

8  any of the vacancy announcements?

9      A      No, she was not because she was a

10  district director.

11      Q      So with respect to these three

12  vacancy announcements FS 330054, 101146, and

13  103847, as far as you understand she was not the

14  selecting official for those announcements?

15      A      She was not a selecting official,

16  but she had a duty to make sure her subordinates

17  acted within the law.

18      Q      Are you aware of any information

19  indicating that Ms. McPherson was aware of any

20  specific misconduct in connection with your

21  applications to vacancy announcements FS 330054,

22  101146, and 103847?

23      A      I'm not aware of any specific

24  instance.

25      Q      Did you ever meet Ms. Gantner?

252

1                          Charles

2          A        Not officially but around the

3    office around 26 Federal.

4          Q        Did you actually meet her or are

5    you saying you were in the same room on

6    occasion?

7          A        In the same room on occasion, meet

8    in the hallway.

9          Q        Did you actually ever meet her, in

10   other words, address her and she addressed you,

11   that kind of thing?

12         A        No.

13         Q        Had you ever worked with her?

14         A        No.

15         Q        Has she ever supervised your work?

16         A        No.

17         Q        Have you ever had any issues with

18   respect to Ms. Mary Ann Gantner?  Other than

19   your mentioning her in connection with these

20   vacancy announcements, has there ever been an

21   issue that you had with Ms. Mary Ann Gantner?

22         A        No issue to speak of.  No negative

23   issue.

24         Q        With respect to Ms. Enrica Turo,

25   in all the time that you've known her, has she

253

1                    Charles

2    ever made a comment to you about your race?

3         A      Any comments to me, no.

4         Q      Has Ms. Troy ever in all the time

5    that you've known her ever made a comment to you

6    about your national origin?

7         A      To me, no.

8         Q      Did you ever hear Ms. Troy say

9    anything about the race of any other employee

10   employed by the federal government?

11        A      I can't give you a specific

12   instance, no.

13        Q      Did Ms. Troy ever say anything

14   about the national origin about any other

15   employee in DHS that you considered offensive?

16        A      She has never said anything to me

17   in talking about someone else's race that I can

18   remember.

19        Q      Are you aware of any employee

20   having ever attributed to Ms. Troy a comment

21   that you found offensive to your race?

22        A      Comments, no.  Action, maybe.

23        Q      Has any employee at the agency as

24   far as you know ever attributed to Ms. Troy a

25   comment that you found offensive to your nation

254

1                              Charles

2    origin?

3          A      Any other employee?

4          Q      Yes.

5          A      Not that I can remember right now,

6    no.

7          Q      Has Gwen McPherson ever made a

8    comment to you about your race?

9          A      No.

10         Q      Has she ever made a comment to you

11   about your national origin?

12         A      No.

13         Q      Has she ever made a comment about

14   the race of any other federal employee?

15         A      No.

16         Q      Has she ever made a comment about

17   the national origin of any other federal

18   employee?

19         A      No.

20         Q      Has any employee, any federal

21   employee, ever attributed to Ms. McPherson a

22   comment that you found objectionable to your

23   race, offensive to your race?

24         A      No.

25         Q      Has any employee ever attributed

255

Charles

1

2    to Ms. McPherson a comment that you found

3    offensive to your national origin?

4            A    No.

5            Q    Has Mary Ann Gantner -- I

6    understand she's deceased.  Has Mary Ann Gantner

7    ever made a comment to you about your race?

8            A    No.  She barely spoke.

9            Q    Has Mary Ann Gantner ever made a

10   comment to you about your national origin?

11           A    No.

12           Q    Has Mary Ann Gantner ever made a

13   comment about the race of any other federal

14   employee?

15           A    No.

16                    MR. MANGAN:  Object.  Hold

17            on a second.

18                    (Whereupon, a brief

19            conversation was held off the

20            record.)

21           Q    Has Mary Ann Gantner ever as far

22   as you know made a comment about the national

23   origin of any other federal employee?

24           A    As far as I know, no.

25           Q    Has any employee, any federal

256

Charles

2  employee, ever attributed to Mary Ann Gantner a

3  comment that you found offensive to your race?

4          A     As far as I remember, no.

5          Q     Has any federal employee ever

6  attributed to Gantner, Mary Ann Gantner, a

7  comment that you found offensive to your

8  national origin?

9          A     Not to my knowledge, no.

10         Q     Now, we spoke earlier about

11  John Ryan?

12         A     Yes.

13         Q     Who appears to have been a section

14  chief in December of 2005 for adjudications two.

15  Has John Ryan ever made a comment to you about

16  your race?

17         A     No.

18         Q     Has John Ryan ever made a comment

19  to you about your national origin?

20         A     No.

21         Q     Has John Ryan ever made a comment

22  about the race of any other federal employee?

23         A     As far as I know, no.

24         Q     Has john Ryan ever made a comment

25  about the national origin of any other federal

257

Charles

1

2     employee?

3          A     I wouldn't know.

4          Q     Has any employee ever attributed

5     to John Ryan a comment that you found offensive

6     to your race?

7          A     No.

8          Q     Has any employee ever attributed

9     to John Ryan a comment that you found offensive

10    to your national origin?

11         A     As far as I remember, no.

12         Q     Sham Chin-Gee, can I refer to her

13    as Ms. Gee?

14         A     Ms. Gee.

15         Q     If I can refer to her as Ms. Gee?

16         A     Yes.

17         Q     Thank you.  Ms. Gee, has she ever

18    made a comment to you about your race?

19         A     No.

20         Q     Has she ever made a comment to you

21    about your national origin?

22         A     No.

23         Q     Has Ms. Gee ever made a comment to

24    you about any other federal employees' race?

25         A     Not that I remember.

258

Charles

1

2      Q      Has Ms. Gee ever made a comment

3  about any other federal employees national

4  origin?

5      A      I don't know.

6      Q      Has anyone ever attributed to

7  Ms. Gee a comment about a federal employee that

8  you found offensive to your race?

9      A      No.

10     Q      Has anyone ever attributed to

11 Ms. Gee a comment that you found offensive to

12 your national origin?

13     A      No.

14     Q      I know who Rocky M. is now.

15 Remember Rocky M., we didn't know who that was?

16 Rocky Maier, are you familiar with that name?

17     A      No.

18     Q      A human resources specialist that

19 might have worked with Mr. Brouillet?

20     A      I don't know.

21     Q      You never dealt with Rocky Maier?

22     A      Never.

23     Q      Steven Rosina, do you know who I'm

24 referring to?

25     A      Yes.

259

Charles

1

2      Q      Has Mr. Rosina ever made a comment

3   to you about your race?

4      A      No.

5      Q      His Mr. Rosina ever made a comment

6   to you about your national origin?

7      A      No.

8      Q      Has Mr. Rosina ever made a comment

9   about any other employees race that you found

10  offensive?

11     A      No.

12     Q      Has Mr. Rosina ever made a comment

13  about any other federal employees national

14  origin that you found offensive?

15     A      No.

16     Q      Has anyone ever attributed to

17  Mr. Rosina a comment that you found offensive to

18  your national origin?

19     A      No.

20     Q      Has anyone ever attributed to

21  Mr. Rosina a comment that you found offensive to

22  your race?

23     A      No.

24     Q      Now, we've gone over a few names.

25  We've gone over the names of Enrica Troy,

260

1                           Charles

2     Gwen McPherson, Mary Ann Gantner, Steven Rosina,

3     and John Ryan.  Is there anyone else that you

4     know of that might have been involved in the

5     selection process, either recommending or

6     selecting for the vacancies that you applied for

7     that are at issue in this case, the three

8     vacancy announcements?

9          A     Yes.  Dennis Bunce might have been

10    involved.

11         Q     Mr. Bunce, Dennis Bunce, has he

12    ever made a comment to you about your race?

13         A     Not that I can remember, no.

14         Q     Has he ever made a comment to you

15    about your national origin?

16         A     No.

17         Q     Has Mr. Bunce, has he ever made a

18    comment about anyone's race that you found

19    offensive?

20         A     No.

21         Q     Has he ever made a comment about

22    anyone's national origin that you found

23    offensive?

24         A     No.

25         Q     Has anyone ever attributed to him

261

Charles

1

2  a comment that you found offensive to your race?

3      A    Not that I remember.

4      Q    Has anyone ever attributed to him

5  a comment that you found offensive to your

6  national origin?

7      A    Could you repeat that.

8      Q    Has anyone ever attributed to

9  Mr. Bunce a comment that you found offensive to

10  your national origin?

11      A    That I can remember right now, no.

12      Q    Now, with respect to all the

13  people that we've been talking about in the last

14  few minutes, I was referring to comments about

15  federal employees.  With respect to

16  Gwen McPherson, Mary Ann Gantner, Enrica Troy,

17  John Ryan, Steven Rosina, Dennis Bunce, have any

18  one of them as far as you know ever made a

19  comment about anyone that was offensive to your

20  race?

21      A    Not that I remember right now, no.

22      Q    And all those individuals just

23  identified in the prior question, did any one of

24  them as far as you know ever make a comment

25  about anyone that you found offensive to your

262

Charles

1
2  national origin?

3       A     Not that I can remember right now,

4  no.

5       Q     Did there come a time when the

6  agency adjudicated your EEO complaint?

7       A     Yes.

8       Q     And what was your disposition?

9       A     There was no resolution.

10      Q     Do you recall whether the agency

11 denied your EEO complaint?

12      A     I don't know if they denied it.

13                  (Document Bates stamped US

14            27 through US 35 was marked as

15            Exhibit No. 27 for identification on

16            this date.)

17      Q     Let me show you what's been marked

18 as Exhibit No. 27, Bates stamped US 27 through

19 US 35.  Are you familiar with this document?

20      A     Yes.

21      Q     And what is this document?

22      A     This is in response to my formal

23 complaint.

24      Q     And do you see the first sentence

25 on the first page as 27, it says, open quotes,

274

Charles

1

2          date.)

3          Q     Let me show you what's been marked

4   as Exhibit No. 30.  Are you familiar with this

5   document?

6          A     Yes.

7          Q     And what does this document?

8          A     This is the denial of my request

9   for reconsideration.

10         Q     And this is US 40 through US 42;

11  right?

12         A     Yes.

13         Q     On the last Page No. US 42, it

14  indicates a date of June 19, 2007.  Did you

15  receive this document on or about June 19, 2007?

16         A     Yes.

17         Q     And when you received this

18  document, did you read the entire document?

19         A     Yes.

20         Q     Did you read the section entitled

21  complainant's right to file a civil action?

22         A     Yes, I did.

23         Q     It's stamped US 40 through US 41;

24  correct?

25         A     Yes.

275

Charles

1

2      Q      And back in or about June 19, 2007

3   when you received this document, what did you

4   understand to be your rights to further review?

5      A      I understood it to be that I had

6   90 days from the time I received notice, 90

7   calendar days to days to file a civil action.

8      Q      Your original complaint in this

9   case was filed sometime in the fall of --

10   September of 2007 to try to meet that

11   requirement?

12      A      To meet that requirement, yes.

13      Q      And do you happen to know exactly

14   when you received this June 19, 2007 document?

15      A      I don't know the exact date.

16      Q      But it was on or about June 19,

17   2007?

18      A      It was at least five days, within

19   five days of June 19th.

20      Q      Somewhere down here is Exhibit No.

21   2.  Now, you see Paragraph No. 13 basically said

22   what you just said.  Paragraph No. 13 starts

23   with plaintiff sought a mediation through the

24   EEOC, which did not resolve her dispute.

25              The mediation you were referring

282

Charles

1

2          A      If I'm making a FOYA claim?

3          Q      In this lawsuit, are you asserting

4    a claim under FOYA?

5          A      As far as I know, I don't think I

6    am.

7          Q      Assuming that you had made a FOYA

8    claim in light of discovery and the documents

9    that we have, is that now moot?  During the

10   course of discovery, have you received documents

11   in connection with the vacancy announcements?

12         A      Not all the time, no.  Not all the

13   time.  Looking at my amended complaint, I can

14   see that -- you know, I went through this really

15   quickly this morning.  So, yes, to clarify the

16   record, I am seeking out my claim based on the

17   FOYA because not all of my FOYA were not

18   responded to.

19         Q      Which ones were not responded to?

20         A      The first two that I made.

21         Q      Do you mean FS 330054?

22         A      That's correct.

23         Q      In connection with the 10146, is

24   it your position that you received your FOYA

25   request with respect to that?

283

                         Charles

1

2          A     I made one FOYA request.  I did

3    receive it about six months later.

4          Q     You don't have a FOYA C with

5    respect to the 101146 announcement?

6          A     Excuse me?

7          Q     Your FOYA claim in this lawsuit

8    does not extend to your FOYA request in your

9    101146 announcement?

10         A     It might because if the claim was

11   untimely under 101146, then I would have a claim

12   against that.

13         Q     Is it your understanding that one

14   has a claim for whether or not something was

15   timely or is it whether or not they received

16   information that they asked for?

17         A     It can be both, is my

18   understanding.

19         Q     Let me step back here.  What is

20   your understanding about what is available to

21   you under FOYA with respect to 101146?

22         A     I would have to get guidance from

23   my counsel on that.

24         Q     I guess my understanding is that

25   if you got the documents, it's moot.  That's why

284

Charles

1
2      I'm wondering, did you get the documents for

3      your FOYA request 101146.  Whether or not you

4      think you have relief available, did you get

5      your response to that FOYA request?

6            A      I got the response about six

7      months after I made the request.

8            Q      And as of today, you got your

9      response?

10           A      Yes, I did.

11           Q      And with respect to 103847, did

12     you make a FOYA request?

13           A      Not that I can remember.

14           Q      The only FOYA request for which

15     you have not received a response is the FOYA

16     request relating to the vacancy announcement

17     330054?

18           A      I made two FOYA requests for that

19     announcement, and they were both not answered.

20           Q      After you made those requests, and

21     just for the record, I noted earlier I hadn't

22     received any copies of those requests.  But

23     after you made those two requests that you're

24     referring to in regard to FS 330054, did you

25     ever correspond further with CIS in connection