```
                                        1
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x
WINNIFRIED NOEL CHARLES,
                    Plaintiff,
      -against-
MICHAEL CHERTOFF, Secretary of the Department
of Homeland Security, in his official capacity,
ENRICA TROY, MARY ANN GANTNER, and THE
DEPARTMENT OF HOMELAND SECURITY,
                    Defendants.
- - - - - - - - - - - - - - - - - - -x
                    86 Chambers Street
                    New York, New York

                    April 10, 2008
                    11:21 a.m.

      DEPOSITION of ENRICA M. TROY, a
Defendant in the above-entitled action, held at
the above time and place, pursuant to Notice,
taken before Caryn R. Miller, a shorthand
reporter and Notary Public within and for the
State of New York.
                                    LEX #66866
```

```
                                        2
Appearances:

    MICHAEL P. MANGAN, LLC
        Attorneys for Plaintiff
        80 Wall Street, Suite 1214
        New York, New York  10005
    BY: MICHAEL MANGAN, ESQ.



    U.S. DEPARTMENT OF JUSTICE
        U.S. ATTORNEY'S OFFICE,
        SOUTHERN DISTRICT OF NEW YORK
        86 Chambers Street, 3rd Floor
        New York, New York  10007
    BY: JOSEPH A. PANTOJA, ESQ.




ALSO PRESENT:
    WINNIFRIED NOEL CHARLES
```

```
                                        3
                S T I P U L A T I O N S

        IT IS HEREBY STIPULATED AND AGREED
    by and between the attorneys for the
    respective parties herein, that filing,
    sealing and certification be and the
    same are hereby waived.

        IT IS FURTHER STIPULATED AND AGREED
    that all objections, except as to the
    form of the question shall be reserved
    to the time of the trial.

        IT IS FURTHER STIPULATED AND AGREED
    that the within deposition may be signed
    and sworn to before any officer
    authorized to administer an oath, with
    the same force and effect as if signed
    and sworn to before the Court.
```

```
                                        4
 2  ENRICA M. TROY, the witness herein,
 3       having first been duly sworn by a
 4       Notary Public of the State of New York,
 5       was examined and testified as follows:
 6  EXAMINATION BY
 7  MR. MANGAN:
 8       Q   Please state your name for the
 9  record.
10       A   Enrica M. Troy.
11       Q   Please state your address for the
12  record.
13       A   13 Enfield Drive, East Windsor,
14  New Jersey 08520.
15       Q   Good morning, Ms. Troy.  My name
16  is Michael Mangan.  I'm an attorney who
17  represents the plaintiff in this action.  I'm
18  going to ask you some questions today.  If at
19  any time you don't understand my question,
20  please ask me to rephrase it.  I will be very
21  happy to do that.  But if you don't ask me to
22  rephrase, I'm going to assume that you
23  understand what's meant.  Okay?
24       A   Uh-huh.
25       Q   Also, if you could please make all
```

```
                                  Troy
                                                              5
 2   of your responses verbal.  As you can see, we
 3   have a court reporter with us today and we
 4   need to keep a record and she's unable to take
 5   nonverbal responses down.  Along the same
 6   lines, if you could also please just wait for
 7   me to finish my complete question before you
 8   give your answer.  In this way, the court
 9   reporter will be able to properly transcribe
10   rather than having to try to transcribe people
11   speaking over one another.  Okay?
12        A    Okay.
13        Q    Finally, if at any time you want
14   to take a break, I'm very happy to accommodate
15   you.  I just ask that if there's a pending
16   question, before you take a break or speak to
17   your counsel, if you could just first answer
18   that question before speaking to counsel.
19   Okay?
20        A    Sure, uh-huh.
21        Q    Ms. Troy, are you currently
22   employed?
23        A    Yes, I am.
24        Q    By whom are you employed?
25        A    USCIS.
                  LEX REPORTING SERVICE
                     800-608-6085
```

```
                                  Troy
                                                              6
 2        Q    And that is the United States
 3   Citizen and Immigration Service?
 4        A    Yes, it is.
 5        Q    Which is a part of The Department
 6   of Homeland Security, correct?
 7        A    Yes.
 8        Q    Which is also a part of the
 9   Federal Government, correct?
10        A    Yes, correct.
11        Q    If I refer to the USCIS as the
12   CIS, would you understand that to mean the
13   USCIS?
14        A    Yes, I would.
15        Q    For how long have you been an
16   employee of the CIS?
17        A    This time, since July of 2001.
18        Q    Was there a prior time?
19        A    Yes, but that was from July of '76
20   to 1990 -- November of 1990.
21        Q    What is your current position?
22        A    I'm the section chief of the
23   naturalization section.
24        Q    For how long have you been the
25   section chief of the naturalization section?
                  LEX REPORTING SERVICE
                     800-608-6085
```

```
                                  Troy
                                                              7
 2        A    I believe -- see, everything all
 3   came into one.  I was acting for a while and
 4   then I became the section chief, so it's
 5   probably this -- was it this February --
 6   probably December -- December of 2007, I
 7   think.  That's not -- you know, I'm not sure
 8   of the exact date.
 9        Q    And prior to approximately
10   December of 2007, were you the acting section
11   chief of the naturalization section?
12        A    I was acting for a couple of
13   months.
14        Q    Would you say approximately
15   starting in September of 2007?
16        A    You know, it couldn't be.  I was
17   probably -- probably around November.  I can't
18   remember the exact dates.  I'm sorry.
19        Q    Okay, so that would be November of
20   2007?
21        A    Seven, yeah.  I can't remember the
22   exact dates.
23        Q    Prior to your assignment as acting
24   section chief, what was your position?
25        A    I was the site manager for the
                  LEX REPORTING SERVICE
                     800-608-6085
```

```
                                  Troy
                                                              8
 2   naturalization section.
 3        Q    When were you appointed to that
 4   position?
 5        A    I believe it was the -- it became
 6   -- I was acting from November to February --
 7   November of '0 -- I was acting for two or
 8   three months, and then I think it was February
 9   of '07 that I got the permanent site manager
10   position.  The dates are starting to -- I know
11   I was a year -- I was a site manager for a
12   year and then I became the section chief.  The
13   dates are kind of --
14        Q    So then would it be fair to say
15   that you were appointed to the site manager
16   position in the fall of 2006?
17        A    Yeah.  Yeah, that's --
18        Q    Approximate.
19        A    Yes, approximately.  I don't know
20   the exact dates.  I'm sorry, I can't remember.
21        Q    And prior to the position of site
22   manager, what was your position with CIS?
23        A    I was the supervisor and
24   adjudications officer.
25        Q    If I refer to that position as an
                  LEX REPORTING SERVICE
                     800-608-6085
```

Troy
9

2 SDAO, would you understand what that means?
3   A   Yes. It's now called SAO, but at
4 that point, it was SDAO.
5   Q   What does DAO stand for?
6   A   District adjudication officer.
7   Q   If I use the term DAO, would you
8 understand that to mean district adjudication
9 officer?
10   A   Yes.
11   Q   When were you appointed to the
12 position of SDAO?
13   A   I actually came in in July of 2001
14 as SDAO.
15   Q   What section was that assignment
16 in?
17   A   In Nats.
18   Q   Nats?
19   A   Naturalization.
20   Q   Is that an abbreviation of the
21 naturalization section, Nats?
22   A   Yes.
23   Q   Since 2001, have you always worked
24 in the Nats section?
25   A   Yes.

LEX REPORTING SERVICE
800-608-6085

Troy
10

2   Q   That is from 2001 until today?
3   A   That's correct.
4   Q   Did you review any documents prior
5 to testifying today in preparation for today's
6 testimony?
7   A   No.
8   Q   Did you speak with anybody, other
9 than your counsel, in preparation for today's
10 deposition?
11   A   My counsel -- you mean other than
12 Mr. Pantoja?
13   Q   Yes.
14   A   No.
15   Q   Between 1990 and 2001, were you
16 employed?
17   A   No, I was not.
18   Q   Between 1976 and 1990, were you
19 working in the New York District of the CIS?
20   A   Yes, I was.
21   Q   What was your first position with
22 the CIS?
23   A   Okay, I started as a clerk typist.
24 Then I was a -- it was another clerk position.
25 I can't remember the exact name.

LEX REPORTING SERVICE
800-608-6085

Troy
11

2   Q   Let me ask you first,
3 approximately how long did that first clerk
4 typist position last?
5   A   It was about a year.
6   Q   And then you had another clerking
7 position, correct?
8   A   Yes.
9   Q   Were either of those two positions
10 within the naturalization section?
11   A   They both were.
12   Q   What was your next position?
13   A   I was a secretary.
14   Q   When did you first have the
15 secretarial position, approximately, if you
16 could remember?
17   A   1978.
18   Q   That was also in the
19 naturalization section?
20   A   No. That was in adjudications.
21   Q   For how long did that position
22 last?
23   A   One year.
24   Q   And what was your next position
25 after that?

LEX REPORTING SERVICE
800-608-6085

Troy
12

2   A   Paralegal specialist.
3   Q   For how long did that position
4 last?
5   A   Well, the title has change -- the
6 title changed from a paralegal specialist. It
7 became an immigration examiner, and I believe
8 it was until about '85.
9   Q   So from approximately 1979 to
10 1985, you held the position that was
11 originally called paralegal specialist and
12 then changed in title to immigration examiner?
13   A   Correct.
14   Q   Were the duties the same, whether
15 the name of the title was different?
16   A   Yes, they were.
17   Q   What were the duties that were
18 involved?
19   A   I was also in the naturalization
20 section. We were interviewing applicants for
21 naturalization.
22   Q   Did you receive any training in
23 order to fill that position prior to taking
24 the position?
25   A   We first went to training in 1979,

LEX REPORTING SERVICE
800-608-6085

Troy

13

and then again when we were grandfathered into the immigration examiner's position in 1982, I think.

Q   That was additional training in 1982?

A   Right, because the paralegal specialist was just training for naturalization, whereas the immigration examiner was training for all of adjudications.

Q   So did your job change in any way between being called a paralegal specialist and an immigration examiner?

A   See, my job -- my job didn't change. I could have been sent to the other sections. As a paralegal, you only stayed in naturalization, but as an immigration examiner, you were able to go to the other sections, you know, and do adjustment of status and other -- other applications. But as a paralegal, you only did naturalization. But I never moved. I stayed in naturalization.

Q   Explain to me how that works that

LEX REPORTING SERVICE
800-608-6085

Troy

14

an immigration examiner can work in more than one section, if you know.

A   If they move -- if they transfer you to another section -- if you get transferred, I guess.

Q   But is it the status based upon the training that you have as an immigration examiner that enabled you to work in more than one section, if you know?

A   No.

Q   You don't know or --

A   I -- when you get hired -- no, I don't know. When you get hired, you get hired and you go into particular section. I don't --

Q   Do you believe that between 1982 and 1985, as an immigration examiner, you could have worked in more than one section?

MR. PANTOJA:  Objection.

A   I guess I could have. I'm not sure, yeah. I received the training for it, put it that way.

Q   Is there a difference between the title immigration examiner between '82 and '85

LEX REPORTING SERVICE
800-608-6085

Troy

15

and what's currently called district adjudication officer?

A   I wasn't there when the title was changed. It's the same duties, same thing. Immigration examiner and the adjudication officer is the same. They do the same thing, but I was not there when the title changed. I was -- that was in between the time I was out.

Q   So by the time you came back to the CIS in about 2001, is it your understanding that there were no longer positions titled immigration examiner?

MR. PANTOJA:  Objection.

A   Guess -- I haven't seen any. No one that I know was called immigration examiner.

MR. PANTOJA:  Off the record.

(Whereupon, a discussion was held off the record.)

Q   We've been talking about the CIS in this deposition and you've been answering questions about it.

A   Right.

LEX REPORTING SERVICE
800-608-6085

Troy

16

Q   Was the governmental unit that you're now working for, which you've referred to as the CIS, was that unit called the CIS between 1975 and 1990?

A   No. It was called the Immigration Naturalization Service.

Q   And in other words, the INS?

A   INS.

Q   Would the INS perform the same functions that the CIS is now performing, to your knowledge?

A   Yes. Yes.

Q   If I used the term CIS to refer to the New York District that was performing the same services before 1990 that you're aware of, would you understand that to also include the governmental unit INS?

A   Yes.

Q   Now, just so I'm clear, did you remain in the position of immigration examiner from 1979 until approximately 1990?

A   No. No.

Q   What was your next position?

A   After I became the -- well,

LEX REPORTING SERVICE
800-608-6085

Troy
89

copy of the eligibility list showing who is on the list to be promoted, who was requesting a promotion?

MR. PANTOJA: Objection.

A  Everyone would see the list. If you have an opening, the only time you get to see the list or get a copy of the list is if you are -- if you have someone -- you know, an opening in your section. Otherwise, you would not get the list.

Q  So it was unusual for Jimmy Tu to see the lists for that opening if it wasn't his section, correct?

A  Right. He didn't get the list. He just did the interviews with us. I mean, the list was with myself and Mr. Bunce, okay, because we were the ones conducting the interview. He was just in the interview with us. We had three people doing the interviews.

Q  Is there a rule about that as far as you know that only the persons who are the supervisors of the section that has a vacancy get to see the list?

MR. PANTOJA: Objection.

Troy
90

A  I'm not -- no, I don't know if there's a rule, but there would be no need for anyone else to get the list.

Q  Well, would you want to know if, for instance, an SDAO who you were supervising was applying for a promotion in some other section?

MR. PANTOJA: Objection.

A  They normally tell me.

Q  Your SDAO would tell you that?

A  Yeah.

Q  Well, how about if that person was going to be applying for another position with another section, would it be normal for the supervisor of the section with the vacancy to ask you questions about that person?

MR. PANTOJA: Objection.

A  That's not done all the time.

Q  Is it unusual for that to happen?

A  Is it unusual?

MR. PANTOJA: Objection.

A  I guess not.

Q  Is it common?

A  I don't know.

Troy
91

Q  Has it ever happened to you before?

A  If I was asked about someone else?

Q  Yes.

A  Yes, it has. People have asked me, but that was for not a supervisory position. I was asked -- I was called by -- there was one person overseas that was applying for a position and they called me and asked me about her.

Q  Did anybody ever ask you about Ms. Charles --

A  No.

Q  -- when she was applying for positions?

MR. PANTOJA: Objection.

A  No.

Q  Did you have any knowledge that she was applying for a position in supervisory position in 2005 or 2006?

A  None whatsoever.

Q  Did you ever see a list with her name on it?

A  No, I did not.

Troy
92

Q  When did you first learn that Ms. Charles had filed any kind of complaint for not being granted a promotion in the CIS?

MR. PANTOJA: Objection.

A  The day I received the complaint.

Q  I'm not talking about the lawsuit. I'm talking about whether or not you received any information that she had a grievance or an internal written complaint with the CIS.

MR. PANTOJA: Objection.

A  The day I received the complaint.

Q  You're talking about the complaint in this action?

A  Yes.

Q  Okay, did Mr. Bunce ever tell you that he was participating in an arbitration, internal arbitration having to do with Ms. Charles' claims?

MR. PANTOJA: Objection.

A  No.

Q  Did Mr. Bunce -- I'm sorry?

A  I never knew there was one.

Q  Did Mr. Bunce ever talk to you about Ms. Charles' grievance or claim?

Troy
93

        MR. PANTOJA: Objection.
    A   No.
    Q   He's never spoken to you about Ms. Charles regarding a grievance or complaint from the beginning of the Earth until today?
        MR. PANTOJA: Objection.
    A   Right. I didn't know that there was -- the only time I learned that there was an issue was when I got the complaint, and I was kind of surprised because I never knew she applied for anything. So I don't know of any, okay.
    Q   Did you ever have a conversation with Mr. Bunce about Ms. Charles?
        MR. PANTOJA: Objection.
    A   The only conversation we had was when she applied for the internship.
    Q   What was said then?
        MR. PANTOJA: Objection.
    A   We were discussing whether or not we can grant her the six months' leave she was requesting.
    Q   Do you remember what was decided?
    A   It was decided that we could not

LEX REPORTING SERVICE
800-608-6085

Troy
94

spare her.
    Q   Could not spare her?
    A   Right.
    Q   Do you know if she was actually given the six-month internship?
    A   She was not.
    Q   When about was that, if you remember?
    A   Just before she left. I believe it was 2006 -- summer of 2006, I believe, or just before the summer.
    Q   What was said between you and Mr. Bunce about that?
    A   Well --
        MR. PANTOJA: Objection.
    A   We were just looking at who we had. There was a backlog reduction in process. We were losing terms. We were losing employees and we -- we had a goal. Each year, you get a goal. You need to meet that goal and we couldn't afford to lose another person for six months.
    Q   Do you remember when it was that Ms. Charles left the CIS, or I should say when

LEX REPORTING SERVICE
800-608-6085

Troy
95

it was that she left her position in the naturalization group?
    A   I believe it was 2006.
    Q   Do you know what month?
    A   No.
    Q   Since she left, have any DAOs in the naturalization section been promoted to SDAO?
    A   I don't believe so. There was Kenya Steinke and Halide. Those are the only two I can think of, but I'm not sure when -- if it was before she left or after she left. I'm not good on dates.
    Q   How about Jessica Clark, has she been promoted from a position of DAO and naturalization?
    A   She was senior thirteen. She was promoted to senior thirteen and she's been acting for us for a couple of months because we were short a supervisor.
    Q   So she's a GS13?
    A   Yes.
    Q   And that means she's an SDAO?
    A   No. She's been acting as an SDAO,

LEX REPORTING SERVICE
800-608-6085

Troy
96

but we just -- about a year ago, they instituted a new position, a senior thirteen position. We selected a number of senior thirteens. Actually, we have three of them in our unit, okay. They are there to mentor, to train, to assist new employees, okay. Jessica Clark is one of them, but since we were short -- when Scott Ruben got the site manager, we were short a supervisor, so we had her as an acting SDAO.
    Q   When did that happen, approximately?
    A   About four or five months ago.
    Q   She had been a DAO in the naturalization section, correct?
    A   Correct.
    Q   Kenya Steinke and Halide Jaefer had also been DAO in the naturalization section?
    A   No. Halide Jaefer came from the asylum unit.
    Q   Did you interview Halide Jaefer before she was given position of SDAO?
    A   No.

LEX REPORTING SERVICE
800-608-6085