## CERTIFICATE OF SERVICE

I, JOSEPH A. PANTOJA, Assistant United States Attorney for the Southern District of New York, hereby certify that on June 4, 2008, I caused a copy of defendants' Notice of Motion, Memorandum of Law in Support of Defendants' Motion to Dismiss the Amended Complaint, or in the Alternative, for Summary Judgment, the Declaration of Gwynne MacPherson and the exhibits annexed thereto, the Declaration Joseph A. Pantoja and the exhibits annexed thereto, the Declaration of Jill A. Eggleston and the exhibits annexed thereto, and defendants' Local Rule 56.1 Statement, to be served, by Federal Express, upon the following:

    Michael P. Mangan, Esq.
    The Law Offices of Michael P. Mangan LLC
    80 Wall Street, Suite 1214
    New York, NY 10005

Dated:  New York, New York
         June 4, 2008

                           /s/ Joseph A. Pantoja
                          JOSEPH A. PANTOJA
                          Assistant United States Attorney