UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*ORIGINAL*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

WINNIFRIED NOEL CHARLES,                          :

                    Plaintiff,          :

                              :

                -against-             :

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security, in his official   :
capacity, ENRICA TROY, MARY ANN
GANTNER, and the DEPARTMENT OF                     :
HOMELAND SECURITY,
                              :

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ECF CASE

No. 07 Civ. 8324 (JSR) (THK)

### STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties that this

action be, and the same hereby is, dismissed with prejudice and without costs pursuant to Rule

41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       July 3, 2008

                    THE LAW OFFICES OF
                    MICHAEL P. MANGAN LLC
                    Attorney for Plaintiff

                    MICHAEL P. MANGAN, ESQ.
                    80 Wall Street, Suite 1214
                    New York, NY 10005
                    Tel.: (212) 248-2171
                    Fax: (212) 509-4522
                    E-mail:  michael.mangan@mangan-law.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-8-08

SO ORDERED

_JSDJ_
7-7-08

Dated: New York, New York
      July 3, 2008

                        MICHAEL J. GARCIA
                        United States Attorney for the
                        Southern District of New York
                        Attorney for Defendants

                        By:  JOSEPH A. PANTOJA
                        Assistant United States Attorney
                        86 Chambers Street, 3rd Floor
                        New York, New York 10007
                        Tel.: (212) 637-2785
                        Fax: (212) 637-2750
                        E-mail: joseph.pantoja@usdoj.gov